# United States District Court

──────── **DISTRICT OF COLORADO** ────────

**UNITED STATES OF AMERICA**

v.

**GEOFFREY H. LUNN**   **CRIMINAL COMPLAINT**

CASE NUMBER: 14-mj-01037-MJW

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief: On or about the dates indicated in Attachment A hereto, incorporated by reference, in the State and District of Colorado, and elsewhere, the defendant did:

See Attachment A attached hereto and incorporated by reference

in violation of Title 18, United States Code, Sections 1343, 1957 and 2.

I further state that I am a <u>Special Agent of the Federal Bureau of Investigation</u> and that this complaint is based on the following facts:

See Affidavit attached hereto as Attachment B and incorporated herein by reference

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

s/*Kristen Varel*
Signature of Complainant - SA Kristen Varel, FBI

Sworn to before me and:   ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

**26 Mar 2014**   at   Denver, Colorado
Date   City and State

Michael J. Watanabe U.S. Magistrate Judge   *[signature]*
Name and Title of Judicial Officer   Signature of Judicial Officer