AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>GEOFFREY H. LUNN<br><br>*Defendant* | )<br>)<br>) Case No. 14-mj-01037-MJW<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GEOFFREY H. LUNN ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 USC § 1343 - Wire Fraud

18 USC § 1957 - Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity

Date: 03/26/2014

*Issuing officer's signature*

City and state:   Denver, Colorado             Michael J. Watanabe U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |