IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-mj-01037-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GEOFFREY H. LUNN,

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

                                        Respectfully submitted,

                                        VIRGINIA L. GRADY
                                        Federal Public Defender, Interim

                                        s/ Scott T. Varholak
                                        SCOTT T. VARHOLAK
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone: (303) 294-7002
                                        FAX: (303) 294-1192
                                        Scott_Varholak@fd.org
                                        Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kenneth Harmon, Assistant U.S. Attorney
    Email: Kennth.Harmon@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Geoffrey Lunn    (via Mail)

                                      s/ Scott T. Varholak
                                      SCOTT T. VARHOLAK
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO 80202
                                      Telephone: (303) 294-7002
                                      FAX: (303) 294-1192
                                      Scott_Varholak@fd.org
                                      Attorney for Defendant