IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-mj-01037-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GEOFFREY H. LUNN,

        Defendant.

_____

MOTION TO RESTRICT DOCUMENT
_____

The United States of America, by and through the undersigned Assistant United States Attorney, files this Motion to Restrict and states as follows:

1.     The Government asks that docket #9 be restricted at Level 1.

WHEREFORE, the United States asks this Honorable Court to issue an Order restricting docket #9.

                                            Respectfully submitted,

                                            JOHN F. WALSH
                                            United States Attorney

                                            by: s/ Kenneth M. Harmon
                                            KENNETH M. HARMON
                                            Assistant United States Attorney
                                            U.S. Attorney's Office
                                            1225 Seventeenth Street, Suite 700
                                            Denver, Colorado 80202
                                            Tel. No. (303) 454-0100
                                            Fax No. (303) 454-0402
                                            E-mail: kenneth.harmon@usdoj.gov

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 31st day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

 Scott T. Varholak, Esq.
 Scott.Varholak@fd.org
 Assistant Federal Public Defender
 Attorney for defendant Lunn


             s/ Andrea K. Hough
             Andrea K. Hough
             Office of the United States Attorney