IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-mj-01037-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GEOFFREY H. LUNN,

        Defendant.

_____

ORDER
_____

The Court has for consideration the government's Motion to Restrict Docket #9, wherein

the Government asks this Court to restrict said document.   Upon consideration, it is

ORDERED that docket #9 is hereby restricted at Level 1.

IT IS SO ORDERED on this ___ day of March, 2014.

                **BY THE COURT**

                _____

                MICHAEL J. WATANABE
                UNITED STATES MAGISTRATE JUDGE
                DISTRICT OF COLORADO