IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-mj-01037-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    GEOFFREY H. LUNN,

        Defendant.

---

## ORDER

---

The Court has for consideration the government's Motion to Restrict Docket #9, wherein the Government asks this Court to restrict said document. Upon consideration, it is

ORDERED that docket #9 is hereby restricted at Level 1.

IT IS SO ORDERED on this 31st day of March, 2014.

BY THE COURT

MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO