AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>GEOFFREY H. LUNN<br><br>Defendant | )<br>)<br>) Case No. 14-MJ 1037-MJW<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  GEOFFREY H. LUNN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 USC § 1343 - Wire Fraud

18 USC § 1957 - Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity

Date: 03/26/2014

*Issuing officer's signature*

City and state:  Denver, Colorado          Michael J. Watanabe U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/26/14, and the person was arrested on *(date)* 3/27/14
at *(city and state)* Denver, CO.

Date: 3/27/14

*Arresting officer's signature*

Kristen Varel, Special Agent
*Printed name and title*