PS 40A (Rev. 01/10) Notice Regarding Foreign Passport for Criminal Defendant

UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement - DRO
Denver Field Office
12445 East Caley Avenue
Centennial, CO 80111

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

**Date:** 03/28/2014
**By** Joanna Fox

| | |
|---|---|
| **Defendant:** Geoffrey H. Lunn | **Case Number:** 14-mj-01037-MJW |
| **Date of Birth:** 05/10/1956 | **Place of Birth:** Huntingdon |
| **SSN:** | **Alien ("A") Number:** |

**Notice of Court Order** (Order Date: 03/27/2014)

The above-named defendant surrendered Passport Number 706003736 (Issuing Country United Kingdom of Great Britain) to the custody of the U.S. District Court on 03/28/2014.

### NOTICE OF DISPOSITION

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court