AO 468 (Rev 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Geoffrey Lu— | )    Case No. 14-mj-01037-mJW |
| _____ | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 4/14/14

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Scott Varholak, 38841
_____
*Printed name and bar number of defendant's attorney*

633 17th St., Ste 1000, Denver CO 80202
_____
*Address of defendant's attorney*

Scott_varholak@fd.org
_____
*E-mail address of defendant's attorney*

303-294-7002
_____
*Telephone number of defendant's attorney*

303-294-1192
_____
*FAX number of defendant's attorney*