IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-mj-01037-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    GEOFFREY H. LUNN,

        Defendant.

---

**GOVERNMENT'S UNOPPOSED MOTION TO RESET TIME
OF STATUS CONFERENCE**

---

        The United States of America (the government), by and through its undersigned counsel, without opposition of defendant Lunn, moves this Court to reset the April 22, 2014 Status Conference from its currently scheduled time, 10:00 a.m., to an afternoon setting on that same date. In support of the motion, the government states as follows:

        1.    On April 14, 2014, defendant Lunn appeared before this Court and waived his right to a preliminary hearing on the pending criminal complaint in this case. Following acceptance of his waiver, the Court set this case for a Status Conference to be conducted on Tuesday, April 22, 2014, commencing at 10:00 a.m., so as to allow the parties the opportunity to apprise the Court as to the status of formal charges, whether by way of indictment or information, following from the pending criminal complaint.

        2.    Undersigned government counsel has court-related proceedings in connection with this case scheduled for later in the morning on April 22nd, the conclusion of which proceedings

would put the parties in a position to more fully advise the Court as to the status of formal charges in this case and which would allow the Court to conduct further an arraignment and discovery conference in this case, circumstances permitting, should the Status Conference be moved to an afternoon setting. Conversely, should the Status Conference remain with a morning setting, the parties will not be in a position to provide the Court with any further information about the status of formal charges beyond that known to the parties now.

3. Undersigned government counsel has discussed the subject of this motion and the relief sought by it with Assistant Federal Public Defender Scott T. Varholak, Esq., defendant Lunn's counsel in this case, and has been advised by Mr. Varholak that he would be available to conduct a status conference and additional proceeding in this case during the afternoon of April 22, 2014 and that he does not oppose this motion.

WHEREFORE, the United States respectfully requests that the Court grant this motion and reset the April 22, 2014 Status Conference in this case from its current time, 10:00 a.m., to a setting to take place instead during the afternoon of April 22, 2014.

                              Respectfully submitted,

                              JOHN F. WALSH
                              United States Attorney

                              s/Kenneth M. Harmon
                              By:   Kenneth M. Harmon
                              Assistant U.S. Attorney
                              1225 Seventeenth Street, Suite 700
                              Denver, Colorado 80202
                              Tel. No. (303) 454-0100
                              Fax No. (303) 454-0402
                              E-mail: kenneth.harmon@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of April 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to the following e-mail address:

    Scott T. Varholak, Esq.
    Scott.Varholak@fd.org
    Assistant Federal Public Defender
    Attorney for defendant Lunn

                          s/ Andrea K. Hough
                          ANDREA K. HOUGH
                          Office of the United States Attorney