(Rev. 03/07)                                                                 DATE:

DEFENDANT:      Geoffrey H. Lunn
YOB:            1956
ADDRESS:        Sheridan, Colorado

COMPLAINT FILED?      __X__ YES      _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:   __14-mj-01037-MJW__
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?      __X__ YES      ____ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:   Counts 1-12
           Wire Fraud
           18 U.S.C. § 1343

           Counts 13-19
           Monetary Transactions in Property
           Derived from Specified Unlawful Activity
           18 U.S.C. § 1957

LOCATION OF OFFENSE (COUNTY/STATE): Boulder County, Colorado and elsewhere

PENALTY:   CountS 1-12
           Per Count, NMT 20 years imprisonment, a $250,000 fine, or both; Restitution;
           NMT 3 years supervised release; $100 Special Assessment Fee

           Counts 13-19
           Per Count, NMT 10 years imprisonment, a $250,000 fine, or both; NMT 3 years
           supervised release;$100 Special Assessment Fee

AGENTS:
Kristen Varel, Special Agent
Federal Bureau of Investigation
Denver, CO

AUTHORIZED BY:
Kenneth M. Harmon
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days      _____ other

THE GOVERNMENT

_____ will seek detention in this case      __X__ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. (**Circle one**)

OCDETF CASE:      _____ Yes      __X__ No