**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEOFFREY H. LUNN,

    Defendant.

**MINUTE ORDER**[1]

    On **May 7, 2014**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set a hearing on **Defendant's Unopposed Motion To Vacate Current Deadlines and Trial Date, and To Exclude 180 Days From The Speedy Trial Computations** [#26][2] filed April 30, 2014.  Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated:  May 1, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.