## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  GEOFFREY H. LUNN,

     Defendant.

---

### MINUTE ORDER[1]

---

On May 7, 2014, the court conducted a telephonic setting conference to set a hearing on **Defendant's Unopposed Motion to Vacate Current Deadlines and Trial Date, and to Exclude 180 Days From The Speedy Trial Computations** [#26][2] filed April 30, 2014.  After conferring with counsel and with their consent,

     **IT IS ORDERED** as follows:

     1.  That on **June 13, 2014**, commencing at 10:00 a.m., the court shall conduct a hearing on **Defendant's Unopposed Motion to Vacate Current Deadlines and Trial Date, and to Exclude 180 Days From The Speedy Trial Computations**;

     2. That counsel and the defendant shall be present without further notice or order from the court; and

     3.  That the deadline for the filing of pretrial motions, May 9, 2014, is **VACATED** and is **CONTINUED** pending further order of court.

     Dated:  May 7, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.