IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     GEOFFREY H. LUNN,

       Defendant.

_____

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL FOR THE UNITED STATES**
_____

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the United States.

DATED this 13th day of June, 2014.

                                  Respectfully submitted,

                                  JOHN F. WALSH
                                  United States Attorney

By:  s/ *Tonya S. Andrews*
      Tonya S. Andrews
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1225 Seventeenth Street, Ste. 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: tonya.andrews@usdoj.gov
      *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney

2