IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             June 13, 2014

Deputy Clerk:     Kathleen Finney
Court Reporter:   Tracy Weir

**Criminal Action No.  14-cr-00161-REB**

*Parties:*                                   *Counsel:*

UNITED STATES OF AMERICA,                    Ken Harmon

    Plaintiff,

v.

1.  GEOFFREY H. LUNN,                        Scott Varholak

    Defendant.

### COURTROOM MINUTES

**Motion Hearing on #26**

**10:06 a.m.    Court in session.**

Appearances of counsel.  Also appearing at government's table is FBI Special Agent Kristen Barrell.

Opening statements by the court.

Now pending before the court is the **Defendant's Unopposed Motion to Vacate Current Deadlines and Trial Date, and to Exclude 180 Days from the Speedy Trial Computations** [#26] filed April 30, 2014.

Statement by Mr. Varholak.

Statement by Mr. Harmon.

Court's findings, conclusions, and orders.

    **IT IS ORDERED** as follows:

1. That the **Defendant's Unopposed Motion to Vacate Current Deadlines and Trial Date, and to Exclude 180 Days from the Speedy Trial Computations** [#26] is **GRANTED**;

2. That the time from today through March 6, 2015, is **excluded** from the time for a speedy trial under the Speedy Trial Act of 1974;

3. That the deadlines for filing non-CJA pretrial motions and concomitant responses are **vacated** pending further order of court;

4. That the trial preparation conference set June 25, 2014, is **vacated** pending further order of court;

5. That trial by jury set to commence June 30, 2014, is **vacated** pending further order of court;

6. That a Status Conference is set **September 12, 2014**, commencing at **9:00 a.m.**, at which time the defendant shall appear before the court without further notice or order;

7. The extant Trial Preparation Conference Order [#24], entered April 24, 2014, is revised, to the extent necessary, to facilitate and implement these orders; and

8. That the bail and bond of the defendant is continued.

**10:27 a.m.    Court in recess.**

Total time in court: 00:21

Hearing concluded.