**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:             September 12, 2014

Deputy Clerk:     Kathleen Finney
Court Reporter:   Tracy Weir

---

**Criminal Action No.  14-cr-00161-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Ken Harmon |
| Plaintiff, | |
| v. | |
| 1.  GEOFFREY H. LUNN, | Scott Varholak |
|  | Ed Harris |
| Defendant. | |

---

**COURTROOM MINUTES**

---

**Status Conference**

**9:06 a.m.     Court in session.**

Appearances of counsel.  Also appearing at government's table is FBI Special Agent Kristen Varel.

Defendant is present on bond.

Opening statements by the court.

Colloquy concerning the identification, disclosure, and production of known discovery and report of anticipated discovery.

Court's findings and conclusions.

**IT IS ORDERED** as follows:

1. That the orders entered June 13, 2014, remain in full force and effect;

2. That a Status Conference is set **December 11, 2014**, commencing at 1:15 p.m. (MST), at which counsel and the defendant shall again appear without further notice or order; and

3. That the bail and bond of the defendant are continued.

**9:16 a.m.     Court in recess.**

Total time in court: 00:10

Hearing concluded.