# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 1:14-cr-00161-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEOFFREY H. LUNN,

    Defendant.

## MINUTE ORDER[1]

    This matter is before the court *sua sponte*.  A status conference is set Thursday, December 11, 2014, at 1:15 p.m.  The setting conflicts with memorial services for Assistant United States Attorney David Connor, whose recent passing has deeply saddened the extended court family.  The court finds and concludes that this matter should be continued to accommodate those who wish to attend these services.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the sentencing currently scheduled for **Thursday, December 11, 2014**, at **1:15 p.m.** is **VACATED** and **CONTINUED** without date, pending further order of court; and

    2.  That a telephonic setting conference **IS SET** for **Monday, December 15, 2014**, at **11:00 a.m.** to reset this matter; provided, further, that counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: December 8, 2014.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.