# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEOFFREY H. LUNN,

    Defendant.

## MINUTE ORDER[1]

    On December 15, 2014, the court conducted a telephonic setting conference to reset the status conference in this matter. Counsel for the defendant intends to file a notice of disposition as soon as practicable. After conferring with counsel and with their consent, the court will not set a status conference but will set a change of plea hearing.

    Therefore, **IT IS ORDERED** as follows:

    1. That on **February 5, 2015**, commencing at **9:00 a.m.**, the court shall conduct a change of plea hearing for this defendant; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for the sentencing hearing.

    Dated: December 15, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.