IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00161-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

GEOFFREY H. LUNN,

 Defendant.
_____

**NOTICE OF DISPOSITION**
_____

 Geoffrey Lunn, by and through undersigned counsel, hereby notifies the Court

that there will be a disposition by guilty plea in this matter.  This Court has set a change

of plea hearing for February 5, 2015, at 9:00 a.m.

 Respectfully submitted,

 VIRGINIA L. GRADY
 Federal Public Defender


 s/  Scott T. Varholak
 SCOTT T. VARHOLAK
 Assistant Federal Public Defender
 633 17th Street, Suite 1000
 Denver, CO  80202
 Telephone:  (303) 294-7002
 FAX:  (303) 294-1192
 Scott_Varholak@fd.org
 Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kenneth Harmon, Assistant U.S. Attorney
Email: Kennth.Harmon@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Geoffrey Lunn          (via Mail)


s/ Scott T. Varholak
SCOTT T. VARHOLAK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Scott_Varholak@fd.org
Attorney for Defendant