(Rev. 03/07)

<u>DEFENDANT</u>: Geoffrey H. Lunn
<u>YOB</u>: 1956
<u>ADDRESS</u>: Sheridan, Colorado

<u>COMPLAINT FILED</u>?     X     YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:    14-mj-01037-MJW
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   X   YES  __ NO

    IF NO, A NEW WARRANT IS REQUIRED

<u>OFFENSE</u>:  <u>Counts 1-17</u>
Wire Fraud
18 U.S.C. § 1343

<u>Counts 18-24</u>
Monetary Transactions in Property
Derived from Specified Unlawful Activity
18 U.S.C. §1957

<u>LOCATION OF OFFENSE</u> (COUNTY/STATE): Boulder County, Colorado and elsewhere

<u>PENALTY</u>: <u>Count 1-17</u>
Per Count, NMT 20 years imprisonment, a $250,000 fine, or both; Restitution; NMT 3 years supervised release; $100 Special Assessment Fee

<u>Counts 18-24</u>
Per Count, NMT 10 years imprisonment, a $250,000 fine, or both; NMT 3 years supervised release;$100 Special Assessment Fee

<u>AGENTS</u>:

Kristen Varel, Special Agent
Federal Bureau of Investigation
Denver, CO

<u>AUTHORIZED BY</u>:

Kenneth M. Harmon
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less     X     over five days   _____ other

<u>THE GOVERNMENT</u>

_____ will seek detention in this case          X     will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:          _____ Yes          X      No