(Rev. 03/07)

DEFENDANT: Jaime J. Beebe
YOB: 1972
ADDRESS: Albuquerque, New Mexico

COMPLAINT FILED?     X     YES            NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:     14-mj-01148-MJW
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?     X     YES            NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:  Counts 1-17
Wire Fraud
18 U.S.C. § 1343

LOCATION OF OFFENSE (COUNTY/STATE): Boulder County, Colorado and elsewhere

PENALTY:  Count 1-17
Per Count, NMT 20 years imprisonment, a $250,000 fine, or both; Restitution; NMT 3 years supervised release; $100 Special Assessment Fee

AGENTS:

Kristen Varel, Special Agent
Federal Bureau of Investigation
Denver, CO

AUTHORIZED BY:

Kenneth M. Harmon
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

        five days or less       X    over five days            other

THE GOVERNMENT

     X    will seek detention in this case            will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:            Yes      X     No