IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  14-cr-00161-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GEOFFREY H. LUNN, and
2.     JAIMIE J. BEEBE,

      Defendants.

_____

**GOVERNMENT'S MOTION FOR AN ORDER
PERMITTING DISCLOSURE OF GRAND JURY MATERIALS**
_____

      The UNITED STATES OF AMERICA, by and through its undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), for an order authorizing the Government to disclose grand jury testimony and exhibits, as well as other materials obtained through the grand jury, to the Defendants and their attorneys, as part of discovery in this case, on the terms and conditions outlined below.

      AS GROUNDS for this motion, the Government states as follows:

      1.     Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "matters occurring before the grand jury."

      2.     The Government wishes to provide discovery to the Defendants, but some of the documents are grand jury transcripts and exhibits or may be materials reflecting matters occurring before the grand jury.

      3.     Fed. Fed. R. Crim. P. 6(e)(3)(E)(i) allows for Court-authorized disclosure of matters occurring before a grand jury, when such disclosure is "preliminarily to or in

connection with a judicial proceeding."

    4.    The pending case against the Defendants is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding.  The Government wishes to provide this discovery, but can only do so with the Court's approval.

    5.    Since these proceedings (and the related transcripts and exhibits) remain secret, see Fed. R. Crim. P. 6(e), the Government moves that disclosure only be allowed for purposes of defending this case, and that such disclosure only be made to the Defendants and their attorneys; that such transcripts, exhibits and other grand jury material be maintained in the defense attorneys' custody; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States at the end of this case.

WHEREFORE, the Government prays that the Court authorize the disclosure of grand jury testimony, exhibits and other materials to Defendants and their attorneys, in the course of providing discovery in this case, on the terms and conditions outlined above.

Respectfully submitted this _____ day of January, 2015.

                      Respectfully submitted,

                      JOHN F. WALSH
                      United States Attorney

                      by: s/ Kenneth M. Harmon
                      KENNETH M. HARMON
                      Assistant United States Attorney
                      U.S. Attorney's Office
                      1225 Seventeenth Street, Suite 700
                      Denver, Colorado 80202
                      Tel. No. (303) 454-0100
                      Fax No. (303) 454-0402
                      E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on this 29th day of January, 2015, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT** with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

Scott T.Varholak
Assistant Federal Public Defender
Scott_varholak@fd.org

Edward R. Harris
Assistant Federal Public Defender
Edward_harris@fd.org

David L. Owen, Jr.
davidowen@lodopc.com

                                       s/ Andrea K. Hough
                                       ANDREA K. HOUGH
                                       Office of the United States Attorney