IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

           Plaintiff,

v.

1.      GEOFFREY H. LUNN,

           Defendant.

## UNOPPOSED MOTION FOR BRIEF CONTINUANCE
## OF CHANGE OF PLEA HEARING

The United State of America, by and through its undersigned counsel, hereby moves this Court, without opposition, for a brief continuance of the Change of Plea Hearing in this case, currently set for February 5, 2015.   In support of this motion, the government states as follows:

1.      On December 15, 2015, the defendant filed a notice of disposition advising the Court that the case against defendant Lunn would be resolved by way of guilty plea. The notice of disposition was based on a contemplated disposition embodied in an eight-page plea agreement terms   letter provided to the defense by the undersigned government counsel and acknowledged and accepted by defendant Lunn and his counsel. The parties' letter agreement requires defendant Lunn, among other things, to enter a guilty plea to one count of wire fraud, in violation of Title 18, United States Code, Section 1343, and one count of engaging in monetary transactions in property derived from specified unlawful activity, in violation of title 18, United States Code, Section 1957. The letter sets forth the other essential terms of the contemplated disposition, including the parties' respective positions and agreements and undertakings concerning the applicable sentencing

1

guideline factors and their respective resulting formal advisory sentencing guideline calculations.

      2.      Based on this notification, the Court agreed not to set a further status conference in this case and instead set a change of plea hearing for February 5, 2015 to consider defendant Lunn's contemplated guilty pleas and the parties' proposed pretrial disposition (DE 35).[1]

      3.      Due to undersigned government counsel's commitments on other matters, including preparing to assist another prosecutor in his office in a case that was expected to proceed to trial in the next several weeks, counsel for the parties are not currently in a position to finalize the formal written plea agreement within sufficient time to permit counsel for defendant Lunn adequately to review the agreement with defendant Lunn in advance of the February 5th change of plea hearing setting.   Accordingly, in order to ensure that the formal plea agreement can be finalized, and to provide the defendant sufficient time to review the agreement before the change of plea hearing, the parties request a brief continuance of the change of plea hearing.

      4.      Undersigned government counsel has discussed this motion with Assistant Federal Public Defender Scott T. Varholak, defendant Lunn's lead defense counsel in this case, and he advises that the defense concurs with and agrees to this motion.

      5.      The parties fully anticipate that, with this continuance, they will be able to finalize the formal plea agreement and a change of plea will occur at the next scheduled setting.

      6.      Defendant Lunn is currently at liberty on pretrial release in this case.   No trial is currently set with respect to defendant Lunn. Based on this Court's prior rulings, and defendant Lunn's notice of disposition, the Speedy Trial Act time within which to bring this case to trial with respect to defendant Lunn has been tolled and will remain tolled through the conclusion of the

---

1     "DE" refers to docket entries in this case.

continued change of plea hearing.[2]

7. The parties ask that the Court direct counsel for the parties to jointly contact chambers to set a new change of plea hearing date.

WHEREFORE, the United States, with the consent and agreement of defendant Lunn, respectfully requests that this Court grant its motion, vacate the February 5th change of plea hearing setting and continue the change of plea hearing to a date to be determined by the Court after consultation with counsel for the parties in this case.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


s/Kenneth M. Harmon
By: Kenneth M. Harmon
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to the following e-mail address:

Scott T. Varholak, Esq.
Scott.Varholak@fd.org

---

2   At a motions hearing held in this case on June 13, 2014, this Court granted defendant Lunn's unopposed motion to vacate hearing and trial settings and exclude 180 days from Speedy Trial computations (DE 26) and ruled that time from the date of the hearing through March 6, 2015 was excluded from Speedy Trial computations (DE 32). Owing to the pendency of that unopposed motion, Speedy Trial time had been previously tolled from the filing of that motion on April 30, 2014, six days after defendant Lunn's arraignment on the initial indictment in the case, through the June 13th motions hearing. Speedy Trial time would remain further tolled beyond March 6, 2015 while the matter of defendant Lunn's change of plea is pending and awaiting hearing.

Assistant Federal Public Defender
Attorney for defendant Lunn

Edward R. Harris, Esq.
Edward_Harris@fd.org
Assistant Federal Public Defender
Attorney for defendant Lunn

David L. Owen, Jr., Esq.
davidowen@lodopc.com
Attorney for defendant Beebe

                                      s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

4