**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GEOFFREY H. LUNN,

        Defendant.

---

**MINUTE ORDER**[1]

---

        The matter before the court is defendant's **Unopposed Motion for Brief Continuance of Change of Plea Hearing** [#54][2] filed January 31, 2015.  After reviewing the motion and the record, the court concludes this motion should be granted.

        **THEREFORE, IT IS ORDERED** as follows:

        1.  That defendant's **Unopposed Motion for Brief Continuance of Change of Plea Hearing** [#54] is **GRANTED**;

        2.  That the change of plea hearing set February 5, 2015, is **VACATED** and **CONTINUED** pending further order of court;

        3.  That on **February 5, 2015**, commencing at **9:00 a.m.**, the court shall conduct a telephonic setting conference to reset the change of plea hearing for this defendant; and

        4.  That counsel for the defendant shall arrange, initiate, and coordinate the conference call to the chambers of Judge Robert E. Blackburn, at (303) 335-2350, necessary to facilitate the setting conference.

        Dated:  February 2, 2015

---

        [1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

        [2] "[#54]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.