# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEOFFREY H. LUNN, and
2. JAIMIE J. BEEBE,

    Defendants.

# ORDER

**Blackburn, J.**

The matter comes before me on the **Government's Motion for an Order Permitting Disclosure of Grand Jury Materials** [#53] filed January 29, 2015, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). After careful review of the motion and the file,

    **IT IS ORDERED**:

    1. That the **Government's Motion for an Order Permitting Disclosure of Grand Jury Materials** [#53] filed January 29, 2015, is **GRANTED**;

    2. That grand jury testimony and grand jury exhibits and other materials may be disclosed to the defendants and their attorneys in the course of discovery in this case;

    3. That such materials shall only be used in defending this case;

    4. That such materials shall be disclosed only to the defendants and their attorneys;

    5. That the defendants' attorneys shall maintain custody of such materials and shall not reproduce or disseminate the same; and

      6. That such materials shall be returned to the United States at the end of the case.

      Dated February 5, 2015, at Denver, Colorado.

                                      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge