**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEOFFREY H. LUNN,

    Defendant.

## MINUTE ORDER[1]

On February 5, 2015, the court conducted a telephonic setting conference with counsel to reset the Change of Plea hearing in this case.  After conferring with counsel and with their concurrence, **IT IS ORDERED** that the court shall conduct a **Change of Plea Hearing** on **March 3, 2015 at 9:00 a.m.,** at which counsel and the defendant shall appear without further notice or order of the court.

    Dated:  February 6, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.