IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    GEOFFREY H. LUNN,

        Defendant.

## SECOND UNOPPOSED MOTION FOR CONTINUANCE
## OF CHANGE OF PLEA HEARING

The United States of America, by and through its undersigned counsel, hereby moves this Court, without opposition, for a second continuance of the Change of Plea Hearing in this case, currently set for March 3, 2015. In support of this motion, the government states as follows:

1.    On December 15, 2014, the defendant filed a notice of disposition advising the Court that the case against defendant Lunn would be resolved by way of guilty plea. The notice of disposition was based on a contemplated disposition embodied in an eight-page plea agreement terms letter provided to the defense by the undersigned government counsel and acknowledged and accepted by defendant Lunn and his counsel. The parties' letter agreement requires defendant Lunn, among other things, to enter a guilty plea to one count of wire fraud, in violation of Title 18, United States Code, Section 1343, and one count of engaging in monetary transactions in property derived from specified unlawful activity, in violation of title 18, United States Code, Section 1957. The letter sets forth the other essential terms of the contemplated disposition, including the parties' respective positions and agreements and undertakings concerning the applicable sentencing

1

guideline factors and their respective resulting formal advisory sentencing guideline calculations.

2. Based on this notification, the Court agreed not to set a further status conference in this case and instead set a change of plea hearing for February 5, 2015 to consider defendant Lunn's contemplated guilty pleas and the parties' proposed pretrial disposition (DE 35).[1] On January 31, 2015, the government filed an uncontested motion seeking more time for the parties to finalize their plea disposition into a formal plea agreement to be submitted to the Court (DE 54). This Court granted the motion and reset defendant Lunn's change of plea hearing for March 3, 2015 (DE 56).

3. A partial draft of the formal plea agreement has now been prepared and reviewed by counsel for defendant Lunn.   However, the stipulated facts section of the plea agreement has yet to be seen and reviewed by counsel for defendant Lunn and defendant Lunn, and the parties seek additional time to permit them to finalize and agree upon a stipulated narrative of the pertinent offense conduct in this case, a matter of particular importance in this case as a critical aspect of the parties' plea agreement includes defendant Lunn's contemplated testimony in a trial of co-defendant Beebe in this case. Additionally, since defendant Lunn's filing of his notice of disposition, the government has made several supplemental discovery productions in this case. The additional time sought by this continuance motion will permit counsel for defendant Lunn the opportunity to complete his review of these supplemental discovery items both before submitting a finalized plea agreement and proceeding to a change of plea hearing in this case.

4. Undersigned government counsel has discussed this motion with Assistant Federal Public Defender Scott T. Varholak, defendant Lunn's lead defense counsel in this case, and he advises that the defense concurs with and agrees to this motion.

---

1   "DE" refers to docket entries in this case.

5.      The parties do not anticipate seeking any further continuance of this change of plea hearing.

6.      Defendant Lunn is currently at liberty on pretrial release in this case.   No trial is currently set with respect to defendant Lunn. Based on this Court's prior rulings, and defendant Lunn's notice of disposition, the Speedy Trial Act time within which to bring this case to trial with respect to defendant Lunn has been tolled and will remain tolled through the conclusion of the continued change of plea hearing.[2]   The case against co-defendant Beebe is currently set for a status conference on April 17, 2015. Trial is not currently scheduled with respect to him.

7.      Counsel for the parties have been in contact with chambers and are advised that, should the Court grant this unopposed motion, the Court would be available to conduct defendant Lunn's change of plea hearing on April 24, 2015, commencing at 1:30 p.m. The parties request that defendant Lunn's change of plea hearing be continued to and reset for this date and time.

WHEREFORE, the United States, with the consent and agreement of defendant Lunn, respectfully requests that this Court grant its motion, vacate the March 3rd change of plea hearing setting and continue the change of plea hearing to April 24, 2015, commencing at 1:30 p.m.

---

[2]     At a motions hearing held in this case on June 13, 2014, this Court granted defendant Lunn's unopposed motion to vacate hearing and trial settings and exclude 180 days from Speedy Trial computations (DE 26) and ruled that time from the date of the hearing through March 6, 2015 was excluded from Speedy Trial computations (DE 32). Owing to the pendency of that unopposed motion, Speedy Trial time had been previously tolled from the filing of that motion on April 30, 2014, six days after defendant Lunn's arraignment on the initial indictment in the case, through the June 13th motions hearing. Speedy Trial time would remain further tolled beyond March 6, 2015 while the matter of defendant Lunn's change of plea is pending and awaiting hearing.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


s/Kenneth M. Harmon
By:   Kenneth M. Harmon
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of February 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to the following e-mail address:

    Scott T. Varholak, Esq.
    Scott.Varholak@fd.org
    Assistant Federal Public Defender
    Attorney for defendant Lunn

    Edward R. Harris, Esq.
    Edward_Harris@fd.org
    Assistant Federal Public Defender
    Attorney for defendant Lunn


    David L. Owen, Jr., Esq.
    davidowen@lodopc.com
    Attorney for defendant Beebe


    s/ Kenneth M. Harmon
    KENNETH M. HARMON
    Assistant United States Attorney
    U.S. Attorney's Office
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Tel. No. (303) 454-0100
    Fax No. (303) 454-0402
    E-mail: kenneth.harmon@usdoj.gov