**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEOFFREY H. LUNN,

    Defendant.

**MINUTE ORDER**[1]

The matter before the court is government's **Second Unopposed Motion for Continuance of Change of Plea Hearing** [#63][2] filed February 27, 2015. After reviewing the motion and the record, the court concludes this motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That government's **Second Unopposed Motion for Continuance of Change of Plea Hearing** [#63] is **GRANTED**;

    2. That the change of plea hearing set March 3, 2015, is **vacated** and **continued** to **April 24, 2015**, commencing at **1:30 p.m.** (MDT), at which counsel and the defendant shall appear without further notice or order of the court.

    Dated:  March 2, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.