<u>DEFENDANT</u>:     Geoffrey H. Lunn
<u>YOB</u>:            1956
<u>ADDRESS</u>:        Sheridan, Colorado

<u>COMPLAINT FILED?</u>     X     YES          NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:   14-mj-01037-MJW
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?     X     YES          NO

    IF NO, A NEW WARRANT IS REQUIRED

<u>OFFENSE</u>:     <u>Counts 1-26</u>
Wire Fraud
18 U.S.C. § 1343

<u>Counts 27-37</u>
Interstate Transportation of Fraudulently Obtained Property
18 U.S.C. §2314

<u>Counts 38-44</u>
Monetary Transactions in Property
Derived from Specified Unlawful Activity
18 U.S. C. §1957

<u>Count 45</u>
Conspiracy to Commit Offenses
18 U.S.C. §371

<u>LOCATION OF OFFENSE</u> (COUNTY/STATE): Boulder County, Colorado and elsewhere

<u>PENALTY</u>:     <u>Count 1-26</u>
Per Count, NMT 20 years imprisonment, a $250,000 fine, or both; Restitution; NMT 3 years supervised release; $100 Special Assessment Fee

<u>Counts 27-44</u>
Per Count, NMT 10 years imprisonment, a $250,000 fine,* or both; NMT 3 years supervised release; $100 Special Assessment Fee

*Note: Alternative fine of not more than twice the amount of criminally derived property involved in the charges transactions, with respect to Counts 38 through 44.

<u>Count 45</u>
NMT 5 years imprisonment, a $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment Fee

<u>AGENTS</u>:

Kristen Varel, Special Agent

Federal Bureau of Investigation
Denver, CO

AUTHORIZED BY:

Kenneth M. Harmon
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     \_\_\_\_X\_\_\_\_ over five days     _____ other

THE GOVERNMENT

_____ will seek detention in this case     \_\_\_X\_\_\_ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:     _____ Yes     \_\_\_X\_\_\_ No