DEFENDANT:      Jaime J. Beebe
                aka Jaime J. Greene, aka Robert Perello, aka Bobby Perello, aka Robert Visconti,
                aka Anthony Caramanna
YOB:            1972
ADDRESS:        Albuquerque, New Mexico

COMPLAINT FILED?     X    YES          NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:   14-mj-01148-MJW
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?     X    YES          NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:    Counts 1-26
            Wire Fraud
            18 U.S.C. § 1343

            Counts 27-37
            Interstate Transportation of Fraudulently Obtained Property
            18 U.S.C. §2314

            Count 45
            Conspiracy to Commit Offenses
            18 U.S.C. §371

LOCATION OF OFFENSE (COUNTY/STATE): Boulder County, Colorado and elsewhere

PENALTY:    Count 1-26
            Per Count, NMT 20 years imprisonment, a $250,000 fine, or both; Restitution; NMT 3 years
            supervised release; $100 Special Assessment Fee

            Counts 27-37
            Per Count, NMT 10 years imprisonment, a $250,000 fine,* or both; NMT 3 years supervised
            release; $100 Special Assessment Fee

            Count 45
            NMT 5 years imprisonment, a $250,000 fine, or both; NMT 3 years supervised release; $100
            Special Assessment Fee

AGENTS:

Kristen Varel, Special Agent
Federal Bureau of Investigation
Denver, CO

AUTHORIZED BY:

Kenneth M. Harmon
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less       __X__ over five days       _____ other

THE GOVERNMENT

__X__ will seek detention in this case       _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:       _____ Yes       __X__ No