**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GEOFFREY H. LUNN,

      Defendant.

---

**MINUTE ORDER[1]**

---

      The matter is before the court on the **Defendant's Unopposed Motion To Continue the Change of Plea Date** [#77][2] filed April 22, 2015.  Counsel contacted chambers on April 22, 2015, regarding possible dates to which to reset the change of plea hearing.  After conferring with counsel, and by agreement of all,

      **IT IS ORDERED** as follows:

      1.  That the **Defendant's Unopposed Motion To Continue the Change of Plea Date** is granted;

      2.  That the change of plea hearing set April 24, 2015, is vacated and continued to **May 14, 2015**, commencing at 11:00 a.m. (MDT) at which counsel and the defendant shall appear without further notice or order; and

      3.  That no later than 48 hours before the change of plea hearing, counsel shall deliver or email a courtesy copy of the **Plea Agreement** and **Statement by Defendant in Advance of Plea of Guilty** to chambers (A1041) and to the probation department. *See* D.C.COLO.LCrR 11.1(c). No later than commencement of the change of plea hearing, the original and a copy of the **Plea Agreement** and **Statement by Defendant in Advance of Plea of Guilty** shall be tendered to the courtroom deputy clerk. *See* D.C.COLO.LCrR 11.1(e).

      Dated:  April 22, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E.  Blackburn, United States District Judge for the District of Colorado.

[2]  "[#77]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.