**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                May 14, 2015

Deputy Clerk:        Kathleen Finney
Court Reporter:      Tracy Weir
Interpreter:

**Criminal Action No.  14-cr-00161-REB-1**

*Parties:*                                       *Counsel:*

UNITED STATES OF AMERICA,                        Kenneth Harmon

    Plaintiff,

v.

1.  GEOFFREY LUNN,                               Scott Varholak

    Defendant.

**CHANGE OF PLEA MINUTES**

**11:04 a.m.    Court in session.**

Appearances of counsel.

Defendant is present on bond.

The Plea Agreement (Court's Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant is 59 years old, alert, competent, literate, and sober.

Defendant waives formal reading of the Indictment, Superseding Indictment, and

Second Superseding Indictment.

Defendant confirms the court's understanding of the terms of the plea agreement.

Defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendant is advised of all matters required by Fed.R.Crim.P. 11(b)(1)(A)-(M).

Defendant withdraws existing pleas of not guilty to the offenses made the subject of the plea agreement.

Defendant waives re-arraignment on Counts 8 and 41 of the Second Superseding Indictment.

Defendant enters pleas of guilty to Counts 8 and 41 of the Second Superseding Indictment pursuant to plea agreement.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

 **IT IS ORDERED** as follows:

 1. That Court's Exhibits 1 and 2, which state the plea agreement, are admitted in evidence;

 2. That formal approval of the plea agreement is deferred, pending consideration of the presentence report;

 3. That the pleas of guilty to Counts 8 and 41 of the Second Superseding Indictment entered by the defendant are received, accepted and approved;

 4. That defendant is found guilty of the crimes charged in Counts 8 and 41 of the Second Superseding Indictment;

 5. That the Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

 6. That defendant's counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the

        presentence investigation;

7. That the sentencing hearing is deferred; and continued without date, provided however, that, within 30 days, the parties shall file a status report advising the court when a sentencing hearing may be set;

8. That any pending pretrial motion filed by or on behalf of the defendant is denied as moot;

9. That any Trial Preparation Conference and trial is vacated (as to the defendant); and

10. That defendant is released on bond, which is continued to the sentencing hearing.

**12:01 p.m.   Court in recess.**

Total time in court:   01:00

Hearing concluded.