IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

                Plaintiff,

v.

1.      GEOFFREY LUNN,

                Defendant.

## STATUS REPORT

The United State of America, by and through its undersigned counsel, and in consultation with counsel for defendant Lunn, submits the following status report concerning the readiness of the case against defendant Lunn for sentencing, in accordance with the Court's directive at the May 14, 2015 change of plea hearing of defendant Lunn in this case (DE 81): [1]

1.      On May 14, 2015, the government and defendant Lunn and his counsel appeared before this Court for a change of plea hearing to consider defendant Lunn's tendered guilty pleas to Counts 8 and 41 of the Second Superseding Indictment, pursuant to a written plea agreement between the parties (DE 82).   Under the terms of this agreement, defendant Lunn and the government agreed to "jointly move the Court to continue the defendant's sentencing in this case, until after his assistance in the prosecution of other persons, in particular through the provision of testimony in trial proceedings, has substantially been completed, so that the parties may be in a position fully to apprise the Court of the nature, extent and significance of such assistance" (DE

---

[1]      "DE __" refers to docket entries in this case.

82, Plea Agreement, Part I, ¶ G). Based on this plea agreement provision, the Court agreed to continue sentencing hearing for defendant Lunn without a set date but directed that the parties file status reports with the Court advising the Court when, in the parties' view, the case against defendant Lunn would be ready for a sentencing hearing (DE 81).

2.       The case against co-defendant Beebe has not yet been set for trial.   A status conference in the case against co-defendant Beebe is scheduled for August 21, 2015. It is anticipated that at the time counsel for co-defendant Beebe and the government will address with the Court the readiness of the case against co-defendant Beebe for trial and, unless a further continuance is sought by one of these parties, dates for further pretrial proceedings and a date to commence trial with respect to co-defendant Beebe will be set.   Based on the government's Speedy Trial Act calculations, without a further continuance supported by a further Speedy Trial Act exclusion of time, the case against co-defendant Beebe should be set to commence trial no later than October 23, 2015, in order to comport with the dictates of the Speedy Trial Act.[2]

3.       Based on discussions with counsel for co-defendant Beebe, government counsel does not anticipate that the case against co-defendant Beebe will be resolved prior to a trial of the case. Under the circumstances, it does not appear that the parties will be in a position to inform the Court of the full extent of defendant Lunn's assistance with respect to the case against co-defendant Beebe, at the very earliest, until sometime after the August 21st status conference with respect to co-defendant Beebe.

4.       Counsel for the government has consulted with counsel for defendant Lunn about this

---

2       In accordance with the Court's various rulings in the case against co-defendant Beebe, the running of time under the Speedy Trial Act has been tolled through to and including August 24, 2015 (DE 73).   The government calculates that 61-days of non-excludable time under the statute have elapsed with respect to co-defendant Beebe since his initial appearance on this case in this district.

status report, and both counsel agree that the government should make this report to the Court

jointly on behalf of the parties.

                                    Respectfully submitted,

                                    JOHN F.WALSH
                                    United States Attorney


                                    s/Kenneth M. Harmon
                                    By:   Kenneth M. Harmon
                                    Assistant U.S. Attorney
                                    1225 Seventeenth Street, Suite 700
                                    Denver, Colorado 80202
                                    Tel. No. (303) 454-0100
                                    Fax No. (303) 454-0402
                                    E-mail: kenneth.harmon@usdoj.gov


## CERTIFICATE OF SERVICE

       I hereby certify that on this 13th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:


Scott T.Varholak
Assistant Federal Public Defender
Scott_varholak@fd.org

Edward R. Harris
Assistant Federal Public Defender
Edward_harris@fd.org

David L. Owen, Jr.
davidowen@lodopc.com


                                    s/ Kenneth M. Harmon
                                    KENNETH M. HARMON
                                    Assistant United States Attorney
                                    U.S. Attorney's Office
                                    1225 Seventeenth Street, Suite 700

Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov