IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    GEOFFREY LUNN,

        Defendant.

## SECOND STATUS REPORT

The United State of America, by and through its undersigned counsel, and in consultation with counsel for defendant Lunn, submits the following status report concerning the readiness of the case against defendant Lunn for sentencing, in accordance with the Court's directive at the May 14, 2015 change of plea hearing of defendant Lunn in this case (DE 81): [1]

1.    On May 14, 2015, the government and defendant Lunn and his counsel appeared before this Court for a change of plea hearing to consider defendant Lunn's tendered guilty pleas to Counts 8 and 41 of the Second Superseding Indictment, pursuant to a written plea agreement between the parties (DE 82).   Under the terms of this agreement, defendant Lunn and the government agreed to "jointly move the Court to continue the defendant's sentencing in this case, until after his assistance in the prosecution of other persons, in particular through the provision of testimony in trial proceedings, has substantially been completed, so that the parties may be in a position fully to apprise the Court of the nature, extent and significance of such assistance" (DE

---

[1]     "DE __" refers to docket entries in this case.

82, Plea Agreement, Part I, ¶ G). Based on this plea agreement provision, the Court agreed to continue sentencing hearing for defendant Lunn without a set date but directed that the parties file status reports with the Court advising the Court when, in the parties' view, the case against defendant Lunn would be ready for a sentencing hearing (DE 81).

      2.      On June 13, 2015, the government filed the first status report on behalf of the parties pursuant to this directive (DE 89).   There have been no further developments since the filing of that report, and the posture of the case with respect to defendant Lunn remains the same as at the time of the filing of that report.   As related in the first status report, the case against co-defendant Beebe has not yet been set for trial, and a status conference in the case against co-defendant Beebe remains scheduled for August 21, 2015, at which time it is anticipated that the Court will address with the parties the readiness of the case against co-defendant Beebe for trial and dates for further proceedings. Counsel for the parties in the case against co-defendant Beebe continue to believe that the case against him will not be resolved prior to a trial of the case.

                            Respectfully submitted,

                              JOHN F. WALSH
                              United States Attorney

                              s/Kenneth M. Harmon
                              By:   Kenneth M. Harmon
                              Assistant U.S. Attorney
                              1225 Seventeenth Street, Suite 700
                              Denver, Colorado 80202
                              Tel. No. (303) 454-0100
                              Fax No. (303) 454-0402
                              E-mail: kenneth.harmon@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 12th day of August, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:


Scott T.Varholak
Assistant Federal Public Defender
Scott_varholak@fd.org

Edward R. Harris
Assistant Federal Public Defender
Edward_harris@fd.org

David L. Owen, Jr.
davidowen@lodopc.com


            s/ Kenneth M. Harmon
            KENNETH M. HARMON
            Assistant United States Attorney
            U.S. Attorney's Office
            1225 Seventeenth Street, Suite 700
            Denver, Colorado 80202
            Tel. No. (303) 454-0100
            Fax No. (303) 454-0402
            E-mail: kenneth.harmon@usdoj.gov