IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEOFFREY H. LUNN, and
2. JAIME J. BEEBE,
  a/k/a Jaime J. Greene,
  a/k/a Robert Perello,
  a/k/a Bobby Perello,
  a/k/a Robert Visconti,
  a/k/a Anthony Caramanna,

    Defendants.

## ENTRY OF APPEARANCE OF CO-COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as co-counsel for:

    United States of America

    DATED at Denver, Colorado this 9th day of October, 2015.

    Martha A. Paluch
    Name of Attorney

    United States Attorney's Office
    Firm Name

    1225 Seventeenth Street, Suite 700
    Office Address

    Denver, CO, 80202
    City, State, ZIP Code

    303-454-0100
    Telephone Number

    Martha.Paluch@usdoj.gov
    Primary CM/ECF E-mail Address

Respectfully submitted this 9th day of October, 2015.

                By: *s/Martha A. Paulch*
                MARTHA A. PAULCH
                Assistant United States Attorney
                1225 Seventeenth Street, Suite 700
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Facsimile: (303) 454-0409
                E-mail: Martha.Paluch@usdoj.gov
                Attorney for the Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this 9th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Scott T. Varholak
Assistant Federal Public Defender
Scott_varholak@fd.org

Edward R. Harris
Assistant Federal Public Defender
Edward_harris@fd.org

David L. Owen, Jr.
davidowen@lodopc.com

              s/ *Mariah Tracy*_____
              MARIAH TRACY
              Legal Assistant
              U.S. Attorney's Office
              1225 17th St., Suite 700
              Denver, CO  80202
              Telephone:  (303) 454-0100
              Fax:  (303) 454-0401
              e-mail: Mariah.Tracy@usdoj.gov