IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GEOFFREY LUNN,

        Defendant.

## THIRD STATUS REPORT

The United State of America, by and through its undersigned counsel, and in consultation with counsel for defendant Lunn, submits the following status report concerning the readiness of the case against defendant Lunn for sentencing, in accordance with the Court's directive at the May 14, 2015 change of plea hearing of defendant Lunn in this case (DE 81): [1]

1.     On May 14, 2015, the government and defendant Lunn and his counsel appeared before this Court for a change of plea hearing to consider defendant Lunn's tendered guilty pleas to Counts 8 and 41 of the Second Superseding Indictment, pursuant to a written plea agreement between the parties (DE 82). Under the terms of this agreement, defendant Lunn and the government agreed to "jointly move the Court to continue the defendant's sentencing in this case, until after his assistance in the prosecution of other persons, in particular through the provision of testimony in trial proceedings, has substantially been completed, so that the parties may be in a position fully to apprise the Court of the nature, extent and significance of such assistance" (DE

---

[1] "DE __" refers to docket entries in this case.

82, Plea Agreement, Part I, ¶ G). Based on this plea agreement provision, the Court agreed to continue sentencing hearing for defendant Lunn without a set date but directed that the parties file status reports with the Court advising the Court when, in the parties' view, the case against defendant Lunn would be ready for a sentencing hearing (DE 81).

2. On August 12, 2015, the government filed the second status report on behalf of the parties pursuant to this directive (DE 94). On August 21, 2015, the Court conducted a status conference regarding the case against co-defendant Beebe, at which time the Court granted an oral motion by counsel for defendant Beebe to exclude additional time, through and including up to December 22, 2015, from the computation of the Speedy Trial Act trial deadline (DE 97). At that time, the Court decided to set the case against co-defendant Beebe for a fifteen day jury trial to commence on February 1, 2016, with a trial preparation conference to be conducted on January 29, 2016 (*id.*). The Court further set the case against co-defendant Beebe down for an additional status conference to take place on December 18, 2015 (*id.*).

3. Counsel for the parties in the case against co-defendant Beebe continue to believe that the case against him will not be resolved prior to a trial of the case.

4. Defendant Lunn is expected to testify, pursuant to his plea obligations, as a government witness in the case against co-defendant Beebe, and his trial testimony in that proceeding is expected to be a substantial component of his efforts to assist the government in the investigation and prosecution of others.

5. Accordingly, the parties will not be in a position to inform the Court of the full extent of defendant Lunn's assistance until after the completion of trial in the case against co-defendant Beebe, currently expected to conclude in February 2016.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney


    s/Kenneth M. Harmon
    By:   Kenneth M. Harmon
    Assistant U.S. Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Tel. No. (303) 454-0100
    Fax No. (303) 454-0402
    E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott T. Varholak
Assistant Federal Public Defender
Scott_varholak@fd.org

Edward R. Harris
Assistant Federal Public Defender
Edward_harris@fd.org

David L. Owen, Jr.
davidowen@lodopc.com


    s/ Kenneth M. Harmon
    KENNETH M. HARMON
    Assistant United States Attorney

>U.S. Attorney's Office
>1225 Seventeenth Street, Suite 700
>Denver, Colorado 80202
>Tel. No. (303) 454-0100
>Fax No. (303) 454-0402
>E-mail: kenneth.harmon@usdoj.gov