# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEOFFREY H. LUNN, and
2. JAIME J. BEEBE,
   a/k/a Jaime J. Greene,
   a/k/a Robert Perello,
   a/k/a Bobby Perello,
   a/k/a Robert Visconti,
   a/k/a Anthony Caramanna,

    Defendants.

## ORDER ON JOINT MOTION FOR THE SCHEDULING
## OF A MOTIONS DEADLINE AND HEARING

This matter comes before the Court on the parties Joint Motion for the Scheduling of a Motions Deadline and Hearing, Doc.109.

Having considered the grounds for this motion, it is HEREBY GRANTED.

All pretrial motions in this matter shall be filed by November 24, 2015.

All responses shall be filed by December 11, 2015.

A hearing on all motions, if necessary, will occur during the status conference currently scheduled for December 18, 2015.

SO ORDERED.

BY THE COURT:

_____
Robert E. Blackburn
United States District Court Judge