IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    GEOFFREY LUNN,

        Defendant.

## FIFTH STATUS REPORT

The United State of America, by and through its undersigned counsel, and in consultation with counsel for defendant Lunn, submits the following status report concerning the readiness of the case against defendant Lunn for sentencing, in accordance with the Court's directive at the May 14, 2015 change of plea hearing of defendant Lunn in this case (DE 81): [1]

1.    On May 14, 2015, the government and defendant Lunn and his counsel appeared before this Court for a change of plea hearing to consider defendant Lunn's tendered guilty pleas to Counts 8 and 41 of the Second Superseding Indictment, pursuant to a written plea agreement between the parties (DE 82).   Under the terms of this agreement, defendant Lunn and the government agreed to "jointly move the Court to continue the defendant's sentencing in this case, until after his assistance in the prosecution of other persons, in particular through the provision of testimony in trial proceedings, has substantially been completed, so that the parties may be in a position fully to apprise the Court of the nature, extent and significance of such assistance" (DE

---

[1]     "DE __" refers to docket entries in this case.

82, Plea Agreement, Part I, ¶ G). Based on this plea agreement provision, the Court agreed to continue sentencing for defendant Lunn without a set date but directed that the parties file status reports with the Court advising the Court when, in the parties' view, the case against defendant Lunn would be ready for a sentencing hearing (DE 81).   The parties thereafter filed regular status reports informing the Court of the progress of the case against co-defendant Beebe, the trial of which, the parties anticipated, would feature the testimony of defendant Lunn, the most significant component of Lunn's cooperation plea obligations.

2.   On August 21, 2015, the Court set the case against co-defendant Beebe for a fifteen day jury trial to commence on February 1, 2016 (DE 97).   On December 14, 2015, counsel for defendant Beebe filed a notice of disposition, reflecting a pretrial resolution of his case (DE132). Based on this notice, the Court vacated the February 1, 2016 trial and, on January 19, 2016, conducted a change of plea hearing with respect to co-defendant Beebe, at which time the Court received co-defendant Beebe's guilty plea with respect to a wire fraud count of the Second Superseding Indictment and adjudged him guilty of that offense (DE 142, 144. 148).   The Court set co-defendant Beebe's case for sentencing to take place on April 20, 2016 (DE 144).

3.   Co-defendant Beebe's entry of a guilty plea pursuant to a negotiated pretrial disposition has obviated the need for trial testimony by defendant Lunn, and the government does not currently anticipate needing to call defendant Lunn as a witness in connection with sentencing proceedings with respect to co-defendant Beebe.   Accordingly, the government believes that defendant Lunn's assistance to the government in the investigation and prosecution of others has now been substantially completed and that the case against defendant Lunn is ready for sentencing. Government counsel understands that counsel for defendant Lunn shares this view.

4.      Government counsel has conferred with counsel for defendants, as well as the United States Probation Officer assigned to conduct their presentence investigations ,and has proposed that sentencing proceedings with respect to both defendants be partially consolidated so that various sentencing issues in common -- pertaining to the calculation of the defendants' respective advisory sentencing guideline ranges and restitution -- can be addressed in an coordinated and uniform fashion at the same time.   Government counsel understands that counsel for the defendants and the assigned probation officer do not object to this approach, and the government intends to file a separate motion seeking partial consolidation of sentencing proceedings.

Respectfully submitted,

JOHN F.WALSH
United States Attorney


s/Kenneth M. Harmon
By:   Kenneth M. Harmon
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day February 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Scott T.Varholak
Assistant Federal Public Defender
Scott_varholak@fd.org

Edward R. Harris
Assistant Federal Public Defender
Edward_harris@fd.org

David L. Owen, Jr.
davidowen@lodopc.com


                                                  s/ Kenneth M. Harmon
                                                  KENNETH M. HARMON
                                                  Assistant United States Attorney
                                                  U.S. Attorney's Office
                                                  1225 Seventeenth Street, Suite 700
                                                  Denver, Colorado 80202
                                                  Tel. No. (303) 454-0100
                                                  Fax No. (303) 454-0402
                                                  E-mail: kenneth.harmon@usdoj.gov