IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00161-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GEOFFREY H. LUNN,

       Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**
_____

       Geoffrey Lunn, by and through undersigned counsel, hereby moves to continue the August 3, 2016 Initial Sentencing date, and in support thereof, states as follows:

       1.    Undersigned counsel will be on vacation on that date and has purchased airline tickets.

       2.    Although Edward A. Harris, Assistant Federal Public Defender is also an attorney of record for defendant, undersigned counsel is the lead counsel on this case and should attend sentencing.

       3.    Undersigned counsel has spoken with Assistant United States Attorney Harmon as well as co-defendant's counsel, Mr. Owen, neither oppose this continuance.

4. Undersigned counsel also asks that the parties be directed to call chambers to set a new sentencing hearing date.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender, Interim


s/ Scott T. Varholak
SCOTT T. VARHOLAK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Scott_Varholak@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2015, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kenneth Harmon, Assistant U.S. Attorney
Email: Kennth.Harmon@usdoj.gov

David L. Owen
Email: davidowen@lodopc.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Geoffrey Lunn        (via Mail)

s/ Scott T. Varholak
SCOTT T. VARHOLAK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Scott_Varholak@fd.org
Attorney for Defendant