IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. GEOFFREY H. LUNN, and
2. JAIME J. BEEBE,
     a/k/a Jaime J. Greene,
     a/k/a Robert Perello,
     a/k/a Bobby Perello,
     a/k/a Robert Visconti,
     a/k/a Anthony Caramanna,

     Defendant.

## MINUTE ORDER[1]

     The matter is before the court on defendant Lunn's **Unopposed Motion To Continue Sentencing Hearing** [#180][2] filed April 15, 2016. After careful review of the motion and the file, the court concludes that the motion should be granted and that the initial, combined sentencing hearing as to both defendants should be continued.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Unopposed Motion To Continue Sentencing Hearing** is granted;

     2. That the sentencing hearing set August 3, 2016, as to both defendants Lunn and Beebe, is vacated and continued pending further order;

     3. That on **May 4, 2016**, at 10:30 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to reset the initial, combined sentencing hearing; and
     4. That counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

     Dated: April 18, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#180]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.