**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEOFFREY H. LUNN, and
2. JAIME J. BEEBE,
    a/k/a Jaime J. Greene,
    a/k/a Robert Perello,
    a/k/a Bobby Perello,
    a/k/a Robert Visconti,
    a/k/a Anthony Caramanna,

    Defendant.

## MINUTE ORDER[1]

On May 4, 2016, the court conducted a telephonic setting conference to reset the initial sentencing hearing in this matter. After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

1. That on **September 29, 2016**, commencing at 10:00 a.m. (MDT), the court shall conduct a joint, initial sentencing hearing, at which counsel and defendant Lunn shall appear without further notice or order; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of defendant Beebe for this hearing.

Dated: May 6, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.