IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00161-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GEOFFREY H. LUNN,

        Defendant.

_____

### MOTION TO WITHDRAW AS COUNSEL FOR GEOFFREY H. LUNN
_____

        Scott T. Varholak, Assistant Federal Public Defender, hereby moves to withdraw as counsel for the defendant, GEOFFREY H. LUNN. Undersigned counsel is leaving the Office of the Federal Public Defender and new counsel from within the Office of the Federal Public Defender has entered an appearance. Defendant Geoffrey H. Lunn has been notified of this motion.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Scott T. Varholak
        SCOTT T. VARHOLAK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        scott.varholak@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kenneth Harmon, Assistant U.S. Attorney
Email: Kennth.Harmon@usdoj.gov

David L. Owen
Email: davidowen@lodopc.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Geoffrey Lunn (via Mail)

s/Scott T. Varholak
SCOTT T. VARHOLAK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
scott.varholak@fd.org
Attorney for Defendant

2