IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEOFFREY H. LUNN,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 30, 2016.**

    For good cause shown, the Motion to Withdraw as Counsel for Geoffrey H. Lunn filed by Scott T. Varholak [filed September 29, 2016; ECF No. 195] is **granted**. Mr. Varholak's representation of Defendant Lunn in this case is terminated. Mr. Lunn will continue to be represented by Edward R. Harris of the Office of the Federal Public Defender.