IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:                    September 29, 2016

Courtroom Deputy:  Kathleen Finney
Court Reporter:       Tracy Weir
Probation Officer:   Kyla Hamilton

**Criminal Action No.**

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,            Kenneth Harmon

     Plaintiff,

v.

1. GEOFFREY H. LUNN, and              Scott Varholak
                                                         Ed Harris
2. JAIMIE J. BEEBE,                           David Owen

     Defendants.

---

**SENTENCING MINUTES**

---

**10:08 a.m.    Court in session.**

Appearances of counsel. Also appearing at government's table is Elizabeth Froehlke, Dana Chamberlin, Auditor for United States Attorney's Office, and Kristen Varel, Special Agent for FBI.

Defendant 1. Lunn is present on bond; Defendant 2. Beebe is present in custody.

Court's opening remarks. This hearing is to address the various objections to the presentence investigation report [#191] for Mr. Lunn, and [#193] for Mr. Beebe.

Statement by Mr. Varholak.

Statement by Mr. Harmon.

***Government's Exhibits Identified:*** *1 - 7.*

***Government's Exhibits Admitted:*** *1 - 7.*

***Defendant Lunn's Exhibits Identified:*** *1 - 12.*

***Defendant Lunn's Exhibits Admitted:*** *1 - 12.*

Government's argument by Mr. Harmon.

Defendant Lunn's response by Mr. Varholak.

Defendant Beebe's response by Mr. Owen.

Government's reply by Mr. Harmon.

The matters are taken under advisement.  Court will issue a minute order setting a telephonic, non-appearance setting conference to proceed to final sentencing hearings for the defendants.

**11:32 a.m.    Court in recess.**

Total time in court: 00:24

**Hearing continued.**