**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  GEOFFREY H. LUNN, and

     Defendant.

---

### MINUTE ORDER[1]

---

The matter is before the court pursuant to minute entry [#198],[2] filed September 29, 2016.

**IT IS ORDERED** as follows:

1.  That on **October 12, 2016,** at 10:30 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to set a final sentencing hearing; and

2.  That counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

Dated:  September 30, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#198]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.