**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEOFFREY H. LUNN, and

    Defendant.

---

**MINUTE ORDER**[1]

---

On October 18, 2016, the court conducted a telephonic setting conference to set this matter for additional sentencing hearing. After conferring with counsel, and by agreement of all,

**IT IS ORDERED** that on **February 22, 2017**, commencing at 9:00 a.m. (MST), the court shall conduct an additional sentencing hearing in this matter, at which counsel and the defendant shall appear without further notice or order.

Dated:  October 19, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.