IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  14-CR-00161-REB

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JAIME J. BEEBE,

        Defendant.

_____

ENTRY OF APPEARANCE
_____

To: The Clerk of Court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:  __The United States of America__

    DATED at Denver, Colorado this 2nd day of February, 2017.

                ROBERT C. TROYER
                Acting United States Attorney

                s/Elizabeth M. Froehlke
                Elizabeth M. Froehlke
                Assistant United States Attorney
                1225 17th Street, Suite 700
                Denver, CO 80202
                Telephone: 303-454-0126
                E-mail:  Elizabeth.Froehlke@usdoj.gov

                Counsel for United States

CERTIFICATE OF MAILING

      I hereby certify that on February 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

Elizabeth.Froehlke@usdoj.gov

      In addition, I hereby certify that I have mailed or faxed the document to the following non CM/ECF participants:

Address of Defendant:

Jaime Beebe
FCI Englewood
9595 W. Quincy Ave
Littleton, CO 80123

Fed Register # is 79601-051.

        s/Patricia McGee-Wake
        U.S. Attorney's Office