**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,
v.

1.  GEOFFREY H. LUNN, and
2.  JAIME J. BEEBE,

    Defendant.

## ORDER OVERRULING OBJECTIONS TO PRESENTENCE REPORT

**Blackburn, J.**

The matter is before me on **Defendant Lunn's Response and Objections to the Presentence Investigation Report** [#189],[1] filed September 2, 2016, and **Defendant Beebe's Objections to the Preliminary Presentence Investigation Report** [#190] filed September 8, 2016. I heard the objections on September 29, 2016. I overrule the objections.

Both defendants object to the relevant Presentence Investigation Report [#191 - Lunn] and [#193 - Beebe]. Specifically, both defendants object to a two-level enhancement for sophisticated means under USSG §2B1.1(b)(10)(C). [#191 at 25, ¶ 72 - Lunn] and [#193 at 24, ¶ 65 - Beebe], and a three-level enhancement as a manager or supervisor under USSG §3B1.1(b), [#191 at 25, ¶ 74 - Lunn] and [#193 at 24, ¶ 67 - Beebe].

---

[1] "[#189]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Having considered carefully, the uncontroverted facts presented, reasons stated, arguments advanced, and authorities cited by the parties in writing and orally during the September 29, 2016, hearing, and based on the extant relevant evidentiary and informational record, I find and conclude that the government has sustained its burden of proof and has established by a preponderance of the relevant evidence as follows: (1) that the offenses of conviction for both defendants involved sophisticated means and both defendants intentionally engaged in and/or caused the conduct constituting sophisticated means within the meaning of USSG §2B1.1(b)(10)(C); and (2) that each defendant acted as a manager and/or supervisor and their individual and joint criminal activity was otherwise extensive within the meaning of USSG §3B1.1(b). Thus, the objections of the defendants should be overruled.[2]

**THEREFORE, IT IS ORDERED** as follows:

1. That the objections stated in **Defendant Lunn's Response and Objections to the Presentence Investigation Report** [#189] are overruled; and

2. That the objections stated in **Defendant Beebe's Objections to the Preliminary Presentence Investigation Report** [#190] are overruled.

Dated February 17, 2017, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[2] The court reserves the right to expatiate its findings, conclusions, and rulings during the individual sentencing hearings of the defendants.

2