Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                )

                                 )   File No. C-07739-A

DRESDNER FINANCIAL               )


WITNESS:   Geoffrey H. Lunn

PAGES:     1 to 117

PLACE:     Securities and Exchange Commission

           Central Regional Office

           1801 California Street, Suite 1500

           Denver, Colorado  80202

           (303) 844-1000

DATE:      Friday, April 8, 2011


    The above-entitled matter came on for hearing,

pursuant to notice, at 11:05 a.m.




SECURITIES & EXCHANGE COMMISSION
R E C E I V E D

APR 14 2011

CHICAGO REGIONAL OFFICE


Diversified Reporting Services, Inc.

(202) 467-9200

# EXHIBIT A

Page 2

1   APPEARANCES:

2

3   On behalf of the Securities and Exchange Commission:

4      JEDEDIAH B. FORKNER, ESQ.

5      ANNE C. MCKINLEY, ESQ., Assistant Director

6      Division of Enforcement

7      Securities and Exchange Commission

8      175 W. Jackson Boulevard

9      Suite 900

10     Chicago, IL 60604

11     (312) 353-7390

12

13  On behalf of the Witness:

14     GEOFFREY H. LUNN, PRO SE

15

16

17

18

19

20

21

22

23

24

25

Page 3

1              CONTENTS

2

3   WITNESS                    EXAMINATION

4   Geoffrey H. Lunn                    7

5

6   EXHIBITS      DESCRIPTION        IDENTIFIED

7      15    SEC subpoena to G. Lunn, 3/24/11       59

8      16    SEC subpoena and documents request

9            to WGC Group, 3/21/11        60

10     17    SEC subpoena and documents request

11           to G. Lunn, 3/21/11        60

12     19    Chase Bank statement of account from

13           WGC Group                93

14     21    Chase Bank statement of account for      98

15     23    Chase Bank statement of account for

16           WGC Group, 11/2010        103

17     24    Chase Bank cashier's check        97

18

19

20

21

22

23

24

25

Page 4

1              P R O C E E D I N G S

2       MR. FORKNER: We're on the record 11:05, Central

3   Time, on Friday, April 8, 2011. Mr. Lunn, would you please

4   raise your right hand?

5   Whereupon,

6              GEOFFREY H. LUNN

7   was called as a witness, and, having first been duly sworn was

8   examined and testified as follows:

9       MR. FORKNER: Would you please state and spell your

10  full name for the record, including your middle name?

11      THE WITNESS: Geoffrey Hugh Lunn: G-e-o-f-f-r-e-y;

12  H-u-g-h; L-u-n-n.

13      MR. FORKNER: Thank you. My name is Jedediah

14  Forkner. I am an attorney with the Division of Enforcement.

15  With me is Anne McKinley, an assistant director in the

16  Division of Enforcement. We are officers of the Commission

17  for the purposes of this proceeding. This is an investigation

18  by the United States Securities and Exchange Commission in the

19  matter of Dresdner Financial, Case Number C-07739.

20      The purpose of this investigation is to determine

21  whether there have been violations of certain provisions of

22  the federal securities laws. However, the facts developed in

23  this investigation may constitute violations of other federal

24  or state, civil or criminal laws.

25      Prior to the opening of the record you were provided

Page 5

1   with a copy of the formal order of investigation in this

2   matter. It will be available for your examination during the

3   course of this proceeding. Mr. Lunn, have you had an

4   opportunity to review the formal order?

5       THE WITNESS: Yes.

6       MR. FORKNER: Prior to the opening of the record,

7   you were also provided with a copy of the Commission's

8   supplemental information form. A copy of that notice was

9   previously marked as Exhibit Number 1. Mr. Lunn, have you had

10  the opportunity to read Exhibit Number 1?

11      THE WITNESS: Yes.

12      MR. FORKNER: Do you have any questions concerning

13  Exhibit Number 1?

14      THE WITNESS: No.

15      MR. FORKNER: Mr. Lunn, are you represented by

16  counsel?

17      THE WITNESS: No.

18      MR. FORKNER: You do have the right to be

19  accompanied, represented and advised by counsel. This means

20  that you may have an attorney present and that your attorney

21  may advise you before, during and after your examination here

22  today. Do you understand that?

23      THE WITNESS: Yes.

24      MR. FORKNER: Since you are not represented by

25  counsel, there are certain matters discussed in Exhibit Number

EXHIBIT A

## Page 6

1 I that I would like to highlight for you. Do you understand
2 that upon your request these proceedings will be adjourned so
3 that you may obtain counsel?
4        THE WITNESS: Yes.
5        MR. FORKNER: Do you understand that the statutes
6 set forth in Exhibit Number 1 provide criminal penalties for
7 knowingly providing false testimony, or knowingly using false
8 documents in connection with this investigation?
9        THE WITNESS: Yes.
10        MR. FORKNER: Do you understand that you may assert
11 your rights under the Fifth Amendment to the United States
12 Constitution and refuse to answer any questions that may
13 intend to incriminate you?
14        THE WITNESS: Yes.
15        MR. FORKNER: Everything we say today is being
16 recorded by the reporter, and will be transcribed into a
17 written transcript. We need to be as clear as possible so the
18 reporter can record everything we say. Please answer all of
19 my questions with a verbal response.
20        Do not shake your head or answer ah-hah or uh-huh.
21 Please let me finish my question before you start your answer,
22 and I will try to let you finish your answer before I ask a
23 new question. If you do not hear a question, please say so
24 and I will repeat it. If you do not understand a question,
25 please let me know and I will clarify or rephrase. If you do

## Page 7

1 answer the question, I will assume that you understood.
2        If you need a break for any reason, let me know and
3 I will instruct the court reporter to go off the record. The
4 court reporter will only go off the record at the request of
5 the Commission officer. Do you understand all this
6 information?
7        THE WITNESS: Yes, I do.
8        MR. FORKNER: Are you on any medication that would
9 prohibit you from providing complete and truthful testimony?
10        THE WITNESS: No.
11        MR. FORKNER: Are you aware of any other reason that
12 would prevent you from providing complete and truthful
13 testimony here today?
14        THE WITNESS: No.
15        MR. FORKNER: Mr. Lunn, have you done anything to
16 prepare for your testimony today, for example, review any
17 materials or records?
18        THE WITNESS: Some, yes.
19        E X A M I N A T I O N
20 BY MR. FORKNER:
21    Q    And what did you review?
22    A    E-mails that I have sent or received in the last
23 year or so.
24    Q    Did you review any other documents?
25    A    Other than I did look at the background information

## Page 8

1 I was asked to prepare, because some of that goes back a
2 number of years, because I'm 54 years old. So there's quite a
3 lot of employment history and such.
4    Q    Sure. Have you spoken to anyone regarding your
5 appearance here today?
6    A    I've told some people that I'm meeting with the SEC,
7 yes.
8    Q    Who did you talk to?
9    A    Some people that I do business with.
10    Q    What are their names?
11    A    Vincent Curry, Darlene Bishop, Angela Zeigler, and I
12 believe that's it.
13    Q    And when did you talk to Mr. Curry?
14    A    Two days ago.
15    Q    What did that conversation involve?
16    A    I merely said that I was visiting with the SEC.
17    Q    Did you tell him anything else?
18    A    No.
19        BY MS. MCKINLEY:
20    Q    What did he say to you?
21    A    What did he say to me? Uh, that he was scheduled to
22 visit with the SEC sometime next week.
23    Q    Did the two of you discuss anything else during that
24 conversation?
25    A    No.

## Page 9

1        BY MR. FORKNER:
2    Q    When did you talk to Ms. Bishop?
3    A    Yesterday.
4    Q    And what did that conversation involve?
5    A    I stated that I was going to visit with the SEC.
6    Q    Were there any additional comments made?
7    A    She told me she had already visited with the SEC in
8 Dallas.
9        BY MS. MCKINLEY:
10    Q    Did she tell you anything else?
11    A    Not regarding her visit. No. Not anything to do
12 with the SEC. No.
13    Q    Did you discuss anything else during that
14 conversation?
15    A    Some of the business that we had, that's still
16 outstanding.
17        BY MR. FORKNER:
18    Q    And when did you speak to Ms. Ziegler?
19    A    Yesterday.
20    Q    And what did that conversation involve?
21    A    I stated that I had to visit with the SEC.
22    Q    And how did she respond?
23    A    She wished me luck.
24        BY MS. MCKINLEY:
25    Q    Did you and Ms. Ziegler discuss anything else during

Page 10

1   that conversation?
2       A   Again, business relating to files or submissions
3   that she has been reviewing --
4       Q   We'll get into that.
5       A   -- because I knew I wouldn't be available during
6   today.
7           MS. MCKINLEY:  Okay.  And we'll go into that some
8   more a little bit later.
9           BY MR. FORKNER:
10      Q   Did you discuss with anyone what the content of your
11  testimony would or should be?
12      A   No.  I did not.
13      Q   In general, have you spoken with anyone regarding
14  our investigation?
15      A   I have had other affiliates contact me regarding if
16  they had already been asked information, but not about the
17  content, but merely the fact that there has or is an
18  investigation going on, because people are concerned.
19      Q   What are the names of those affiliates?
20      A   The ones that I've just given you.  Do you want me
21  to repeat the names?
22      Q   I'll confirm with it:  Mr. Curry, Ms. Bishop and Ms.
23  Ziegler.
24      A   Yes, but in addition Richard Anderson, Jennifer
25  Puff, and I think that's all.  But if I think of any others,

Page 11

1   can I come back to that?
2       A   Certainly.  It's I don't have a photographic memory,
3   or you can maybe give me a minute and I'll think of others,
4   but I think they're the only ones.  I'm pretty sure that's it.
5           MR. FORKNER:  If we could take a look at Exhibit
6   Number 2, please.
7           MS. MCKINLEY:  I'm handing the witness Exhibit
8   Number 2.
9           MR. FORKNER:  Mr. Lunn, if you would please take a
10  minute to review Exhibit Number 2, for the record, Exhibit
11  Number 2 is a one-page document, which appears to be an e-mail
12  dated January 20th of 2011.  Mr. Lunn, are you familiar with
13  Exhibit Number 2?
14          THE WITNESS:  Well, it was sent to me so I did
15  receive it, yes.
16          BY MR. FORKNER:
17      Q   Just to confirm, this is an e-mail that was sent
18  from Darlene Bishop on or about January 20, 2011, and you
19  received this e-mail.  Is that correct?
20      A   Yes.
21      Q   And the e-mail states:  "We must do a conference call
22  ASAP with the three of us and also Vincent, because this SEC
23  issue is even worse than what you guys know.  This cannot
24  wait.  It needs to happen right now.  Mr. Lund, what did you
25  do when you received this e-mail?

Page 12

1       A   I don't recall exactly, but I think I called Darlene
2   Bishop.
3       Q   And what did your conversation with her involve?
4       A   Again, I don't remember exactly, but I do know I did
5   not have a conference call as she instructed.  I may have
6   said, or I think I said that she needs to just wait and
7   address any issues that the SEC brings up with her.
8       Q   And you said it wasn't a conference call.  Was there
9   anyone else on the call?
10      A   I did not do -- sorry I interrupted you.  I did not
11  do a conference call with Vincent or Michael Schmidt.
12      Q   Was there anyone else on the conversation besides
13  yourself and Ms. Bishop?
14      A   I don't believe there was.  I don't typically do
15  conference calls like that.  So I'm pretty sure it wasn't.
16      Q   Okay.  Looking again at Exhibit Number 2, it appears
17  that there were two other people who received this e-mail from
18  Ms. Bishop.  There's two Michael at Dresdner Financial dot com
19  and a Vincent Curry.  Is that the same Vincent Curry that you
20  discussed earlier?
21      A   Yes.
22      Q   And who is Michael at Dresden Financial dot com?
23      A   Michael Schmidt, I believe that refers to.
24      Q   And who is Michael Schmidt?
25      A   I don't believe he exists.

Page 13

1           BY MS. MCKINLEY:
2       Q   Does the Michael at Dresdner Financial dot com
3   e-mail belong to anyone else, or is it an empty e-mail
4   address?
5       A   No.  It's used.  It has been used.
6       Q   Who uses the e-mail address?
7       A   It was set up by Bobby Perello who controls the
8   whole of the web site.  He issued e-mail addresses for a lot
9   of us who were affiliates initially.  And he has various other
10  e-mail account, for example, service at Dresdner, and there
11  are two or three others like that.
12      Q   Who else received e-mail addresses using the
13  Dresdner Financial dot com website?
14      A   I don't have an exhaustive list, because I never
15  issued any, but I know some people.  I can give you names of
16  some that I know, if that's any help.
17      Q   Yes, please do.
18      A   Bobby Perello was the person who issued them so he
19  has one.  Bobby at Dresdner Financial.  Are you only
20  interested in people, or, for example, there's one called, as
21  I mentioned, "service."
22      Q   Yeah.  As many as you can list would be helpful.
23      A   There's one -- again, I don't know them all, but I
24  can tell you what I remember or not -- service at Dresdner
25  Financial dot com; Info, I-n-f-o, and then there's Management

4  (Pages 10 to 13)

## Page 14

1    M-g-m-t at Dresdner Financial dot com. And then there are a

2    number of affiliates, for example, Vincent Curry. Any

3    affiliates that started submitting business, probably between

4    February 2010 and roundabout, I would guess, July and August.

5    But I can't tell you exactly how many or all the names,

6    because I don't have that information. But I do know he

7    stopped issuing them after that.

8        Q    Do you know about anyone other than Mr. Perello and

9    Mr. Curry who have e-mail addresses?

10       A    Myself and Richard Anderson. I'm sure there are

11   others, but I don't know which ones have and which ones don't,

12   because not everyone uses them, basically.

13           BY MS. MCKINLEY:

14       Q    Who checked the service info and management at

15   Dresdner Financial dot com e-mail addresses, if anyone?

16       A    I have at times, because I was given access to them.

17   He controlled my e-mail. He controlled everybody's e-mail,

18   so he could check everyone's whenever he wanted. But I did

19   have access at times.

20       Q    Do you know if anyone else did as well, besides

21   yourself and Mr. Perello?

22       A    I don't know. I would doubt it, but I don't know.

23           BY MR. FORKNER:

24       Q    Going back to Michael Schmidt for a minute, you said

25   that you don't believe he exists. What do you base that

## Page 15

1    belief on?

2        A    Based on conversations with Bobby Perello.

3        Q    What did Mr. Perello tell you about Mr. Schmidt?

4        A    He didn't really tell me anything specific.

5           BY MS. MCKINLEY:

6        Q    So what about that makes you think that there is no

7    Michael Schmidt?

8        A    Because Bobby Perello doesn't exist either.

9        Q    Okay. And what do you mean by that?

10       A    Well, that's not true, because probably Perello is a

11   name that this person uses. He uses multiple -- it's one of the names he

12   personally know his real name, but that's one of the names he

13   uses.

14       Q    Does he also use the Michael Schmidt name?

15       A    Yes.

16       Q    Are you aware of any other names that he uses?

17       A    Yes.

18       Q    Could you list them for us, as many as you know?

19       A    When I first met him, his name was Robert Palusczek:

20   P-a-l-u-s-c-z-e-k. Michael Schwartz -- I think that's

21   S-c-h-w-a-r-t-z. Anthony Caramanna, that's Anthony, obvious,

22   C-a-r-a-m-a-n-n-a, I believe. I may have spelled that wrong.

23   Robert Visconti: V-i-s, for sugar, c-o-n-t-i; Michael Dilallo,

24   D-i-l-a-l-l-o. Do you want to keep going?

25       Q    If you know more, yes, please.

## Page 16

1        A    I'm sure there are more. I'm not thinking straight.

2        Q    How did you find out about all these other names

3    that -- and if it's okay, we'll call him Mr. Perello.

4        A    Yeah. I only call him by the name Robert, because

5    that's when I first met him. Like I said, his name was Robert

6    Palusczek, so I have never called him anything other than

7    Robert, but you can call him whatever you like. It doesn't

8    really matter I guess.

9        Q    Okay. Well, we'll call him Robert then, and when we

10   say Robert, if we could just degree that when any of the three

11   of us say Robert, well, sorry. We can't talk over each other.

12   Otherwise the court reporter can't get it in; but, when we

13   say Robert, then we'll all understand that for the purposes of

14   today, we will mean the person that goes by all of these

15   different names. Is that acceptable?

16       A    That's fine. Sorry.

17       Q    How did you learn about all of these different names

18   that Robert goes by?

19       A    Not different ways. For example, when I first met

20   him the reason a lot of what has happened has happened is he

21   stole our corporate identity. That's how I first realized

22   that something is not right. An example of the Anthony

23   Caramanna, when he calls using his cell phone that is the

24   number that comes up on caller ID. He told me that that was a

25   homeless person's ID that he took.

## Page 17

1           Robert Visconti -- he has a Chicago cell phone

2    number he uses, and that one comes up on caller ID. Michael

3    Schwartz; I've seen a driver's license that he used in Las

4    Vegas at a casino that has that name listed.

5           BY MR. FORKNER:

6        Q    What state issued the driver's license?

7        A    You know, I had to be careful. I don't know. I

8    think it's probably California. The other names I can't

9    recall how. I mean I've been investigating myself this

10   person, because when I did go, the authorities originally,

11   when I had my corporate identity stolen, I didn't get any

12   help. So that's what I've been trying to do.

13       Q    Why don't we go to then that time you first met

14   Robert? And could you describe for us what happened, how you

15   met him?

16       A    When you say met, you mean met in person or when I

17   first started dealing with him?

18       Q    Your first contact with him?

19       A    Okay. My first contact, I was looking to raise --

20   our company had good business credit. I believe it was 2009,

21   and I was looking to raise credit to purchase some real estate

22   which is the basis of what my business is, WGC Group. And he

23   was advertising, raising credit for people, so I approached

24   him.

25           I believe the ad was via "Craig's List." And he was

## Page 18

1  at your Philadelphia number that I called, an 856 number,
2  because that's where he told me he was.  So for a few months
3  -- and he was working for a company called -- the company he
4  had was called AE Associates.
5      **Q   Was that the letters A.E.?**
6      A   A.E.  Correct.  And he sent me quite a sophisticated
7  package of how he proposed to raise business credit for me to
8  do the real estate transaction that I was hoping to obtain.
9  But after a few months, and in that time, I obviously had to
10  submit him documents to verify my company and provide him
11  information that he asked for.  And I had no reason to suspect
12  that he was anything but legitimate, because he's pretty
13  skillful and professional, or at times he's professional in a
14  way he expresses himself, and he also had someone helping him.
15
16       He's a ReMax Preferred agent in New Jersey, a person
17  called Fred Beulah.  He runs four ReMax Preferred offices in
18  that area, so I had no reason to suspect that he was anything
19  but legitimate.  It was only after a few months that I
20  discovered that he'd stolen our corporate identity.  What
21  happened was I got a call from a corporate management company
22  in Marina del Rey, California, and they were wondering why I
23  hadn't been paying rent on a property that I'd done a
24  corporate rental on.  So, it was at that point that I realized
25  that he'd done what he'd done.

## Page 19

1      **Q   What happened next?**
2      A   The rental company told me to go to the local police
3  and that they would do the same in there, wherever Marina del
4  Rey is.  I believe it's outside of Los Angeles.  So I did
5  that.  I filed a report, but I got the impression that, well,
6  first of all, the person I spoke to didn't seem to know what I
7  was talking about regarding a corporate, someone stating your
8  corporate identity, and because there was no real loss and the
9  fact it wasn't their jurisdiction, they weren't a lot of help.
10
11      So I just submitted, as I was told to do by the
12  people in California.  I submitted the information from
13  Boulder, Colorado, to California via them, and I followed up
14  on it a little later and I never heard anything back.  I think
15  what happened was they just kicked him out of that particular
16  rental, because the rental was rented in a woman's name;
17  someone called Elizabeth Lucero, L-u-c-e-r-o.
18      And I don't know this but I'm pretty sure that that
19  is a name he used.  It was probably a rental that he used
20  himself.  He has a Y for a girlfriend.  He told me they're
21  married, but I'm not certain that they are, and I think that
22  Elizabeth Lucero was the name he used.  It's not her real
23  name.  I only know her real name as being Lorena.  I don't
24  know her last name.
25      So when I didn't get any help from the authorities,

## Page 20

1  I decided to try to get to the bottom of why this person was
2  doing what he was doing and how he was able to get away with
3  it when he didn't appear to have any sort of identity.
4      **Q   Just to make sure we have everything clear, when you**
5  **said you filed a report, where did you file that report?  What**
6  **authorities did you contact?**
7      A   The police in Boulder, Colorado.
8      **Q   And do you recall the approximate date that you**
9  **filed the report?**
10      A   I believe it was around October 2009, but I'm not
11  certain of that.  It was around then.  I do have that
12  information, but obviously not to hand.
13      **Q   Okay.**
14      A   And I have the officer's name, because he gave me a
15  card or a badge number, or something.
16      **Q   Okay. So after you didn't get any help with the**
17  **rental property, what happened after that?**
18      A   I did ask.  I asked Robert about what was going on
19  and he said that it was he'd done some deal with a corporate
20  rental on my behalf, where the rental company would
21  effectively kickback money based on corporate rentals that he
22  took out and that I would receive some of that money.  But I
23  don't believe what he is saying, because I hadn't given any
24  authority for him to do it, and I knew he was lying to me.
25      But because I wanted to get to the bottom of who he

## Page 21

1  was, so I decided at one point that because of the connection
2  with the guy at ReMax, I didn't know what he knew, if he was
3  involved in what they were doing with my company.  So I got
4  the impression that they were somehow trying to manipulate,
5  for example, my Dun & Bradstreet report.  There were weird
6  things appearing on that report, different phone numbers, and
7  I basically thought I was getting ripped off, but I didn't
8  know what to do.  So I went along.
9      I wanted to get close to the guy and I wanted to
10  meet with him to try to, I guess to try to stop what he was
11  doing, because it became clear, from what he was telling me
12  that he'd run some sort of scams on the internet before, and I
13  couldn't figure out, like I said, how he could, one, get a way
14  with it; and, two, he appeared to be invincible and had pretty
15  much no real identity.  So I couldn't go to the police and say
16  this guy is doing this, this and this.  They didn't seem to
17  want to believe what I was saying.
18      **Q   Did he give you any information on any scams he had**
19  **run previously, the names of websites or names of companies?**
20      A   No, but I found he has a very distinctive style in
21  what he does.  And I found one, because I started doing my own
22  research, and I found one website that I thought was him, but
23  I never got to a point of proving.  Subsequent, after the
24  Dresdner, the Dresdner site appeared on a "Craig's List" ad
25  and I saw that prior to him telling me about it.  And he's

EXHIBIT A

Page 22

1    actually told me about other websites since then.
2        I don't have a list, but there's probably between
3    eight and ten. He has certain computer skills that enable him
4    to come up with these fairly decent looking websites, although
5    I have no ability on the Internet personally. So I guess for
6    me to say they're decent is a bit misleading, but they appear
7    to be.
8        But the Dresdner website, some parts of it are
9    actually pretty good in what they say; but, in answer to your
10   question, I do have other websites that I've been given
11   subsequent to the Dresdner, but not ones I found before, other
12   than this one I think was him. But he did tell me that he
13   describes himself as the best con man out there, so I know he
14   told me he'd earned a lot of money by ripping people off, and
15   I think he's been doing this for a number of years, but I
16   can't prove that.
17   Q    Can you give us the names of any of those websites
18   that he told you later are the ones you typed under oath?
19   A    They may not be totally accurate, because I'm
20   working up my memory.
21   Q    Sure.
22   A    SBLC Monetizing dot com; New World Funds dot com; I
23   think leveraged financing dot com; Microcapital Corp. dot com.
24   They're the only ones that I can remember offhand, but there
25   are others. I have quite a long list.

Page 23

1    Q    And Robert told you that he set up those websites?
2    Is that accurate?
3    A    Oh. For sure. I mean in certain instances he sent
4    me links. Well, yeah. I mean he definitely set them up.
5    There's no question about that.
6    Q    Okay.
7    A    But at times he sent me links prior to -- I don't
8    know if he's -- well, I know that he's used two. I don't know
9    whether he's derived any business from those, specifically. I
10   haven't checked lately. For example, he may have had.
11   They were current, but then they probably -- I don't
12   know how it works, like the domain, and I think they call them
13   this may be lapsed. I don't. So I couldn't tell you if any
14   of those are still current, even, but you said can I
15   categorically state he said he set them up? I mean he often
16   told me he was working on other websites, so I think it's a
17   fair assumption. I don't think he paid anyone to do it.
18   Q    Do you have those e-mails where he sent you links?
19   Do you still have those e-mails?
20   A    Probably. I don't know for sure, but I have a list
21   of all the websites. I wrote them down.
22   Q    Okay. Let's go back and try to keep going
23   chronologically. So you asked him about the rental property
24   and then you said something about you wanted to get close to
25   him. What happened next?

Page 24

1    A    When I saw I wanted to get close to him, I wanted to
2    find out who he was, because I felt without knowing that or
3    even where he was, because he would make up stories about
4    where he was in which part of the country, and from what I
5    could tell, none of it was accurate. So in the last -- since
6    the beginning of last year, I've tracked him basically. And
7    I'm pretty sure the only states, the only places he's been in
8    are Albuquerque, New Mexico, Las Vegas, Nevada and Las Angeles
9    California, or suburbs of Los Angeles.
10   Q    How did you go about tracking him?
11   A    Well, going back to what I said earlier, when I
12   first came across him, he told me he was in Philadelphia and
13   just from conversations with him, the way he described his
14   day-to-day living, it just didn't make sense to me that what
15   he was telling me was the truth. And then I did some research
16   on Internet and one of the companies I found that I think was
17   him was based -- there was a complaint on the Internet from
18   someone who'd come across the sky that sounded like him that
19   was based in Albuquerque.
20   So that's why, first, I thought he was in
21   Albuquerque, and then I actually first met him February of
22   last year. And I know he was in Albuquerque at that time,
23   because I started to gain his trust and he told me that his
24   wife is older than him and she has two grown-up kids, and one
25   of them's wife had a baby in Albuquerque. So they moved form,

Page 25

1    I think, California to Albuquerque to be close to the baby
2    when it was born, and I drove from Denver or from Boulder and
3    I met him halfway.
4        I can't remember the name of the town, but it was
5    between here and Albuquerque. It's like South of Trinidad, so
6    I can't remember where it was. So I know he was in
7    Albuquerque then up until about June or July of last year, and
8    then at that point he moved. Yes, he moved pretty much
9    everything. He had a U-Haul truck and they drove to Las Vegas
10   and they stayed in Las Vegas probably for three months.
11   And then at that point they moved back to Palm Dale,
12   California, because his wife's son is in his senior year in
13   high school. And what you've got to bear in mind is when I
14   did meet with him I always tried to pin him down as to where
15   to meet so that I could find out where he was, but I could
16   never do that, because he would always either change where we
17   were meeting or not be where he said. And then he would call
18   me and arrange to meet me, say, at a hotel, for example in
19   Albuquerque.
20   We often met at the Marriott Hotel, and that's how
21   -- I mean that's as close as I could get. So the only time,
22   and obviously in Vegas, I think he just lived out of hotels.
23   But in Palm Dale, California, I knew he was there, like I
24   said, because his wife's son is in high school there. And
25   that's as far as I know, while I'm a hundred percent sure

Page 26

1    that's where he's currently located.
2        And in the last month to six weeks, the only reason
3    I've become more comfortable -- well, comfortable is not a
4    good word, but the only reason I've started to feel more at
5    ease with the situation is because I'm reliably informed that
6    the authorities know exactly who he is and where he's located.
7    **Q    Mr. Lunn, you said that within the last month to six**
8    **weeks you've become comfortable with the idea that the**
9    **authorities know who he is.  How did you find that out or what**
10   **made you feel that way?**
11       A    Because one of the affiliates, Vincent Curry, I
12   found out he has a brother who has something to do with the
13   FBI.  And I have not spoken to anybody.  I've not spoken to
14   anybody else regarding rubber, and I'll tell you the reasons
15   in a minute.  But in answer to this question, Vincent knows
16   Robert fairly well based on the fact that he's been an
17   affiliate for quite a while and he became concerned that some
18   of the conversations he had with him, so he ran some sort of
19   check on Robert.
20       And I was told that they managed to pinpoint where
21   he was located by using his California cell phone number and
22   one of his Chicago numbers; and, also, he has a two-year-old
23   boy.  And I was told that they managed to locate him; and, in
24   addition to that, when I found that out, I asked Vincent also
25   if he knew who he was, because I felt comfortable enough to

Page 27

1    talk to him, because he seemed to know enough for me to do
2    that and he said that they did know his real name, but he
3    wouldn't tell me the real name.
4    **Q    Did Mr. Curry tell you the name of his brother who**
5    **had been associated with the FBI?**
6        A    No.  I did not.  I did not ask.
7    **Q    Did he tell you where the brother is located or what**
8    **part of the FBI did they work for?**
9        A    You know.  I don't know that either.
10   **Q    How many times have you met Robert in person?**
11       A    I would estimate between 10 or 12.
12   **Q    10 to 12 times, and you said the first time was in**
13   **February of 2010.  Is that correct?**
14       A    Yes.  Well, approximately.  I think it was February
15   or March.  Yeah.  It wasn't before then.
16   **Q    And when was the last time that you met them in**
17   **person?**
18       A    October 12th.  I think I'm accurate on that.  It was
19   October 12th.
20   **Q    And where were you the last time you met with him?**
21       A    Los Angeles.
22   **Q    Were you at his home, or where were you when you**
23   **were in Los Angeles?**
24       A    That's what I was saying earlier.  I never -- the
25   last time was very strange, because on a number of other

Page 28

1    occasions, he'd either met me, the last few, probably at the
2    airport, but on this occasion he was supposed to meet me at
3    the airport and then didn't.  And then he kind of gave me the
4    runaround telling me to go to different places to meet him,
5    and then I'd get to the next place, like a hotel.
6        And it was as if he felt he was being watched.  And
7    you've got to understand that if you'd met the person what I
8    mean by that, because he gives that impression all the time.
9    **Q    Where did you ultimately end up meeting?**
10       A    On a street corner somewhere in Hollywood.  I was in
11   a taxi and he just walked up from behind.  Have you had
12   communication with him since that time?
13       A    Yes.
14   **Q    When was the last time you had any contact with him?**
15       A    About, I believe, it was a week last Sunday,
16   whatever that date was.
17   **Q    And what did that meeting involve?**
18       A    He left voicemail.  Do you count that as contact or
19   are you talking about contact in -- I haven't met him since
20   October, but I've talked to him on the phone since then.  But
21   the last contact from him to me was, like I said, about 10
22   days ago.
23   **Q    I'm sorry.  When was the last time that you actually**
24   **talked to him?**
25       A    I don't know, exactly, but it was probably a few

Page 29

1    days before he left me voicemails.  So probably two weeks, I
2    would guess.
3    **Q    And what did you talk about during that**
4    **conversation?**
5        A    I don't recall exactly, but it would have been
6    regarding money.
7    **Q    And what about money?**
8        A    Well, he wants money.  He's been threatening me for
9    a long time, so.
10   **Q    All right.  Let's take a step back and we'll come**
11   **back to that topic.  After you found out about the rental**
12   **property, did you have business dealings with Robert?**
13       A    Not really, because it had become clear that he
14   wasn't actually doing what he said he could do.  I don't
15   remember the exact time.  This guy at ReMax, we were involved
16   trying to set up some real estate transactions, but the main
17   problem was that Robert seemed to be able to get to a certain
18   point in negotiating and trying to do deals, but it was as if
19   he was sabotaging.
20       It appeared he had multiple personalities, really.
21   It just depended on what person you'd go on a given day as to
22   how conversations went.  And that was another reason why I
23   kept pursuing trying to find out who this guy was, because by
24   that time I knew he was a dangerous character, because he
25   started to do other things with my company.  And I just felt I

EXHIBIT A

Page 30

1    was getting screwed as well as I don't recall exactly when the
2    threatening phone call started, but they started not too long
3    after that.
4        Q    What do you mean when you say started doing other
5    things to your company? Could you explain that for me a
6    little bit more?
7        A    Yeah. For example, he set up various phone accounts
8    with T Mobile, and the only reason I found out that was
9    because one day when my phone went in the office, and the caller
10   ID said it was WGC Group, which is my company. And he said I
11   think it was three different phone lines using their account.
12       He also set up -- well, didn't set up, but he
13   purchased some equipment from where the credit line at Dell
14   Computers and he set up some purchases from that account and
15   had them delivered to a place in California. And then there
16   was one other. He also purchased some credit card machines
17   from a company called "Task Technology."
18       I think he spent about $10,000 on those. So there
19   are a series of things, and when I question, because I did
20   question him on each of them. He basically told me that there
21   was nothing I could do, that he could do whatever he wanted;
22   and, if I didn't like it, or if I did anything to stop him,
23   then he would kill me and/or my family.
24       Q    Do you recall the first time he said something along
25   those lines?

Page 31

1        A    No. I don't. I don't really. I don't know.
2        BY MS. MCKINLEY:
3        Q    Did you talk to any authorities about that threat?
4        A    No. I didn't, because at that time I felt I knew
5    enough about him to think that the type of person he is that
6    if I did that he would carry out what he was going to do, what
7    he said he was going to do. And I've subsequently found out
8    that he already committed murder once. So in hindsight,
9    whilst my decision legally probably wasn't a smart one from my
10   own personal point of view, I feel comfortable with all the
11   decisions I've made.
12       Q    How did you find out that he had committed murder
13   previously?
14       A    How did I find out? Specifically, I found out
15   because another affiliate is currently receiving protection
16   from the authorities, because she was threatened by a client.
17   And I don't know why they revealed to her information about
18   Robert, but they did. And if some of the -- I had not spoken
19   to that person about Robert until that point, because again I
20   didn't talk to anybody, because I was under. I didn't know
21   who I could talk to, but when I found out that information, I
22   felt more comfortable telling her what I knew from my
23   perspective.
24       BY MR. FORKNER:
25       Q    And what's the name of that affiliate?

Page 32

1        A    Darlene Bishop.
2        Q    Did she tell you who she was getting protection
3    from?
4        A    The FBI. She has two people at her house every day.
5        Q    When did that start?
6        A    I don't know the exact date, but I would guess four
7    to six weeks ago.
8        Q    Did she tell you the name of the client that she was
9    seeking protection from?
10       A    No. She told me the circumstances. It was a client
11   that Dresdner had received money from, and she received a
12   threatening phone call. She called me late at night. It was
13   a Friday night. She called me late at night when she received
14   the call, because whoever called her had threatened to kill
15   her and her children.
16       So she must have pulled the authorities and they
17   sent people over to see her and they traced the call to two
18   men in the hotel two blocks from where she lived. So from
19   what I understand, they did not catch the two people, so
20   that's why she was given protection. But I don't know why
21   they told her about Robert.
22       Q    What specifically did she tell you about Robert that
23   she had found out?
24       A    She told me. She confirmed to me that he had
25   committed a murder. I knew he'd done something a while ago,

Page 33

1    because he told me a number of -- "If you meet the guy you can
2    tell the type of person." But I obviously didn't know it was
3    that, but I felt threatened enough to know that he was a
4    dangerous person, just on my contact I've had both on the
5    phone and in person.
6        So she told me that he committed a murder, but that
7    he had subsequently been given federal protection, which
8    explained to me why he didn't appear to have any sort of
9    identity. She also told me that he was from a very prominent
10   and powerful family and that that family had disowned him.
11   And I think that that's about it, but I don't remember. There
12   might have been other things.
13       Q    Did she tell you where she got this information?
14       A    She was given a report, specifically on him.
15       Q    Did that report contain his real name?
16       A    If it did, she didn't tell me. But, yeah. I'm
17   pretty sure she knows who he is, but I do not. I did ask her
18   for the name, but she didn't. She said she wasn't about to
19   give it to me.
20       BY MS. MCKINLEY:
21       Q    After Robert first threatened you, can you tell us
22   what happened next as far as any type of relationship you had
23   with him?
24       A    The vices of his threats was he wanted money.
25   Pretty much all the meetings I've ever had with him have

Page 34

1  involved me giving him cash.

2     Q   And did he tell you how he expected you to get cash

3  to give him money?

4     A   Um, well, the cash came from the WGC account, which

5  is where the money was paid that clients had paid into one of

6  the programs.

7     Q   At some point did Mr. Perello or Robert approach you

8  regarding a company called Dresdner?

9     A   Yes.

10     Q   When did that occur?

11     A   I don't know exactly the date, but I think I

12  mentioned earlier though I had been aware of that website.

13  I'd seen ads for it prior to me telling me about it. But in a

14  rough guess I would say it was around January of last year

15  that he told me about the website.

16     Q   And what did he tell you at that point?

17     A   That there were a number of opportunities to

18  generate business for a number of products on the website, and

19  when I looked at the website, I didn't understand the details

20  on there. But one of them is what we term as a leveraged

21  financing program where people can invest different amounts of

22  money on the promise of receiving larger amounts of money over

23  a specific period of time. And that is the means of how he

24  generated funds that came into my account that would fund his

25  various habits.

Page 35

1     Q   And did Robert tell you that's what Dresdner was set

2  to do, is to fund him?

3     A   No.

4     Q   And I guess what we're trying to get at here is just

5  if you could explain to us how you first were introduced to

6  Dresdner and in as much detail as you can what Robert told you

7  about it.

8     A   Well, he didn't tell me that he planned to rip-off

9  clients. I mean there's one area of the Dresdner website

10  where people can bring forward assets that they have, either

11  to monetize or in some instances, sell them. We just act as,

12  say, brokers or intermediaries in trying to fund those

13  projects. The other area is, as I mentioned earlier, the

14  leveraged funding where people invest smaller amounts of

15  money.

16     And the principle of what he described was that

17  Dresdner would then lease an instrument, such as an SBLC or

18  BG, and then from the proceeds that they make from the trade

19  of that instrument, the client would be paid a guaranteed

20  return; but, I don't believe he had any intention of paying

21  anyone any money from the money that was paid to us. He used

22  my account as a means of paying --well, just he had no

23  intention. It was a con, basically.

24     BY MR. FORKNER:

25     Q   When did you find that out?

Page 36

1     A   I don't know the exact date.

2     Q   Did you know there was a con before you accepted any

3  money into the account?

4     A   No, because the principle from what he told me

5  regarding being able to lease the instrument, the principle of

6  what he stated does work or could work. But I don't think --

7  I don't think based on the amounts people pay that he could

8  generate enough from the funds that people pay in.

9     Q   When did the first investment come into WGC's

10  account?

11     A   I'm guessing February last year, yeah, roughly

12  February.

13     Q   What did you do with that money once it came into

14  the account?

15     A   Well, that was the first time, probably, that I met

16  him. I had to withdraw. He does not appear. I don't know

17  why this is, but he doesn't appear to have any form of bank

18  account himself. He's strictly cash.

19     Q   So from the first investment that you receive into

20  the WGC account, you gave Robert cash from that first

21  investment?

22     A   Yes. The method he --

23     Q   Did you know it --

24     A   Sorry. The method he uses for the cash is either I

25  had to go to the bank and get as much cash as I could, often

Page 37

1  on a daily basis, or the other methods that he has used I've

2  used to send to him Western Union and Moneygram. My hope was

3  when I started giving him the cash, my hope was that someone

4  at the bank would figure out that something wasn't right,

5  because I'd never withdrawn any cash in my life before in that

6  method. And I started to have to withdraw quite large amounts

7  or as much as I could get, even though he wanted more. And I

8  was surprised how long it took the bank to actually appear to

9  be doing anything about it.

10     Because that was my hope; if someone would come and

11  help me, that they could put a stop to the absurdity of all

12  this. But, like I said, in hindsight it didn't happen nearly

13  quick enough.

14     Q   At the time that you received that first investment

15  in February of 2010 and then subsequently delivered cash to

16  Robert, did you realize at that point the Dresdner program was

17  a scam?

18     A   No.

19     Q   At what point did you think it was a scam?

20     A   It probably took two or three months. I don't know,

21  exactly.

22     Q   What was it, ultimately, that made you think it was

23  a scam?

24     A   Because he didn't appear to be doing what he said he

25  was going to do in terms of getting people paid.

EXHIBIT A

Page 38

1    Q    Does anyone other than yourself have access to the
2  bank account for WGC, or is anyone else authorized to make
3  transactions?
4    A    No.
5    Q    So every transaction that we would see in the WGC
6  account was something that you did yourself. Is that
7  accurate?
8    A    Correct.
9      BY MS. MCKINLEY:
10    Q    Why did money for Dresdner start to come into WGC's
11  account as opposed to a bank account in Dresdner's own name?
12    A    Because that's what he told me to do. I don't know
13  why he doesn't have an account.
14    Q    So is it fair to say then that all of the investment
15  money coming into Dresdner and then the subsequent cash that
16  you took out, was that all for Robert?
17    A    All the cash that I took out went to Robert, yes.
18      BY MR. FORKNER:
19    Q    Do you know whether Dresdner has a corporate
20  identity? Is it incorporated somewhere? Do you know?
21    A    I don't know.
22    Q    Do you know if there's any other accounts, other
23  than the WGC account that was receiving money in the name of
24  Dresdner or on behalf of Dresdner?
25    A    I don't know, but sometime in the middle of last

Page 39

1  year, Robert told me that someone was either in Michigan or
2  Florida. Someone was using the Dresdner documents and
3  receiving money on behalf of clients and that they had set up
4  a bank account in the name of Dresdner, but it wasn't anything
5  to do with Dresdner, if you see what I mean, which I thought
6  was kind of strange since I knew what I knew about Robert, and
7  he got very agitated and annoyed. In fact, I believe he
8  actually investigated that himself, and found, I think,
9  there's at least two e-mails that he sent to people warning
10  them that he knew what they were doing.
11    Q    Let me see if I can phrase it a different way. Do
12  you know whether there's anyone else in your same position who
13  is doing these types of activities on behalf of Robert?
14    A    No. I do not.
15    Q    Once you had determined in your own mind this was a
16  scam, did you tell anyone?
17    A    No. I did not.
18    Q    Did you continue to accept investments?
19    A    Yes.
20    Q    After that point?
21    A    Yes.
22      BY MS. MCKINLEY:
23    Q    Why?
24    A    Because I was afraid of the consequences, if I
25  didn't; and, also, whilst I was doing that I had come up with

Page 40

1  legitimate ways to actually raise fund so people would get
2  paid what they were promised from legitimate sources, but I
3  couldn't run the risk of him finding out. I didn't want to
4  run the risk of the consequences. If I stopped taking the
5  investments he would know, because he had contact with the
6  people that were bringing the funds in, the other affiliates.
7  I had no way of controlling that, and I felt it was a danger
8  if I did stop.
9    Q    Was there any kind of regular pattern at all to
10  Robert requesting cash? Or how did that work?
11    A    There was no regular pattern in terms of me meeting
12  with him or providing him with cash, because obviously the
13  investments were not of a regular nature. The only thing that
14  was regular was if there was money in the account. He
15  expected me to pretty much go into my bank every day and take
16  out as much as I could; but I didn't feel comfortable.
17      I made up excuses at one point just saying they
18  restricted me. I mean most banks, to be honest, certainly in
19  this area, if you go and ask for $25,000 cash they're not too
20  happy about that. So the amounts I would take out on a daily
21  basis would be between 2 and 5,000.
22    Q    How often then did you provide cash or Western Union
23  or Moneygrams to Robert?
24    A    There was no specific pattern. It varied quite a
25  lot depending on whatever money came in.

Page 41

1    Q    Did he call you and ask for the money, or did you
2  just automatically when there was money send it to him or try
3  to meet him?
4    A    Yeah. He told -- if I sent money by Western Union
5  or Moneygram, usually I had to text him the information to his
6  cell phone.
7      BY MR. FORKNER:
8    Q    Do you have any reason to believe that any of the
9  other affiliates at any point realized that Dresdner was not
10  doing what they said they were doing with the money?
11    A    When you said Dresdner was not doing what they said,
12  obviously they knew if they knew people weren't being paid
13  out. But they did not know. No one else knew. No one else
14  knew who or what Robert was doing.
15    Q    Were they aware that the money was not being used in
16  the manner in which it was described to the investors?
17    A    No. They were not.
18    Q    As of today are they aware of that?
19    A    I would imagine so, but I can't say for definitive.
20      BY MS. MCKINLEY:
21    Q    Mr. Lunn, when was the first time that you found out
22  there were other affiliates or individuals working to be
23  affiliates for Dresdner?
24    A    Robert would tell me. He used to advertise. He
25  used to get some calls from the website, but in addition, he

Page 42

1    advertise, I believe, in places like Craig's List.
2        Q    And when did you find out that there was someone
3    other than you that was supposed to be doing anything from
4    Dresdner?
5        A    Do you mean a date?
6        Q    Yes, or even just a general month/year?
7        A    Okay.  Right around that same time, January, last
8    year, January-February time.
9        Q    Was there already another affiliate then at that
10   time?
11       A    I believe there were a few, because he would
12   normally, Robert would talk to them initially.  In fact, some
13   I didn't even get to know for a number of months.  It just
14   depended on the situation, but at that time there were
15   certainly others.
16       Q    And these were people t hat Robert brought in to
17   Dresdner?
18       A    That's correct.
19           BY MR. FORKNER:
20       Q    Can you give us the names of all the affiliates that
21   you're aware of?
22       A    Yeah.  I can't give you everybody's.  It won't be an
23   exhaustive list, but I can give you obviously the ones I know.
24   Some you've already had.  Do you want me to repeat the names
25   I've already given you?

Page 43

1        Q    Yeah.  If you could just start and just list
2    everyone that you know.
3        A    Yes.  Vincent Curry, Darlene Bishop, Jennifer Puff,
4    Richard Anderson, Angela Ziegler, Bill Wells.  Sorry.  I'm
5    just thinking.
6        Q    Sure.  Take your time.
7        A    There are a total of between 30 and 40, just to give
8    you an idea.
9        Q    Do you have a list of them somewhere you could
10   provide to us?
11       A    I think that might be a lot easier.  I can probably
12   remember another five or six now, but it's going to take me a
13   while, but I'd be happy to do that for you.  But, some of
14   them, I should point out, never had she submitted any business
15   at all.
16           MR. FORKNER:  Okay.
17           BY MS. MCKINLEY:
18       Q    About how many do you think of the total did submit
19   any business at all?
20       A    Any business of any type or specifically on this
21   leverage type where cash came in?
22       Q    We'll start with leveraged cash.
23       A    Okay.  Well, I should explain every other program
24   that we act as intermediaries on, there's no money comes in.
25   We're purely dealing with people that have assets, so no money

Page 44

1    that she's asked for up front.  It was purely on the leverage
2    product that Robert said that that happened.  But I would say
3    probably there's no more than 12 to 15 of those people that
4    have ever sent any business whatsoever.
5        Q    And just to go over, you've sort of described
6    Dresdner as having these two functions, the leverage program
7    and then the assets.  In regards to the assets, do you have
8    any reason to believe that there was any fraud or any scam
9    going on with this?
10       A    No, because that was the area.  When I discovered or
11   when I thought that the leverage program that Robert had no
12   intention of paying people, I then diverted all my attention
13   to trying to raise funds legitimately through contacts that I
14   set up, because I mean there are legitimate ways of doing
15   business.
16           And that's the way I've always worked.  The only
17   problem I had is I had to be careful, because I couldn't let
18   him know what I was doing, because at that point I felt that
19   would jeopardize me ultimately getting people both their money
20   back and what they had hoped to get.
21       Q    Mr. Lunn, have you been successful in raising funds
22   through these other programs?
23       A    I have.  We've closed recently on a number of fund
24   transactions using a U.S. Treasury sanctioned trade program,
25   but the funds have yet to be released.  They're scheduled,

Page 45

1    probably, for Monday or Tuesday next week.  And so we keep
2    out on that particular deal.  So there will be some funds paid
3    to clients.  And in addition I have some other bond
4    transactions that I've been working on.  They've just taken a
5    lot longer to come to closing than I anticipated.  That's been
6    my biggest problem, really.  Since about September time I
7    thought that I'd got to a point where we were going to be able
8    to get funds, and it's just been one delay after another.
9    But, pretty much, everything, I have the ability now to take
10   care of everybody, both in terms of receiving their guarantee
11   and also above that guarantee.
12       Q    And where is that money now?
13       A    The money from the Treasury sanctioned program, it's
14   the trade platform's pay master, and I believe it's supposed
15   to be moved on Monday, either today or Monday to the pay
16   master that's paying the clients for me.
17       Q    Who is the pay master?
18       A    You know, I don't know, because they sent me the
19   e-mail as I was coming here today.  It's an attorney within
20   the U.S., and it's being operated from a SunTrust Bank
21   account.  But I don't have an amount or anything like that at
22   this stage.  The other funds I'm hopeful within the next seven
23   days there should be more than enough to pay everybody, like I
24   said, from the legitimate sources that I've established.
25           MS. MCKINLEY:  What money were you able to use to

EXHIBIT A

## Page 46

1 set up these legitimate sources to pay everyone?

2      THE WITNESS:  I didn't have to use any money,

3 because these are people that had assets in the first place

4 that were either monetized, so we're receiving it like a

5 broker's commission as an intermediary.  So there was no money

6 that changed hands for that.

7      BY MR. FORKNER:

8      Q   And how much money are you expecting to receive?

9      A   The total would be in excess of 500 million, but the

10 bulk of that probably won't be available for another week.

11      Q   And this is going into a SunTrust Bank account?

12      A   No; not all of the funds.  They'll be using

13 different paymasters.

14      Q   Can you explain how this process works?

15      A   The process of the assets being monetized.

16      Q   From start to finish, what you've done to generate

17 $500 Million?

18      A   These are people that either have, well, in the mine

19 they're either Mexican bonds, historic bonds; for example, the

20 Treasury has a sanctioned trade group called 7G platform,

21 which is based out of Washington, D.C.  And they have a number

22 of packages of bonds from us to submit by clients where

23 they'll trade those assets on a 40-week basis.  And we as

24 intermediaries are paid a commission for submitting them.

25 Each deal is a small percentage of whatever the client

## Page 47

1 receives on their weekly payout.  I as an individual am paid a

2 commission, so all my money that I receive as a commission is

3 going to pay these clients that entered one of these leverage

4 programs.

5      Q   Explain to us the process of where the money

6 actually comes from, and how it's going to get back to the

7 funds?

8      A   Well, it's being funded by a trade platform via

9 whichever bank they use.  I believe the 7G platform uses HSBC

10 in an offshore account.

11      Q   And how does that money actually end up back with

12 the investors?

13      A   Well, HSBC then pay a weekly payout based on the

14 performance of the trade group to whichever bank.  If they're

15 banking with Bank America, then that's where the money would

16 go to each week.  And then my money typically would come to my

17 account, but I've set up a means of having it done.  So the

18 clients -- I don't see the money.  The client just gets it

19 direct.

20      I have a list of all the clients, what their

21 expected payout is and their bank information.  And we're

22 paying it through a Bank of America account in Atlanta,

23 Georgia.  That's being handled by Jeremy Whitley, the guy who

24 I gave you his name the other day.

25      Q   I apologize, but I'm still trying to understand

## Page 48

1 this.  So the money that is being paid as a commission is

2 going into a Bank of America account?

3      A   That's my commission.

4      Q   Okay.

5      A   Not everybody's commission is going into there.  I'm

6 just an intermediary, so my part of that money is being paid

7 to Bank America, because that's the account that Jeremy

8 Whitley stipulated on behalf of the clients.

9      Q   Other than money that's going to Bank of America, is

10 there any other money that will ultimately end up back with

11 the investors?

12      A   When you say the investors, you're talking about the

13 people who own these assets?

14      Q   I'm talking about the leverage investors.

15      A   There will be other money, but I don't know which

16 account that will be going to yet, because we're about a week

17 away from that.

18      BY MS. MCKINLEY:

19      Q   What about the people who own the actual assets?

20      A   Well, they're paid to their --

21      Q   Are they basically money as well?

22      A   Yes, they will be paid directly to their account

23 that they've set up with the trade group.  But none of those

24 people have sent any money to either myself or Dresdner.

25 There's no money owed to them other than what they're getting

## Page 49

1 for their asset being traded.

2      Q   Who is taking care of trading their assets?  How

3 does that part of this work?

4      A   Well, the one I was describing is done through a

5 trade platform based out of Washington, D.C.  It's a U.S.

6 Treasury sanctioned platform called 7G.  It says they have

7 traders that trade these assets on a 40-week basis, and then

8 they pay the investor or the client on a weekly basis.

9      Q   Okay.  And then --

10      A   And then I --

11      Q   Sorry.  Go ahead.

12      A   And then I was going to say I as an intermediary are

13 also paid on a weekly basis, but I've agreed that my money

14 goes direct to these clients that are owed money.

15      Q   I think you testified earlier that Robert told you

16 the leverage portion of Dresdner was basically a scam.  What

17 about the monetized portion?  Which people are doing that

18 portion and why did Robert set that up if it wasn't a scam

19 like the rest of it?

20      A   I can't answer why he did it, because he never told

21 me.  But I imagine that he wanted his website to the more

22 products he had that appeared to be legitimate, the more

23 chance he had of bringing cash in on something that wasn't

24 would be my guess.

25      BY MR. FORKNER:

Page 50

1    Q   If the legitimate program was able to generate $500
2    Million, why would he need a scam on the side?
3    A   Because I don't think he realizes that he can
4    generate stuff for Jim.  He is the ultimate con-man.  I don't
5    think he's interested in -- and again, you've got to meet the
6    guy to understand.  But, you know, he would con anybody.
7    Maybe that's what conmen do.  I don't know.
8    Q   How much money is in this Bank of America account at
9    this point?
10   A   There isn't any until, I think, Monday or Tuesday,
11   and I don't know the amount that's going in.  They haven't
12   given us that information.
13   Q   Where did you get the figure 500 million from?
14   A   That's what I'm planning on paying to all the
15   clients.
16   Q   What makes you think that you'll actually be able to
17   get that money?
18   A   Because of the transactions I have that are due to
19   closing the next week or so.
20   MR. FORKNER:  All right.  Why don't we take a short
21   break?  So we're going to go off the record at about 12:35
22   Central Time.
23   (A brief recess was taken.)
24   MR. FORKNER:  Mr. Lunn, before we went off -- well,
25   first of all, Mr. Lunn, would you agree that we did not have

Page 51

1    any conversations while we were off the record?
2    THE WITNESS:  Yes.
3    BY MR. FORKNER:
4    Q   Okay.  Before we went off the record, we were
5    discussing the other part of Dresdner in which involved
6    monetization of assets.
7    A   Ah-hah.
8    Q   And we just have a few more questions on that,
9    starting with who are the clients that you've been working
10   with on that side of it?
11   A   When you say -- I don't really understand what you
12   mean by who are the clients.
13   Q   Well, who brought forth these assets that are being
14   monetized?
15   A   Well, affiliates bring in different assets to be
16   monetized, just like they bring in, well, any business is done
17   through various affiliates.
18   Q   Specifically, which affiliates have brought in
19   assets to be monetized?
20   A   Jennifer Puff, Angela Ziegler, Richard Anderson,
21   Darlene Bishop, Vincent Curry.  There might be others, but
22   they're the main ones.
23   Q   When did the affiliates first start bringing these
24   assets in?
25   A   Probably this time last year, April last year.

Page 52

1    Q   And kind of walk us through the process.  Once
2    someone brings you an asset, what happens?
3    A   Well, depending on the asset that they bring in,
4    there would be different documentation that's required from
5    specific clients.  And everything was sent to me, and I
6    determined how best to try and place that asset to whichever
7    group I think we had the best chance of getting a result with.
8    Q   How did you find these groups that you work with?
9    A   Trial and error.
10   BY MS. MCKINLEY:
11   Q   What do you mean by that?
12   A   Just through different contacts and word of mouth,
13   just trying to find different, either other brokers or
14   specific lenders that will lend on the types of assets that we
15   have available.
16   Q   Had the individuals who brought forth these assets,
17   did they get the money that they were promised, had been
18   returned?
19   A   Do you mean the clients?
20   Q   Correct.  The clients who came to --
21   A   Only we haven't closed on a specific transaction
22   yet.
23   Q   Between April of 2010 and today you haven't closed
24   any transactions?
25   A   That's correct.  For example, we have one.  I have

Page 53

1    one transaction that's scheduled to close in the next two
2    weeks that has taken approximately a year.  It's two
3    paintings: one by Leonardo da Vinci, and one by a painter
4    called Giorgione; and it's taken a year to get the trade group
5    to finalize everything to get it in place to trade.  That's an
6    example of how long it takes.
7    Q   And what makes you think it's going to close next
8    week?
9    A   Because the trade group in Singapore asked for
10   information on the commission structure and indicated by
11   e-mail that it is going to close.
12   BY MR. FORKNER:
13   Q   Is this the first time that they've told you it was
14   going to close, or have there have been other delays?
15   A   On that particular transaction, I believe, it's the
16   first time.
17   Q   With other transactions, have there been unforeseen
18   delays?
19   A   Yeah.  Well, there's all sorts of reasons why
20   transactions haven't.  Sometimes the client gets impatient and
21   isn't prepared to wait.  Other times, we've had contracts
22   issued, and if the client isn't happy with the terms of those
23   contracts, then for one reason or another it doesn't go
24   through.
25   Q   Is Robert aware of the transactions that are

14 (Pages 50 to 53)

## Page 54

1  pending?

2     A   No. He's not. Well, I said he's not. He could be.

3  It depends how much he's been checking my e-mail. So I don't

4  know is the answer.

5     MR. FORKNER: Okay.

6     MS. MCKINLEY: Are most of the assets paintings like

7  the ones that you just used in that one example, or are there

8  other types of physical assets?

9     THE WITNESS: That's a pretty rare -- it's not a

10  very common type of assets. Other transactions we've had are

11  CMOs, and then a lot of bonds and Brazilian LTNs, and some

12  other bank instruments like SBLC's NBGs.

13     BY MR. FORKNER:

14     Q   Mr. Lunn, are you familiar with a company by the

15  name of Concord Latin America?

16     A   Insofar as that's the name that appears on the

17  Dresdner documents.

18     Q   And what do you know about that, other than the fact

19  that it appears on the documents?

20     A   I don't know why it was. Robert never said why he

21  put those two names on there.

22     BY MS. MCKINLEY:

23     Q   Have you had any dealings, whatsoever, with Concord

24  Latin America?

25     A   When you say "dealings," I don't know what you mean.

## Page 55

1     Q   Contact: communications, sending something to them,

2  e-mail, anything?

3     A   No.

4     BY MR. FORKNER:

5     Q   Do you have any reason to believe that Concord Latin

6  America is an actual entity as separate from Dresdner?

7     A   Well, I don't know exactly when, but towards the end

8  of last year I was instructed to set up an offshore entity

9  using that name, but it hasn't. There was nothing brought to

10  that as far as I know.

11     Q   Where did you set up that entity?

12     A   I believe in Dominica.

13     Q   And when you say you were instructed to set that up,

14  was that Robert that instructed you?

15     A   Yeah. He's actually instructed me to set up a

16  number of different ones; and, to date, I've only done, I

17  believe, three.

18     Q   And what are the names of the other ones?

19     A   I have a list of all the other ones he's told me to

20  do, but the three -- can I check in my file what I brought

21  with me? Is that okay?

22     Q   Certainly.

23     A   Prime Western Group, and the other one is a company

24  called Matrix Holdings.

25     Q   Did Robert tell you why he wanted this entity set

## Page 56

1  up?

2     A   Other than he has a fixation with offshore entities,

3  no. I don't know.

4     BY MS. MCKINLEY:

5     Q   Where are Prime Western Group and Matrix Holdings

6  been set up?

7     A   I think one of them is -- I don't know which is

8  which. I do have a list, obviously, at home. One is also

9  Dominica and the other one, I believe, is I think in the

10  Seychelles, but I'd have to check. Sorry, I don't have that

11  information.

12     Q   Have you ever sent any money or assets, or other

13  instruments to any of these three offshore entities?

14     A   No. Instruments, I sent a few thousand dollars,

15  because he got me to open up three separate bank accounts; one

16  for each of those entities, and I had to send money within a

17  certain -- within 30 days I think he set the account up. He

18  told me to withdraw cash and then obtain a post office check,

19  because I think he thought it wouldn't be traced. But I

20  actually did it straight from my WGC account, because I wanted

21  someone to see what I was doing.

22     BY MR. FORKNER:

23     Q   Where are those bank accounts set up?

24     A   One was in -- I'll give you each one. The one for

25  Concord is in a place called Vanuartu, which is --

## Page 57

1     Q   Could you spell that for us, please?

2     A   Yeah. V-a-n-u-a-r-t-u. It's off the coast of New

3  Zealand. It's a bank called Nautulus Bank.

4     Q   Spell that please.

5     A   Yeah. N-a-u-t-u-l-u-s. Then the second one is

6  Griffin Bank: G-r-i-f-f-o-n; and that one's in the Dominica.

7  That's for Prime Western Group. And then the third one is a

8  bank called Heritage Bank, which is in Belize, and the company

9  for that is Matrix Holdings. I believe the reason he picked

10  those is because he planned to go there. He talked before in

11  their e-mails too, he planned to buy a boat and go either to

12  Vanuartu or Belize. That's what we said, so.

13     Q   Robert told you to set up the accounts at these

14  specific banks. Is that correct?

15     A   Not at the specific banks, but in that specific

16  jurisdiction.

17     Q   Okay. How did you go about selecting the banks?

18     A   I just picked ones that would let me do it. It was

19  not easy to do. He told me. He actually told me to set out

20  about 20. I have a list of all the different entities, but it

21  became just so time consuming and difficult, plus I didn't

22  want to do it. I just made excuses as to why I could own it.

23  I felt if I did three, you know, that that would placate him

24  for a while and buy me a little more time, but I didn't want

25  to waste more time setting up others for that reason.

Page 58

1    Q    Aside from sending cash to these three bank
2  accounts, have you had any other dealings with any of these
3  three entities, or have you used them in any way?
4    A    No, and like I said, I don't recall the exact amount
5  that was sent, but it was between $1 and 5,000 to each
6  account, because that's what they stipulated they had to send
7  within a given time, otherwise they close the account. So
8  other than that one transaction for each account, no other
9  moneys, and no. I haven't used them at all. No. Not at all.
10    Q    How did you go about setting up these accounts? Did
11  you travel to these destinations and set them up in person, or
12  did you stop correspondence with them?
13    A    No. I didn't. I don't think I did any of them
14  on-line. At least two of them have some sort of on-line
15  presence, but I had to physically send documentation via
16  FedEx, or whatever, so.
17    Q    Did you keep copies of what you sent?
18    A    In the main, I think I have copies, yes.
19    Q    Are you aware of any other entities that Robert
20  controls?
21    A    Well, other than the list he gave me and the
22  websites that he told me about, I don't. I don't know if any
23  are legitimate, or if they've actually been set up. But I
24  would guess there are some, yeah.
25    Q    When Robert came to you with about Prime Western

Page 59

1  Group and Matrix Holdings, were these entities that had
2  already been established, or were these ones that you actually
3  took the steps to create?
4    A    Yeah. I had to create those. He gave me the names,
5  and I had to -- he told me which jurisdiction. He has
6  specific instructions. There are only seven jurisdictions
7  that he will set up a corporation or a company in, and then
8  for each, whatever the jurisdiction is, the bank has to be in
9  a different one and they had restrictions on those too.
10    MS. MCKINLEY: Let's go off the record for just a
11  moment.
12    (A brief recess was taken.)
13    MR. FORKNER: On the record at 1:05 Central time.
14  And if we could, turn to Exhibit Number 15.
15    (SEC Exhibit No. 15 was
16    marked for identification.)
17    COURT REPORTER: All right. I marked Exhibit 15 and
18  am handing it to the witness.
19    MR. FORKNER: Mr. Lunn, Exhibit Number 15 is a copy
20  of the subpoena to Geoffrey Lunn, which is dated March 24,
21  2011. Is that a copy of the subpoena pursuant to which you
22  are appearing here today?
23    THE WITNESS: Yes.
24    MR. FORKNER: Thank you. If we could do both
25  Exhibits Numbers 16 and 17, then?

Page 60

1    COURT REPORTER: Okay.
2    (SEC Exhibits Nos. 16 and 17 were
3    marked for identification.)
4    COURT REPORTER: I'm handing the witness 16 and 17.
5    MR. FORKNER: Thank you. Mr. Lunn, Exhibit Number
6  16 is a copy of the subpoena to WGC Group, which is dated
7  January 21, 2011, calling for the production of documents.
8  And, Exhibit Number 17 is a copy of a subpoena to Geoffrey
9  Lunn dated January 21, 2011, calling for the production of
10  documents. Are you familiar with Exhibits Numbered 16 and 17?
11    THE WITNESS: Yes.
12    BY MR. FORKNER:
13    Q    Have you produced all of the documents called for by
14  the subpoenas marked as Exhibits 16 and 17?
15    A    No.
16    Q    Could you describe for us what other documents you
17  have?
18    A    There are additional e-mails. By the time I
19  received these I didn't feel comfortable sending all the
20  information, because of my situation with Robert as to what he
21  might do if he found out what I was doing, because at that
22  point I didn't know how safe it was.
23    MS. MCKINLEY: What do you mean by that, how safe it
24  was? I'm not sure I understand it.
25    THE WITNESS: Well this person has been terrorizing

Page 61

1  me for quite a long time, and at that time I didn't know that
2  he's being taken care of.
3    BY MR. FORKNER:
4    Q    The subpoenas do require you to send us all the
5  documents, so we will need you to send us all of the documents
6  that are relevant to the subpoenas.
7    A    That's fine. I just mainly answered your question
8  honestly. I can do that now. I just -- at the time I
9  received this, you have to understand what my life has been
10  like. And it's difficult for you to understand that because
11  you haven't been living it. So I apologize, but that's the
12  chance I had to take.
13    Q    Sure. So you have additional e-mails. What other
14  documents do you have?
15    A    It's pretty much all e-mails --
16    Q    Do you have --
17    A    -- as far as I know of.
18    Q    Do you have a list of the investors who have sent
19  money to the WGC account?
20    A    Yes, I can provide you with that.
21    Q    Do you have their original documents that they
22  filled out and signed, or copies thereof?
23    A    I don't have all of them. No. Because they don't
24  all come to me.
25    Q    Have some signed documents come to you?

EXHIBIT A

Page 62

1   A   Yeah.  There'll be some.

2       MR. FORKNER: Okay.

3       BY MS. MCKINLEY:

4   Q   Where else do the signed documents go?

5   A   Some would have gone direct.  Some would have gone

6   to management.  Some would have gone to service.

7   Q   When management and service, you're talking about

8   those other e-mail addresses?

9   A   Yes.

10  Q   Do you have copies of agreements that the affiliates

11  have filled out to become affiliates?

12  A   Again, not all, but some.

13      BY MR. FORKNER:

14  Q   Okay.  Where are these documents stored?  Are they

15  in hard copy or are they stored on the computer?

16  A   They're stored on the computer.

17  Q   Okay.

18  A   The authorities have access to my computers.  I

19  don't know how much you talked to them, so it's not like I've

20  hidden anything.  It's all there.  It's just at the time that

21  you asked for certain information, I felt I was in a lot of

22  danger.

23  Q   What authorities have access to your computer?

24  A   I don't really know, because I don't know who's

25  watching.

Page 63

1   Q   What makes you think that someone has access to it?

2   A   I know they have access, because there was a day,

3   recently, when I tried to get into my computer and I couldn't.

4   And my only point of contact is this guy Jeremy Whitley, who

5   you know, you spoke to the other day, is a client.  But he's

6   not just a client.  I don't know who he is, but that's all I

7   know.  But I know they can access my computer, both my

8   personal e-mail and also my Dresdner account.

9   Q   Did Mr. Whitley tell you that he had access to your

10  computer?

11  A   Pretty much; maybe not directly, but yeah, pretty

12  much.

13  Q   Did Mr. Whitley tell you that he's working with the

14  authorities?

15  A   No.

16  Q   Are you agreeing, then, to send us the rest of the

17  documents that you have?

18  A   I'll be happy to send you everything.  My only point

19  was if you are working with the authorities, then I'm certain

20  they already have it, but I'll be happy to provide it to you

21  if you require it as well.

22  Q   Yeah.  We'll need you to send us copies as well.

23  A   Sure.  That's not a problem.

24  Q   Who set up the Dresdner Financial dot com website?

25  A   I can't say definitely, but I'm pretty sure it was

Page 64

1   Robert.

2   Q   And where are Dresdner's office's located?  Does

3   Dresdner have offices, I guess, initially?

4   A   Well, the address on the website, I believe, is in

5   Chicago, and a Chicago phone number.  The phone number is a

6   cell phone that Robert has and controls.  And from what I'm

7   told, I was under the impression it was a virtual office in

8   Chicago, but from what I subsequently learned, I don't think

9   there is an office there.

10      MS. MCKINLEY:  Who told you it was a virtual office?

11      THE WITNESS:  Robert.

12      MR. FORKNER:  And what makes you think there is no

13  office?

14      THE WITNESS:  Because we've had one or two clients

15  that have gone there and said that.

16      BY MS. MCKINLEY:

17  Q   We've talked an awful lot about WGC Group, Inc. as

18  your company.  How long have you had WGC?

19  A   2004.

20  Q   And what was the purpose of the business of WGC?

21  A   I set it up originally as a consulting and mainly

22  real estate company.

23  Q   Do you have any other employees?

24  A   No.

25  Q   And were there any other services or products that

Page 65

1   you offered through WGC prior to your involvement with

2   Dresdner?

3   A   No. No.

4   Q   Did you do any real estate transactions or

5   consulting work through WGC prior to your involvement with

6   Dresdner?

7   A   Just a couple.

8   Q   Is there anyone else that has access to WGC's bank

9   account?

10  A   No.

11      BY MR. FORKNER:

12  Q   Going back to Robert for a minute, you told us that

13  you met with him a number of times.  Could you describe his

14  physical characteristics?

15  A   You mean in terms of appearance, white and --

16  Q   Yeah.  What does he look like?  How tall is he?

17  A   I guess he's about 5'9, 5'10, 210-220 pounds.  He's

18  pretty thick.  From what he told me in the last five to seven

19  years he's put on a lot of weight.  He used to be round about

20  160.  His biggest distinguishing mark is he has one eye.  He

21  has no left eye, so he often wears -- when I first met him.

22  In fact, for the first few times when I met him he

23  always wore dark glasses.  He's very conscious, which is

24  understandable.  Then gradually as I got to know him over the

25  months and he started to trust me a little bit, he would take

Page 66

1  his glasses off in front of me. But that's almost a
2  distinguishing feature, and he's about 36 years old.
3     Q   I'm sorry. Was that 56 years old?
4     A   No, 36.
5     Q   36. Did he tell you what his birth date is, or are
6  you just estimating?
7     A   No. I mean I think he's mentioned he's 35, 36, at
8  different times, but he looks in his mid-30s. That seems
9  accurate.
10    Q   What colored hair does he have, and what are some of
11 his other characteristics?
12    A   It's dark brown, almost black. He usually wears his
13 hair kind of combed back, and he often has a goatee, although
14 not always. And he has, I believe, it's a Chicago accent, but
15 I don't -- because he has a very broad. When I first heard
16 him, I thought it was New York, but I'm not a great judge of
17 accents, and as you might imagine, I've not been from around
18 here myself. But he told me he's from Chicago originally, but
19 the problem I have is I can't, or I haven't been able to
20 verify a lot of what he says. So when obviously I know
21 exactly what he's told me, but there's only been certain facts
22 I have been able to verify, so, but he said he's from Chicago.
23    Q   Is he Caucasian?
24    A   Yes. Yeah. He's a fairly light skinned, you know,
25 he had a similar skin to myself, I guess.

Page 67

1     Q   And when you've met him, has he been driving his own
2  car, or how does he arrive?
3     A   The first time I met him, when I told you we drove
4  each like halfway, it was strange, because I drove down there.
5  We met in the restaurant. There's a tiny little village
6  where there was, like, a gas station and one restaurant, and
7  we met in the restaurant and he was already in there.
8        But it became apparent after I left that he didn't
9  appear to have a vehicle with him, and my guess is well, I'm
10 pretty sure he doesn't drive. I would imagine he lost his
11 license on a DUI, if not once, or at least once. But on that
12 occasion I think his wife must have driven him and just gone
13 and done other things and left him there. But other occasions
14 when I've met him initially his wife drove him and dropped him
15 off to meet with me.
16       I found that out after the fact, because like I told
17 you earlier, he never actually met me. He always changed the
18 venue, but I did meet his wife a number of times. And then
19 the other occasions I've met him, he's been in like a stretch
20 limo. That seems to be his mode of transport.
21    Q   What does his wife --
22    A   He's pretty flashy, basically, and he's very -- he's
23 a worst-based characteristics. He's very abrasive kind of
24 character, and he's loud-mouthed. He has a violent temper and
25 he's very abrasive is perhaps the best way of describing.

Page 68

1     Q   You mentioned that you had met his wife a number of
2  times. What does she look like?
3     A   I believe she's older than him. She must be early
4  40s. I know she has grown-up kids that I talked to you about
5  earlier. They also, between them, they have a two-year-old
6  boy, Bubba and his boy. And I only know her as Lorena, but
7  again I'm not certain if they're married. They both told me
8  they are, but I can't say for definitely.
9        After the first couple of times I met him, I was
10 told she got a DUI herself, so she wasn't able to drive,
11 either. So as far as I know, neither of them are able to
12 drive right now. So like I said, their mode of transport is
13 typically a stretch limo.
14    Q   Can you give us more details on what Lorena looks
15 like, her hair color, eye color, that type of information?
16    A   I don't know. I think she might dye her hair, but
17 it was kind of a brown-reddy color. She's, I guess, 5'6.
18 She's Hispanic. She told me her family comes from Chihuahua,
19 Mexico. Oh. That she met her mother, too, because they came
20 to visit her in Albuquerque last year, and I met with the two
21 sons that are older also. One lives in Albuquerque and the
22 other, I told you, is in Palm Dale.
23    Q   Do you know the sons' names?
24    A   Yes, I do. The one who's in high school is -- well,
25 they call him Gero. I think his name is Geronimo. And then

Page 69

1  the other boy is about 23 and his name is -- well, the name I
2  was given is Carlos Ramirez, and he lives in Albuquerque, New
3  Mexico. He's married to a girl that I only know of as -- what
4  was her name -- let's see.
5        Robert told me she's an illegal immigrant. She has
6  two kids by another marriage. Her kids are about 7 and 9, and
7  then they're the ones that recently last year had a baby. But
8  she had a boy and a girl by another marriage.
9     Q   I'm sorry. The name was Letzi?
10    A   Letzi is, L-e-t-z-i, I don't know what it's short
11 for, but she's of Hispanic origin. Like I said, I mean
12 she's an illegal immigrant. I think going back to Lorena,
13 Robert's girl or his wife, the story I was told on her is that
14 she was married to an American and was here on a Green Card,
15 but then they subsequently divorced, and I believe her Green
16 Card is now expired.
17    BY MS. MCKINLEY:
18    Q   You also mentioned there is a two-year-old son that
19 Robert and Lorena have?
20    A   Yeah. Robert and Lorena have a boy called
21 Alesandro. I don't know how to spell that, but I'm sure you
22 can figure that out. I think she may be under threat,
23 herself. There are times where he's been pretty violent
24 with her while up in there. So I've never seen him hit the
25 little boy, but he's definitely abusive to his wife in the

18 (Pages 66 to 69)

EXHIBIT A

Page 70

1  time she's reached out to me to help out, which I did.
2      On one occasion in Las Vegas, and then I was
3  threatened myself; and then he threatened me one other time in
4  Los Angeles when she was not there. He's a very violent
5  person, basically.
6      BY MR. FORKNER:
7      Q   How do you communicate with Robert? Is it by phone
8  or e-mail?
9      A   It's usually by telephone, and lately since the last
10  few moths when he started not to trust me like he did at one
11  time, it's more text messages.
12      Q   And what phone numbers does he use?
13      A   424-354-7193. It's a T-Mobile account.
14      Q   Does he use any other accounts or any other phone
15  numbers?
16      A   Well, when I first met him, I told you he used an
17  856 number, but I do have that number. And then he also has
18  -- his wife uses. He has two Chicago numbers: the one that's
19  used for the business, which I don't know; and then his wife
20  also has a Chicago number. I have both the numbers at home,
21  but in day-to-day use he only uses the 424 number.
22      But in the last -- however long I've known him --
23  he's probably changed his number four or five times, at least.
24  And that was one of the first reasons why I wondered what he
25  was up to, because it was as if, I mean, typically people

Page 71

1  don't -- well, obviously, they don't change their name. But
2  people don't typically change their phone number with the
3  regularity that he has.
4      And that was another reason I thought maybe that
5  he'd been haunting people. Plus, of course, he set up three
6  -- I told you three phone numbers -- in my company's name that
7  I never could get T Mobile to help me sort out. I have those
8  numbers, obviously, because I was billed for that.
9      Q   How do you know that the 424 number is a T-Mobile
10  account?
11      A   Because he loves T-Mobile. He just uses T-Mobile
12  all the time.
13      Q   Have you had any conversations with Robert,
14  specifically, about our investigation?
15      A   No. I have not.
16      Q   Is he aware of our investigation?
17      A   I'm 99% sure he's not.
18      Q   He's not?
19      A   No. He's not.
20      Q   Okay. Are there any other employees of Dresdner who
21  work directly for Dresdner?
22      A   I don't think there are any at all. No. But I
23  can't say for definite, because I don't have that
24  responsibilities.
25      Q   Are you familiar with a Joseph Perello?

Page 72

1      A   Joseph Perello, no.
2      Q   Have you heard that name before?
3      A   Never.
4      Q   Are you familiar with a Dominick Moran, M-o-r-a-n?
5      A   No.
6      Q   Did you sign any sort of agreement with Dresdner
7  when you first started working with Robert?
8      A   I did submit documentation; but, well, my first set
9  of documents were for this other company, A.E. Associates, but
10  I never -- I often asked him about why I didn't get them back,
11  but he never sent them.
12      MR. FORKNER: Agree to take a quick look at Exhibit
13  Number 7, please.
14      COURT REPORTER: I'm handing the witness Exhibit
15  Number 7.
16      MR. FORKNER: Sir, if you want to take just a minute
17  to look over Exhibit Number 7, and for the record Exhibit
18  Number 7 contains five pages and the first page is captioned
19  "Affiliate agreement."
20      THE WITNESS: Yes.
21      BY MR. FORKNER:
22      Q   Mr. Lunn, are you familiar with Exhibit Number 7?
23      A   I've seen them, yes.
24      Q   And could you tell us what Exhibit Number 7 is?
25      A   It's the agreement that an affiliate or potential

Page 73

1  affiliate would complete to achieve affiliate status.
2      Q   Could you fill out an affiliate agreement with
3  Dresdner?
4      A   Yes, I did.
5      Q   And who countersigned that agreement? Who signed on
6  the bottom?
7      A   I never received it, but --
8      Q   Okay. So you don't have a copy of the completed
9  agreement?
10      A   I don't have a copy of my completed agreement.
11      Q   Okay.
12      A   Is that what you mean?
13      Q   Right. It's in the agreement that you filled out.
14  You don't have a copy of it. Is that accurate?
15      A   Right, because I never received it back.
16      MR. FORKNER: Okay.
17      MS. MCKINLEY: Do you have copies of any other
18  affiliates completed agreements?
19      THE WITNESS: I do have some, I'm sure. I couldn't
20  tell you which ones.
21      BY MR. FORKNER:
22      Q   Who signed them? I'm sorry. Go ahead.
23      A   I said I couldn't tell you which ones. I'd have to
24  check back.
25      Q   Sure. Who signed those agreements on behalf of

Page 74

1 Dresdner?

2    A    If Robert didn't, I did.

3         MS. MCKINLEY:  Why did you sign them?

4         THE WITNESS:  Because he told me to.

5    BY MR. FORKNER:

6    Q    Who prepared these documents, the forms?

7    A    I don't know.  I assume Robert.  They're on the

8 website.

9    Q    The other forms that are available on the website,

10 do you know who created this?

11    A    No, other than I assume Robert Biddle.  For example,

12 some of the documents, prior to the update, and then were

13 changed or brought in new documents.  Yet she sent me them

14 sometimes with a link so that I could see them, so I assume

15 it's fair to say that he created them all.

16    Q    Okay.  Do you know whether Robert or anyone else on

17 behalf of Dresdner set up websites for the affiliates?

18    A    He said that was part of his deal he would tell

19 affiliates that he was going to do that, but I don't know.  I

20 don't know if he ever did any of that.

21    Q    Do you know whether any of the affiliates have

22 websites that advertise Dresdner's programs?

23    A    I've never researched that, but I would imagine one

24 or two.

25    Q    When we were talking it over, you named a number of

Page 75

1 individuals who are affiliates at Dresdner.  I'd like to go

2 back and talk about them just a little bit more, starting with

3 Richard Anderson.  Do you know how he became an affiliate?

4    A    I don't remember offhand, but it was around the same

5 time as myself, and I think I met Richard through Bobby, so I

6 don't know how the two of them met.

7    Q    Do you know why Robert had you use WGC's account to

8 accept funds instead of having Richard Anderson receive the

9 account?

10    A    I don't know.

11    Q    Another affiliate that you named was Vincent Curry.

12 Do you know how he became an affiliate?

13    A    The same way as Richard, I believe.  I met Vincent a

14 few months -- I met him through Robert.

15    Q    Do you know how Mr. Curry met Robert?

16    A    I don't know.

17    Q    Did Mr. Curry sign up as an affiliate as an

18 individual or did he use a company?

19    A    I don't know for sure, but I could find that out if

20 you needed it.  I know Vincent has a company in Las Vegas.  I

21 believe it's called Nevada.  It's Nevada Capital Markets, or

22 something like that.  But a number of affiliates did use their

23 corporate name, rather than the individual.  But I don't know

24 in his case which one.  I'd have to check.

25    Q    Did Richard Anderson have a corporate entity?

Page 76

1    A    He does have.  He has a company called R.A.

2 Investments, or something like that, but I don't know which

3 one.  You know, the same as Vincent.  I don't know which one

4 he uses, whether it's individual.

5    Q    Okay.  Do you know how Jennifer Puff became an

6 affiliate?

7    A    I believe she came an affiliate on a recommendation

8 from Richard Anderson.  That was --

9    Q    Do you know when?

10    A    Yeah.  She became an affiliate, I would guess

11 probably middle of last year in June, July.  What I was going

12 to say on that is Robert provided an incentive for affiliates

13 to bring in other affiliates kind of under them.  I think if

14 you look at the affiliate application, then if they bring in

15 certain business, then the affiliate that brought in the next

16 affiliate stands to gain financially from that.

17    Q    So does Ms. Puff have a corporate entity?

18    A    She does.  I believe it's called Key Private

19 Capital.

20    Q    Do you know how Angela Ziegler became an affiliate?

21    A    Well, she and Jennifer Puff are partners, so they

22 would have come in at the same time.

23    Q    Does Angela Ziegler have a separate corporate

24 entity?

25    A    Yes, but I can't remember the name of it.  Sorry.

Page 77

1    Q    Is Private Capital Consulting the name of Ms.

2 Ziegler's entity?

3    A    That would be it.  Yes, that's it.

4    Q    How did Bill Wells become an affiliate?

5    A    Through Robert, but I don't know the circumstances.

6    Q    Do you know when he became an affiliate?

7    A    I would imagine it was between February and March

8 last year.  Robert used him on -- he used him for setting up

9 different corporate entities, or they talked about that a lot

10 from what I understand.

11    Q    Where is Mr. Wells located?

12    A    I haven't spoken to him personally for a long time.

13 I don't really know him that well, but I think he's either

14 Ohio or Michigan.  He's in that area.

15    Q    Does he have a corporate entity?

16         That I don't know.

17    Q    How did Darlene Bishop become an affiliate?

18    A    She was, I believe, brought in by Jennifer and

19 Angela.

20    Q    Does she have a corporate entity?

21    A    I think she does, or something.  It's JonDar.  I

22 think that's the name of her company.

23    Q    Are you familiar with a Werner Robles?

24    A    Yes, I am.

25    Q    And who is Werner Robles?

20 (Pages 74 to 77)

## Page 78

1  A  He's also an affiliate. I was introduced to him by
2  Robert. I don't know how he met Robert.
3  Q  Does he have a corporate entity?
4  A  Yes, but I don't know the name of his company.
5  Q  Do you know when Mr. Robles became an affiliate?
6  A  I would say I don't know exactly, but I'm guessing
7  August-September last year.
8  Q  Are you familiar with a Dan Lewis?
9  A  Dan Lewis, I don't believe he's an affiliate.
10  Q  Are you familiar with Millionaire Wizards?
11  A  No.
12  Q  Are you familiar with Joe Winters?
13  A  Yes. He's an affiliate out of New York.
14  Q  When did he become an affiliate?
15  A  I would say probably March-April of last year,
16  somewhere around then.
17  Q  Does he have a corporate entity?
18  A  I don't think so, but I honestly -- he's not someone
19  that I've had a huge amount of dealings with -- not recently
20  anyway. But, yeah. I don't know.
21  Q  Are you familiar with a Vasco? And I'm going to
22  spell his last name: G-j-e-l-a-j.
23  A  Yeah. Vasko is an affiliate, fairly recent.
24  Q  He recently became an affiliate?
25  A  Yes.

## Page 79

1  Q  And where is he located?
2  A  I don't know.
3  Q  Are you familiar with a Dan Schmitz?
4  A  Dan Schmitz, no. Just going back to Vasko, he was
5  introduced by Darlene Bishop. But I've never heard of the
6  last person you mentioned.
7  Q  Are you familiar with Opulens at Global?
8  A  No.
9  Q  When someone first becomes an affiliate, do you
10  provide them with any training or do you tell them what to
11  tell people about Dresdner's products?
12  A  Robert used to do that with affiliates when they
13  first started. He would arrange a conference call with maybe
14  three or four of them. But as far as on the way, he stopped
15  doing that.
16  Q  Did you ever participate in one of those calls?
17  A  I would have been on a call with him just maybe once
18  or twice.
19  Q  And what did he tell people to say about Dresdner?
20  A  I don't know, specifically, that he said anything
21  about Dresdner. I don't recall him being very specific. It
22  was more about the products that he was trying to sell.
23  Q  What did he say about the products?
24  A  Well, he would very much plug the leverage program,
25  because the impression I got was that's what he wanted people

## Page 80

1  selling.
2  Q  What specifically did he say about it? How did he
3  explain how the product worked?
4  A  Okay. How the product worked, and bear in mind he
5  changed. I don't even know what's on the website, but the
6  entry levels that people could come in, he changed pretty
7  regularly. He changed the numbers and the payouts, but the
8  way he described how it would work would be, for example, if
9  someone brought in $50,000 as the upfront payment, the
10  Dresdner would arrange leasing of an instrument for a specific
11  amount.
12  He had a table that he used, and then from that
13  instrument the fees would be taken off the back end and then
14  the client would be guaranteed a payout prior to that
15  instrument. So for example if the instrument were $5 Million,
16  then the client would be guaranteed a $500,000 payout, and
17  that instrument would then be traded and Dresdner would make
18  their money off the trade on a weekly basis. So that's how he
19  described how Dresdner as a company would make their money.
20  Q  Did Dresdner ever lease any insurance with client
21  funds?
22  A  No. Not that I'm aware of.
23  Q  Did you inform the clients that their money wasn't
24  being used as they were told?
25  A  No. I did not.

## Page 81

1  Q  Did you inform the affiliates that the money was not
2  being used as they were told?
3  A  No. I did not.
4  Q  Did any of the affiliates learn at any point in time
5  that the money was not being used to lease instruments?
6  A  I don't believe so.
7  Q  What was the name of Dresdner's leverage program?
8  A  I don't think there was one. I'd have to check.
9  The main one that people entered into was called the .44
10  Magnum, or "the Mag," as it was known.
11  Q  And why was it called the Magnum program?
12  A  That was the name Robert gave to the program.
13  Q  Do you know where he got the name?
14  A  I do, yes, because he told me. He said: "When
15  people found out that they'd been ripped off, they would buy a
16  .44 Magnum and shoot themselves in the head."
17  Q  When did he tell you that?
18  A  I don't know exactly when, but it was in a phone
19  conversation a number of months ago. It was probably -- I
20  don't know -- September-October time.
21  MR. FORKNER: If you could take a look at Exhibit
22  Number 8, please.
23  COURT REPORTER: Handing Number 8 to the witness.
24  MR. FORKNER: Mr. Lunn, if you want to take a minute
25  to review Exhibit Number 8, for the record, Exhibit Number 8

## Page 82

1   has two pages and it's captioned, ".44 Magnum Agreement and
2   Procedures." Mr. Lunn, are you familiar with Exhibit Number
3   8?
4        THE WITNESS: Yes.
5        BY MR. FORKNER:
6        Q   Can you tell us what it is?
7        A   It's the agreement that a client would sign to end
8   to the Magnum program. The only thing I would say on that
9   note is that's not the original. That's not the agreement
10   that was taken from the website, because for some reason,
11   someone's booked my company on there also.
12        Q   What about this form is different from the one on
13   the website?
14        A   The one on the website just has Dresdner on there,
15   and I believe the dates at the bottom will be different. I
16   don't know where the 1975 through 2010 comes from. I've never
17   seen that before.
18        Q   I'm drawing your attention to the section entitled,
19   "Non-performance Guarantee." In that section the form says
20   "This is a 100% guaranteed program by means of leveraging
21   financial instruments, and the actual returns are 100%
22   guaranteed." Are you familiar with that language?
23        A   I've seen. That's the way I probably described the
24   program, yes.
25        Q   And what does that mean?

## Page 83

1        A   That means whatever instrument level that he said he
2   could obtain, the client was guaranteed a payout of a certain
3   amount.
4        Q   And who was providing the guarantee?
5        A   I guess Dresdner. That's the way it was always
6   worded.
7        MR. FORKNER: If you could now turn to Exhibit
8   Number 9.
9        COURT REPORTER: I'm handing Exhibit Number 9 to the
10   witness.
11        MR. FORKNER: Mr. Lunn, if you would please take a
12   minute to review Exhibit Number 9, for the record, Exhibit
13   Number 9 contains three pages and is captioned "A Sure."
14        THE WITNESS: Yeah?
15        BY MR. FORKNER:
16        Q   Mr. Lunn, are you familiar with Exhibit Number 9?
17        A   Yeah. Again the same as the other document that's
18   just different, because it's got my company name on and it's
19   dated 1975 through 2010. The insurance letter was actually
20   introduced by Robert. This was not always on the original
21   program that he devised. He introduced that a few months
22   later. It was supposedly -- he told me it was because, well,
23   it was to give extra assurance, but I don't know why he did
24   that.
25        Q   Do you know who created this form?

## Page 84

1        A   Well, the original one of the Dresdner website I
2   assume was Robert, but I do not know who created this one.
3   No.
4        Q   Okay. Did each of the investors who sent money to
5   WGC Group sign a copy of the Magnum agreement?
6        A   Yes.
7        Q   And do you have copies of those agreements?
8        A   Not all of them, no. Me, personally, I don't have
9   all of them. No.
10        MR. FORKNER: Okay.
11        MS. MCKINLEY: Who does?
12        THE WITNESS: That would be in one of the other
13   e-mail accounts.
14        MR. FORKNER: And it reads here to Exhibit Number
15   11.
16        COURT REPORTER: I'm handing Exhibit 11 to the
17   witness.
18        MR. FORKNER: Mr. Lunn, please take a minute to
19   review Exhibit 11. For the record, Exhibit Number 11 is a
20   one-page document, and it's numbered DV-1. Mr. Lunn, if I
21   could draw your attention to what appears to be an e-mail,
22   dated June 29, 2010, which is in the middle of Exhibit Number
23   11, are you familiar with that e-mail?
24        THE WITNESS: Well, I don't recall the e-mail, but
25   it was a receipt from myself. So I did send it. I'm sure.

## Page 85

1        BY MR. FORKNER:
2        Q   And that e-mail contains wire instructions. Do you
3   see that?
4        A   Yes.
5        Q   What are those wiring instructions for?
6        A   For my company account.
7        Q   Is the account number listed there the account
8   number for the WGC Group account?
9        A   Yes.
10        Q   Are those the wiring instructions that were provided
11   to each of the individuals who invested in the Dresdner Magnum
12   program?
13        A   Yes.
14        Q   In total, how much money did the investors send in
15   to the WGC account?
16        A   I don't know.
17        Q   Do you know approximately how much money has been
18   received?
19        A   I would guess two and a half million, somewhere of
20   that order, but I don't know.
21        Q   Was any of that money contributed to the WGC account
22   for a program other than the Magnum program?
23        A   It may have been it was for one of the leverage
24   programs. I'd have to check back. They're not all called the
25   Magnum from memory, so.

22 (Pages 82 to 85)

## Page 86

1    Q    What are the names of the other programs?

2    A    I don't know.

3    Q    Do you know whether any Dresdner investments were

4  deposited into any other accounts?

5    A    No. I do not.

6    Q    When was the last time that there was an investment

7  made into the WGC account?

8    A    I don't know exactly, but I would guess January.

9    Q    Are you still accepting investments?

10    A    No.

11    Q    When did you stop?

12    A    Well, obviously, the last one was in January. I

13  haven't been actively trying to get people to do this for some

14  time, but my problem was with the situation with Robert was I

15  had to be careful. If he'd found out that I was putting a

16  stop to his instructions, I ran the risk of being in further

17  danger, so that's why I continued for the period that I did.

18    Q    You told us earlier that you made cash withdrawals

19  and sent the money to Robert. What did you do with the rest

20  of the money?

21    A    Well, some was paid immediately to Robert, an

22  arrangement with some affiliates to pay them an advance

23  commission -- not all affiliates, just some.

24        BY MS. MCKINLEY:

25    Q    Do you know which affiliates have that arrangement?

## Page 87

1    A    I don't know if I can remember them all. Did you

2  want some names?

3    Q    Sure. That would be great. Thank you.

4    A    Darlene Bishop, Vincent Curry, Warner Robles,

5  Richard Anderson; I think that's the main ones, although he

6  did also agree to pay other affiliates advances at different

7  times. For example, if an affiliate started to wonder why the

8  payouts hadn't occurred and financially there was an issue,

9  then at times he would instruct me to pay affiliates in that

10  manner also.

11    Q    For all of the payments to affiliates from WGC's

12  account, were all of those at the instruction of Robert?

13    A    Yes, I knew which ones. I had like a spreadsheet of

14  the amounts that were paid on each, depending on the type of

15  money or the amount of money that came in. And he changed

16  that periodically also.

17    Q    Did Robert give you the spreadsheet to use?

18    A    Yes, he e-mailed it to me.

19    Q    Do you still have that?

20    A    I have a copy. I don't know if I have the original

21  e-mail, but you're welcome to have a copy of what I have.

22        MS. MCKINLEY: Okay. Thank you.

23        BY MR. FORKNER:

24    Q    You mentioned that some of the affiliates were paid

25  when they started asking questions?

## Page 88

1    A    Just one thing, going back to the spreadsheet,

2  there's multiple copies. I don't know if I have the original

3  one, because he changed the payout amount. So I can only

4  obviously give you what I have, but just to clarify that.

5    Q    Sure. I believe you testified that some of the

6  payments to affiliates were made at times when they would

7  start asking questions. Is that correct?

8    A    Yes. Well, either questions or if they were

9  themselves experiencing financial hardship, because they

10  hadn't received the payments, because the affiliate was

11  scheduled or due to receive money based off this instrument

12  being traded. So do you understand what I mean? They were

13  supposed to receive commission once the client got paid also.

14    Q    Did the affiliates ever ask you why their clients

15  weren't being paid?

16    A    I don't recall anyone ever asking me specifically

17  why they hadn't been paid. No.

18    Q    Some of the payments are more than six months past

19  due. Is that correct?

20    A    I agree there are actually some that are probably

21  close to a year.

22    Q    And no one's ever asked you why they haven't been

23  paid?

24    A    You were talking affiliates, right, or are you

25  talking --

## Page 89

1    Q    If anyone ever asked you?

2    A    Well, clients have and I've had kind of prolonged

3  the process and just make up excuses, because in the meantime

4  I couldn't tell people exactly what was going on.

5    Q    Why not?

6    A    Because I was being threatened by this person that

7  was terrorizing my life a long time, and I wanted to protect

8  my family.

9    Q    Did you personally get any payouts from your own

10  account, from the WGC account or to make sure the money was

11  coming in from Dresdner?

12    A    Well, obviously I didn't pay commissions or

13  advances, but I did have access. I did use some of the money.

14  Correct, yes.

15    Q    What did you use the money for?

16    A    Just every day living and expenses. I also paid

17  back -- I offered clients money back on a number of occasions.

18  And the ones that specifically asked for money back, I did

19  refund, and I advanced or gave some clients some amounts

20  towards their payout. I just had to be careful how I did

21  that, because if Robert had found out I refunded a client, I

22  knew that wouldn't be a good outcome for me.

23    Q    Do you recall which clients you paid out?

24    A    Which ones are refunded?

25    Q    Yes.

## Page 90

1    A  I don't know all the names offhand, but there were

2  probably between eight and twelve clients, and there were one

3  or two that I paid a portion of what they were supposed to be

4  receiving; but, like I said, when I did that, I had to be

5  extremely careful just because of the consequences of it

6  getting out that I'd done that.

7    Q  How did you decide which clients to repay?

8    A  Well, the ones that wanted to be refunded, it was

9  pretty much if someone asked for a refund, or if I talked to

10  someone and I offered them. I offered a number of clients

11  refunds, and they actually refused because they wanted the

12  bigger payout, but obviously I didn't envisage this going on

13  this long.

14    Q  You mentioned earlier that you would make up excuses

15  as to why the payouts weren't coming. What did you tell

16  people?

17    A  I usually told people that -- there were a number of

18  excuses, but I mean the bottom line was that there was a

19  screw-up with the leasing of the instrument. That meant it

20  was taking a lot longer for the process to occur than actually

21  we anticipated.

22    Q  Was that information false?

23    A  Yeah. Yes.

24    Q  Is that something that Robert told you to tell them,

25  or is that something that you came up with on your own?

## Page 91

1    A  Is that something that Robert -- the reasons weren't

2  always what he told me to tell people. He did tell me at

3  times what to tell people, and I know he told people himself.

4

5    Q  Did Robert talk to investors directly?

6    A  Yes, he did.

7    Q  All of them?

8    A  No.

9    Q  Do you know which investors he talked to?

10    A  No. I don't know all of them. No.

11    Q  How did he choose which investors he was going to

12  deal with directly?

13    A  I don't know that he always chose. There were times

14  when some affiliates would get him to talk to their clients,

15  because they ultimately knew he was responsible. But the

16  problem you have with Robert is it depends which personality

17  he is on any given day as to the outcome. And usually what

18  happened was it got so messed up that they ended up coming to

19  my doorstep instead of him, because he has such a bad temper

20  and various other issues.

21    Q  The excuses that you mentioned earlier, did you ever

22  provide those excuses to the affiliates, or just directly to

23  the clients?

24    A  I don't recall offhand, but probably to the

25  affiliates also.

## Page 92

1    Q  Did you ever tell any affiliates the real reason why

2  they weren't being paid?

3    A  No. Could I just clarify my last answer? When I

4  said I never told any affiliates why they hadn't been paid,

5  that's true up until I knew I was safe from Robert. And so in

6  the last month to six weeks, I have told some people some of

7  what went on in terms of the payout not happening, and I'm

8  trying to sort it out.

9    Q  And who have you told that too?

10    A  Vincent Curry, Darlene Bishop, Richard Anderson,

11  Angela Ziegler, Jennifer Puff, Werner Robles. I think that's

12  about it. So I didn't tell them everything I know about

13  Robert, and I didn't tell them everything about the program.

14  I just merely told them that the program is not as it was

15  outlined originally, and that I was in the process of sorting

16  it out so that every investor would get taken care of and paid

17  in addition to the guarantee they were supposed to receive, a

18  sum above that.

19    Q  And these conversations took place approximately a

20  week to six weeks ago. Correct?

21    A  Within the last month or six weeks.

22    MR. FORKNER: If we could, turn to Exhibit Number

23  19.

24    COURT REPORTER: We're skipping 18. Is that

25  correct?

## Page 93

1    MR. FORKNER: We're skipping 18, yes.

2    (SEC Exhibit No. 19 was

3    marked for identification.)

4    COURT REPORTER: I'm handing the witness Exhibit 19.

5    MR. FORKNER: Mr. Lunn, if you would please take a

6  minute to review Exhibit Number 19, for the record, Exhibit

7  Number 19 contains probably 30 to 40 pages. The first page

8  indicates that it's a Chase Bank statement in the name of WGC

9  Group.

10    THE WITNESS: Yes.

11    BY MR. FORKNER:

12    Q  Mr. Lunn, are you familiar with Exhibit Number 19?

13    A  Yes.

14    Q  What is Exhibit Number 19?

15    A  It's the Chase Bank account from my company,

16  although there seem to be other things here too, so, and

17  various withdrawals also.

18    Q  Exhibit Number 19 contains an account statement for

19  the WDC Group account that we've been discussing. Is that

20  correct?

21    A  Yes.

22    Q  This is the account into which the investors sent

23  their Dresdner investments. Is that correct?

24    A  Yes.

25    Q  If you could, look at pages 1 and 3 of Exhibit

EXHIBIT A

Page 94

1   Number 19. There's a section entitled, "Deposits and
2   Additions." Do you see that?
3   A   Yes.
4   Q   The transactions that are reflected in that section,
5   are those investments that were made into the Dresdner
6   program?
7   A   I don't know what the $990 is, but the other ones
8   appear to be.
9   Q   The amounts – they were in the amount of $44,000?
10  A   44,000, yeah. They are.
11  Q   Drawing your attention to pages 4 and 5, there's a
12  section entitled ATM and debit card withdrawals. Do you see
13  that?
14  A   Yes.
15  Q   Are those transactions that you processed?
16  A   Yes.
17  Q   And drawing your attention, specifically, on page 5
18  of Exhibit Number 19, there is a purchase reflected on July
19  19th to Giorgio Armani in the amount of $4,555.82.
20  A   Yes.
21  Q   Do you see that?
22  A   Yes.
23  Q   What was that expense for?
24  A   For Robert.
25  Q   All right. Can you give us more detail on what that

Page 95

1   transaction was for?
2   A   Yeah. He bought a bunch of suits and accessories.
3   Q   Were you with him at the time that purchase was
4   made?
5   A   Yes.
6   Q   And where were you?
7   A   In Las Vegas.
8   Q   Why was that purchase made out of your Chase debit
9   card?
10  A   Because he told me to do that.
11  Q   Mr. Lunn, if I could draw your attention to pages 7
12  and 8 of Exhibit Number 19, there's a section titled "Fees and
13  Other Withdrawals."
14  A   Yes.
15  Q   There are various withdrawals listed in that section
16  in varied amounts between $5,000 and 50,000. Are those cash
17  withdrawals?
18  A   I can't say for definite on all of them, but it
19  would appear most of them, for example, the 47,500. That
20  would be the 5,000's are, definitely, I think; and, I'm just
21  not sure about the 4,200.
22  Q   Drawing your attention to the $47,500 transaction,
23  which occurred on July 12th, do you recall making that type
24  withdrawal?
25  A   No. I don't, but it probably coincides with my trip

Page 96

1   to Vegas. But I don't know for sure.
2   Q   Did you ever make any cash withdrawals for any
3   purpose other than giving the money to Robert?
4   A   Yes, I've made cash withdrawals.
5   Q   For what other reasons did you make cash
6   withdrawals?
7   A   I don't recall off-hand. I believe that did go to
8   Robert, but I don't check.
9   Q   Do you have a record of what cash payments you made
10  to Robert?
11  A   Yes, I do.
12  Q   Will you provide that to us?
13  A   Yes, I will. Do you want me to include the
14  Moneygram and Western Union?
15  Q   Yeah. Anything that you have, we would like you to
16  provide to us.
17  A   With the Western Union and Moneygram it was all
18  done, for example, some were taken off my debit card. For
19  example, at Walmart, everything he did he kept under a
20  thousand dollars so he didn't have to provide an ID at the
21  other end. But I'm sure I can get the texts to show that the
22  text messages went to him for each of those transactions, too,
23  if that's something you need.
24  Q   Yes, please. You mentioned earlier, I believe you
25  mentioned Nevada Capital Markets, Inc. Did you make payments

Page 97

1   to Nevada Capital Markets, Inc. from the WGC account?
2   A   That's Vincent Curry's; he would have received his
3   advance payments to that account, if that's the name on the
4   account. I don't know specifically if it's got that name on
5   it or Vincent's himself, but that is his company, so.
6   Q   Are you familiar with a Henry L. Simon?
7   A   I don't think so.
8   MR. FORKNER: If you could take a look at Exhibit
9   Number 24.
10  COURT REPORTER: 24?
11  MR. FORKNER: 24, please.
12  (SEC Exhibit No. 24 was
13  marked for identification.)
14  COURT REPORTER: I'm handing the witness Exhibit 24.
15  MR. FORKNER: Mr. Lunn, would you please take a
16  minute to review Exhibit Number 24? For the record, Exhibit
17  Number 24 is a one-page document which appears to be a copy of
18  a cashier's check from Chase Bank.
19  THE WITNESS: Okay. Harry L. Simon. Yeah.
20  BY MR. FORKNER:
21  Q   Mr. Lunn, are you familiar with Exhibit Number 24?
22  A   I do recall that transaction. I believe it was for
23  some equipment financing, paying off equipment financing debt.
24  I believe Harry L. Simon is an attorney.
25  Q   And whose debt were you paying off?

Page 98

1    A    That was from our company debt.
2    Q    WGC Group?
3    A    Yes, that's correct.
4    Q    Did you use the investor's money to pay off that
5    debt?
6    A    Well, I used money from that account, yes.
7    Q    Mr. Lunn, are you familiar with a J.M. International
8    Commercial?
9    A    I don't recall the name offhand.  No.
10        MR. FORKNER:  If we could turn to Exhibit Number 21?
11        (SEC Exhibit No. 21 was
12        marked for identification.)
13        COURT REPORTER:  I'm handing the witness Exhibit
14   Number 21.
15        MR. FORKNER:  Mr. Lunn, please take a minute to
16   review Exhibit Number 21; and, for the record, Exhibit Number
17   21 contains approximately 30 pages, and the first page is
18   captioned, "Chase Bank."  It appears to be an account
19   statement of WGC Group for September 2010.
20        THE WITNESS:  Okay.
21        BY MR. FORKNER:
22   Q    Mr. Lunn, are you familiar with Exhibit Number 21?
23   A    Yes.
24   Q    Can you tell us what it is?
25   A    Yeah.  It's the company account statement with

Page 99

1    various attachments, withdrawals.
2    Q    If I could draw your attention to page number 5 of
3    Exhibit Number 21, under the section entitled, "Electronic
4    Withdrawal," on September 2nd there is a wire transfer to J.M.
5    International Commercial.  Do you see that?
6    A    I do see it.
7    Q    Do you know what that transaction was for?
8    A    No.
9    Q    Do you know of any individuals associated with J.M.
10   International Commercial?
11   A    I don't.  I don't recall.  I don't recall what that
12   is.
13   Q    Okay.
14   A    Sorry.  Would you like me to find out and get back
15   to you?
16   Q    Certainly, if you can.
17   A    Well, I mean I will have a record of it.  I just
18   don't recall what it is.
19   Q    Yeah.  If you have any record associated with the
20   account, you should be providing those to us.
21   A    But, what I mean is whatever transaction that was,
22   our company will have some sort of paper receipt, I imagine.
23   I honestly don't remember what that is.
24   Q    Okay.  Mr. Lunn, are you familiar with a Bridget
25   Garay?

Page 100

1    A    Yes.
2    Q    And who is Bridget Garay?
3    A    She's one of three people that I met in Las Vegas
4    that Robert had some sort of scam with various call girls.
5    And I, instead of diverting money to him, I helped them
6    establish, shall we say, a better type of life, hopefully.
7    Q    What were the names of the other two individuals?
8    A    Tiffany Blumenstein and Delight Kariange.
9    Q    When did you meet these three individuals?
10   A    September.
11   Q    Of 2010, is that correct?
12   A    Yeah.  Well, yeah.  Robert attempted to sell his
13   wife to two pimps outside the Aria casino.  So after that,
14   that's what -- what's the word?  That's what motivated me to
15   try and help these three people.
16   Q    You mentioned that they were involved in some sort
17   of scam with Robert.  What was that scam involved?
18   A    I don't know the extent of it, because he never
19   really told me a lot about it.  It was probably six to eight
20   months ago.  It was mainly with call girls in Los Angeles, not
21   in Las Vegas.  But he'd been to Las Vegas a lot himself, also,
22   so I never asked any more about it other than what he told me.
23   Q    Did Robert instruct you to send money to these three
24   individuals?
25   A    No, I'm sure if he knew I'd be in even more trouble,

Page 101

1    or would have been.
2    Q    You made the decision to send them money on your
3    own?
4    A    Rather give it to him.  When I met him in Los
5    Angeles the last two times prior to the final one, it got to
6    the point where he was so in my opinion dangerous that I felt
7    if I kept sending him the amount of money that he was asking
8    for, that he was going to do a lot more damage than just to
9    me.
10        He hated the judicial system.  He hated banks.  He
11   hates the government.  It's almost like he's part of some
12   militia group.  So I felt the more money I was giving him, the
13   greater the chance of him using it in a bad way.
14   Q    Why did you decide to send the money to these three
15   individuals, instead of the people who had invested with
16   Dresdner?
17   A    Because the bulk of the people in the investment
18   didn't want their money bank.  They wanted greed that had
19   already crept in, and they wanted the return they'd been
20   promised.  So returning 44,000, or whatever the amount, wasn't
21   going to cut it with them.  And I knew at that point that I
22   had sufficient means to raise all the money that they had been
23   promised, and a bit more.
24   Q    How did you go about not paying Robert the money
25   that he was demanding, and instead giving that money to these

EXHIBIT A

## Page 102

1  three individuals?

2      A   I started making excuses as to why I was having more

3  and more trouble obtaining money from the bank. Because by

4  then I felt comfortable that the means I had for getting the

5  investments back for the clients was going to be taken care of

6  within a few weeks. But, unfortunately, it's taken me a lot

7  longer to get to that point.

8      Q   What did Robert say in return when you started

9  making these excuses to him?

10     A   He was not very happy, but he knew, already, that

11  the bank was being a lot more difficult, because he could tell

12  by the way we weren't able to obtain the sort of funds I was

13  getting before, and the fact that both Moneygram and Western

14  Union were restricting my ability to send him funds.

15         MS. MCKINLEY: And how did he know that?

16         THE WITNESS: Because when he went to collect money

17  at the other end, they pretty much told him that.

18         BY MR. FORKNER:

19     Q   Mr. Lunn, are you familiar with a Pulsed Energy?

20     A   Did you say Pulst Energy?

21     Q   Yeah. P-u-l-s-e-d.

22     A   It's not a name that I recall. No.

23     Q   Are you familiar with a Seth Stoffregen?

24     A   No. Is that a name of somebody?

25     Q   Yes. Seth, S-e-t-h, Stoffregen,

## Page 103

1  S-t-o-f-f-r-e-g-e-n.

2      A   I don't recall the name. No.

3          BY MS. MCKINLEY:

4      Q   Do you recall any payments to Pulsed Energy or Seth

5  Stoffregen? Would those have been related to Dresdner?

6      A   Well, I don't recall either of those names. I don't

7  remember.

8      Q   Well, reflected in your bank statements, I'll

9  represent to you that in the November bank statements there

10  are payments to each of these companies. So all I'm trying to

11  get at is whether those payments would be for some purpose

12  other than Dresdner, or if they were related to Dresdner.

13     A   Can you give me an idea of the amounts?

14         MS. MCKINLEY: Okay. Do we have that here?

15         MR. FORKNER: Yeah. It's Exhibit Number 23.

16         COURT REPORTER: Do you want me to give that to the

17  witness?

18         MR. FORKNER: Please.

19             (SEC Exhibit No. 23 was

20             marked for identification.)

21         COURT REPORTER: Mr. Forkner, I'll not that there

22  are several pages on the back that look like they've come

23  unclipped from the stapler of Exhibit 23. It's the last three

24  pages. I'm giving the witness Exhibit 23.

25         THE WITNESS: Thank you.

## Page 104

1          MS. MCKINLEY: If you could just try to keep the

2  pages together, even though the staple has started to come

3  undone, thank you.

4          THE WITNESS: Can you tell me where those entries

5  are, which page, the ones you referred to?

6          MR. FORKNER: Certainly. Before we do that, just

7  really quickly, Mr. Lunn, are you familiar with Exhibit Number

8  23?

9          THE WITNESS: Yes.

10         BY MR. FORKNER:

11     Q   Can you tell us what it is?

12     A   It's a bank statement and attachments for WGC Group.

13     Q   Okay. I could draw your attention to page 6 of

14  Exhibit Number 23, and there's a transaction on November 3rd,

15  which reflects a $12,000 wire to Pulsed Energy. Does that

16  refresh your memory as to what Pulsed Energy may be?

17     A   Yes. I think it does. It's a payment to -- I think

18  it's a payment to a person called Jay Harding.

19     Q   Who is Jay Harding?

20     A   He is a person Robert did business with at times

21  last year, but it's a person that I got to know reasonably

22  well; and, I made that payment to him.

23     Q   Why did you make the payment?

24     A   I don't recall the exact circumstances, but it was

25  for work that he was doing on our behalf related to Dresdner

## Page 105

1  trying to fund some of our projects; but it was really like an

2  advanced payment.

3      Q   What types of projects did you have that needed

4  funding?

5      A   These were related to Dresdner Monitorization

6  Projects.

7      Q   If I could draw your attention to page 7 of Exhibit

8  Number 23, on November 19th, there's a payment of $20,000 to a

9  Seth S. Stoffregen.

10     A   Sorry. Which date was this?

11     Q   It's November 19th,

12     A   Yeah. That's to the same. That's relating to the

13  same person, Jay Harding. I believe Seth Stoffregen is that

14  person's attorney, but I'm not a hundred percent certain. I'm

15  pretty sure. It's definitely for Jay Harding, because it's in

16  Massachusetts, so.

17     Q   And if I could draw your attention to the

18  transaction immediately above that, there's a $10,000 transfer

19  on November 19th to a Steve S-a-l-a-z, Salaz. Who is Steve

20  Salaz?

21     A   Steve Salaz is an affiliate with Dresdner.

22     Q   And if you look two lines above that, on November

23  18th there's a payment of $600,000 to Dunamis Diversified

24  Industries. What is Dunamis Diversified Industries?

25     A   That's a client of Dresdner on the leverage program.

Page 106

1    Q    And why did you pay that client?

2    A    Because I felt bad that they'd been screwed around
3    so much, and again, if I hadn't paid it to them, I would have
4    had to pay it somehow to Robert. And you've got to remember
5    at this time I was finding as many ways as I could to divert
6    money away from him for that whole period.

7         So I made that payment and one additional one to
8    Dunamis. He runs a -- he's out of New York City. He's a
9    reverend, and I just felt that he was a deserving person to
10   get that money. And I was fairly confident that Robert
11   wouldn't find out about that particular one.

12   BY MS. MCKINLEY:

13   Q    Why is that?

14   A    Because I'd managed to keep him away from that
15   particular group for as long as I could, although he had
16   dealings with him previously.

17   Q    Was Dunamis one of the investors in the leverage
18   program?

19   A    Yes. The guy's name is Reverend John Crosby, but
20   the Dunamis is just the entity through which they entered.

21   Q    How much did the Reverend and Dunamis actually
22   invest with Dresdner?

23   A    I don't recall.

24   Q    Was it the million dollars that you paid back to
25   them?

Page 107

1    A    No, it was probably no more than 100 or 200,000.

2    Q    So is it fair to say that the other, approximately
3    $8-900,000 that got paid back to them came from other
4    investors' money?

5    A    Well, it wasn't from money that Dresdner had earned
6    from the original investment, so yeah. It came out of that
7    same account, obviously.

8    BY MR. FORKNER:

9    Q    Mr. Lunn, we'd like to ask you some personal
10   background questions. Have you ever been known by any other
11   name aside from Geoffrey Lunn?

12   A    No. Well, other than Geoff, which is --

13   Q    I'm sorry. Geoff or Geoffrey?

14   A    No. No other name.

15   Q    Okay. What was your date and place of birth?

16   A    May the 10th, 1956. I was born in Huntingdon, which
17   is in England.

18   Q    And, Mr. Lunn, are you currently married?

19   A    Yes.

20   Q    And what is your current home address?

21   A    4608 Greenbriar Court. That's Green with b-r-i-a-r
22   on the end, and that's Boulder, Colorado 80305.

23   Q    How long have you lived at that address?

24   A    2004.

25   Q    Do you own or rent the property?

Page 108

1    A    I rent the property.

2    Q    Is there a mortgage on the property?

3    A    Yes.

4    Q    What bank is that, there?

5    A    Bank America.

6    Q    Do you have any residences?

7    A    I have one rental property in Lafayette, Florida,
8    1805 Sussex Street.

9    Q    Do you currently have a tenant in that rental
10   property?

11   A    Yes.

12   Q    What's the name of the tenant?

13   A    I don't know. It's handled by a rental company,
14   Mock Property Management in Boulder.

15   Q    What e-mail addresses are you currently using?

16   A    Do you mean personal, business, or both?

17   Q    Both.

18   A    Okay. Geoff Lunn, L-u-n-n at MSN dot com; WGC Geoff
19   at gmail dot com. WGC Group, Inc. at Yahoo dot com. I think
20   that's it.

21   Q    Did you previously use the e-mail address, Geoff at
22   Dresdner Financial dot com?

23   A    Oh. I'm sorry. Yeah. I do have that address
24   still, yeah, the one. Sorry.

25   Q    Is it active?

Page 109

1    A    Yes.

2    Q    Excuse me.

3    A    To clarify that, the only reason it's active is
4    Robert no longer has control of that e-mail account. This is
5    another thing that when Fitz, or whoever went in my account, I
6    asked Jeremy Whitley to make sure I could still use that
7    account so I could take care of the business that's in there,
8    and they let me back in. So I've had access. I had one day
9    where I couldn't get in, but as far as I know none of the
10   other accounts are accessible anymore.

11   BY MS. WHITLEY:

12   Q    And who told you that Robert no longer has access to
13   any of the Dresdner Financial dot com e-mail addresses?

14   A    Jeremy; Jeremy Whitley.

15   Q    When did you first start corresponding with Mr.
16   Whitley in regards to these issues?

17   A    Well, he's a client. He's one of the clients on the
18   leverage program. I don't recall exactly when he came in, but
19   I would guess, probably, December time. But then about a
20   month or six weeks ago, he called me one evening and he
21   started talking to me about various things, including Robert,
22   and it became apparent that what he was telling me, I just got
23   the impression that he wasn't just a client.

24        So then I confided information in him or to him that
25   I would not have otherwise done, but I've asked him who he is

EXHIBIT A

## Page 110

1  and he won't tell me. He tells me he's not law enforcement,
2  but I know from some of the things that he's been able to do
3  that he's not just a client. He runs a company called Trinity
4  Global. That's the name of his company.
5  　　BY MR. FORKNER:
6  　　Q　What has Mr. Whitley done that makes you think he's
7  more than just a client?
8  　　A　Well, one thing I know, he's had access to my
9  e-mail. So, what else has he done? It's based on what he's
10  told me. He's told me that information about Robert, that he
11  wouldn't. I don't believe that he wouldn't have known this
12  information. Well, I'm trusting what he's saying, basically.
13  I honestly don't know who he is but I just know he's not just
14  a client.
15  　　Q　What information did you know about Robert?
16  　　A　He appears to know pretty much everything about the
17  guy.
18  　　Q　Does he know his real name?
19  　　A　I believe he does.
20  　　Q　How do you know Mr. Whitley had access to your
21  e-mail?
22  　　A　How do I know? Because he appears to know what's in
23  my e-mail and I don't know how you would know that unless you
24  could access it.
25  　　Q　Can you give us an example of something that he knew

## Page 111

1  that he wouldn't have otherwise known?
2  　　A　Well, some e-mails in my personal e-mails were
3  deleted. I've known for a little while that someone's been
4  accessing my e-mail, but I'm not privy to knowing who. Well,
5  obviously, I have an idea why.
6  　　Q　Mr. Lunn, are you now or have you ever been an
7  officer or director of a publicly held company?
8  　　A　No.
9  　　Q　Are you now or have you ever been a beneficial
10  owner, directly or indirectly at five percent or more of any
11  class of equity securities in any publicly held company?
12  　　A　No.
13  　　Q　Do you have any brokerage accounts?
14  　　A　No.
15  　　Q　Do you have bank accounts?
16  　　A　Yes.
17  　　Q　Where are those bank accounts held?
18  　　A　Chase's; other than the offshore ones that I
19  mentioned before that Robert made me set up, I have the Chase
20  account we've just discussed. And I have a personal account
21  at Chase Bank also.
22  　　BY MS. MCKINLEY:
23  　　Q　Is that in your name?
24  　　A　Yes. Do you need the account number?
25  　　Q　That's okay. I don't want to have you put that on

## Page 112

1  the transcript.
2  　　A　But it's at the same Chase location in Boulder, so.
3  　　MS. MCKINLEY: Okay.
4  　　BY MR. FORKNER:
5  　　Q　Do you have any accounts at a credit union?
6  　　A　Yes, I have. Well, I'm just named on there. It's
7  not really my account, but I am named on just one account, the
8  Boulder Valley Credit Union.
9  　　Q　Other than what we've just gone through, do you have
10  any other bank type accounts?
11  　　A　No.
12  　　BY MS. MCKINLEY:
13  　　Q　And is there any money, are you aware, in any of
14  those three offshore accounts that you set up?
15  　　A　Mainly what I told you somewhere between 1 and
16  5,000. So there's no more than 10 total, I don't think. So
17  it was one deposit to each one to open the account, whatever
18  they asked for, and nothing's ever been taken out or added to
19  it.
20  　　Q　Are you a permanent resident of the United States
21  now, or how does your citizenship work?
22  　　A　I'm a permanent resident via a Green Card. I've
23  been here since 1993; and because I'm married to an American,
24  I've got an automatic Green Card.
25  　　Q　Have you ever testified in any proceeding conducted

## Page 113

1  by the staff of the Securities and Exchange Commission other
2  than this one?
3  　　A　No. No.
4  　　Q　Have you ever testified in any proceeding related to
5  securities transactions?
6  　　A　No.
7  　　Q　Have you ever been a defendant in any action
8  alleging violation of the Federal Securities laws?
9  　　A　No.
10  　　Q　Have you ever been deposed in connection with any
11  court proceeding?
12  　　A　No.
13  　　Q　Have you ever been a defendant in any criminal
14  proceeding other than one involving a minor traffic offense?
15  　　A　No.
16  　　Q　Could you describe to us your educational
17  background?
18  　　A　Yeah. I am high school. I attended a grammar
19  school in Huntingdon where I grew up. I was there from 1967
20  to 1974, and in 1974 I went to Westfield College which is part
21  of the University of London, and I have a degree in German and
22  French. I was there from 1974 to 1977.
23  　　BY MR. FORKNER:
24  　　Q　Did you have any education subsequent to that?
25  　　A　No.



Page 114

1    Q    Do you currently hold any professional licenses?
2    A    I have a real estate brokers license.
3    Q    Is that active?
4    A    I believe it's probably inactive now. It's just
5    Colorado.
6    Q    Have you ever held any other professional licenses?
7    A    No.
8    Q    Could you go over your employment history, just give
9    us a brief employment history?
10   A    Yeah. Do you want me to go from the start to now or
11   from now backwards?
12   Q    Why don't you start with the oldest and move
13   forward?
14   A    Okay. 1977 when I finished college I worked for the
15   Nationwide Building Society, which is like a Savings and Loan
16   or a banking institution; and from 1977 to 1984 I was as
17   assistant and then a manager, so mortgage related products and
18   banking. In 1984 to 1985 I worked for the TSB Trust Company,
19   which was an insurance division of the TSB Bank, which is now
20   part of Lloyd's TSB.
21       1985 to, I believe, 1990, I was working for a
22   company called Key Consultants, which was a mortgage
23   brokerage. 1990 to '91 I worked for a firm of charter
24   accountants called McIntyre Hudson. I worked for their
25   foreign currency mortgage division. And then my final year in

Page 115

1    England, '90, '92, '93, I worked for a private mortgage and
2    real estate company called UK Property Consultants.
3        And in '93 I left England and came here, and I
4    worked for Mock Realty, M-o-c-k, in Boulder. I worked there
5    until 2000, I believe. And then 2000 until I started WGC
6    Group, I worked for the Daily Camera in their news carrier
7    division. And then from 2004 through the current WGC Group is
8    my company.
9        MS. MCKINLEY:  Other than what we've asked you today
10   and you've already answered, is there anything else
11   surrounding your dealings with Robert or Dresdner that you'd
12   like to tell us about?
13       THE WITNESS:  Not really; and, hopefully, someone
14   out there knows what Robert is like, and it's a same that it
15   wasn't taken care of sooner, really. He's a dangerous man.
16   One thing I did tell you the other day, though, that I haven't
17   mentioned today, is I'm under the impression that he received
18   federal protection after committing murder; and, to me, he
19   conned someone when he did that, because he's the best conman
20   you've ever seen. So that's all, really.
21       MR. FORKNER:  Mr. Lunn, we have no further questions
22   at this time. We may, however, call you again to testify in
23   the investigation. Do you wish to clarify any of the
24   statements that you've made earlier?
25       THE WITNESS:  No. I'd just like to say I appreciate

Page 116

1    you letting me do the interview from here rather than coming
2    to Chicago for the reasons we already talked about. Thank
3    you.
4        MR. FORKNER:  Well, in that case, we're going to go
5    off the record then, at approximately 3:00 Central time on
6    April 8th, 2011.
7        (Whereupon, at 3:00 p.m., the examination was
8    concluded.)
9            * * * * *

Page 117

1            PROOFREADER'S CERTIFICATE
2
3    In the Matter of:  Dresdner Financial
4    Witness:       Geoffrey H. Lunn
5    File Number:   C-07739-A
6    Date:          Friday, April 8, 2011
7    Location:      Denver, CO
8
9
10       This is to certify that I, Susan Davis (the
11   undersigned), do hereby swear and affirm that the attached
12   proceedings before the U.S. Securities and Exchange
13   Commission were held according to the record and that this is
14   the original, complete, true and accurate transcript that has
15   been compared to the reporting or recording accomplished at
16   the hearing.
17
18
19
20   (Proofreader's Name)        (Date)
21
22
23
24
25

EXHIBIT A

**A**

ability 22:5 45:9
102:14
able 20:2 29:17
36:5 45:7,25 50:1
50:16 66:19,22
68:10,11 102:12
110:2
above-entitled 1:16
abrasive 67:23,25
absurdity 37:11
abusive 69:25
accent 66:14
accents 66:17
accept 39:18 75:8
acceptable 16:15
accepted 36:2
accepting 86:9
access 14:16,19
38:1 62:18,23
63:1,2,7,9 65:8
89:13 109:8,12
110:8,20,24
accessible 109:10
accessing 111:4
accessories 95:2
accompanied 5:19
accomplished
117:15
account 3:12,14,15
13:10 30:11,14
34:4,24 35:22
36:3,10,14,18,20
38:2,6,11,11,13
38:23 39:4 40:14
45:21 46:11 47:10
47:17,22 48:2,7
48:16,22 50:8
56:17,20 58:6,7,8
61:19 63:8 65:9
70:13 71:10 75:7
75:9 85:6,7,7,8,15
85:21 86:7 87:12
89:10,10 93:15,18
93:19,22 97:1,3,4
98:6,18,25 99:20
107:7 109:4,5,7
111:20,20,24
112:7,7,17

accountants 114:24
accounts 30:7
38:22 56:15,23
57:13 58:2,10
70:14 84:13 86:4
109:10 111:13,15
111:17 112:5,10
112:14
accurate 22:19
23:2 24:5 27:18
38:7 66:9 73:14
117:14
achieve 73:1
act 35:11 43:24
action 113:7
active 108:25 109:3
114:3
actively 86:13
activities 39:13
actual 48:19 55:6
82:21
ad 17:25 21:24
added 112:18
addition 10:24
26:24 41:25 45:3
92:17
additional 9:6
60:18 61:13 106:7
Additions 94:2
address 12:7 13:4,6
64:4 107:20,23
108:21,23
addresses 13:8,12
14:9,15 62:8
108:15 109:13
adjourned 6:2
ads 34:13
advance 86:22 97:3
advanced 89:19
105:2
advances 87:6
89:13
advertise 41:24
42:1 74:22
advertising 17:23
advise 5:21
advised 5:19
AE 18:4
affiliate 26:17

31:15,25 42:9
72:19,25 73:1,1,2
75:3,11,12,17
76:6,7,10,14,15
76:16,20 77:4,6
77:17 78:1,5,9,13
78:14,23,24 79:9
87:7 88:10 105:21
affiliates 10:15,19
13:9 14:2,3 26:11
40:6 41:9,22,23
42:20 51:15,17,18
51:23 62:10,11
73:18 74:17,19,21
75:1,22 76:12,13
79:12 81:1,4
86:22,23,25 87:6
87:9,11,24 88:6
88:14,24 91:14,22
91:25 92:1,4
affirm 117:11
afraid 39:24
agent 18:16
agitated 39:7
ago 8:14 28:22 32:7
32:25 81:19 92:20
100:20 109:20
agree 50:25 72:12
87:6 88:20
agreed 49:13
agreeing 63:16
agreement 72:6,19
72:25 73:2,5,9,10
73:13 82:1,7,9
84:5
agreements 62:10
73:18,25 84:7
ahead 49:11 73:22
ah-hah 6:20 51:7
airport 28:2,3
Albuquerque 24:8
24:19,21,22,25
25:1,5,7,19 68:20
68:21 69:2
Alesandro 69:21
alleging 113:8
Amendment 6:11
America 47:15,22
48:2,7,9 50:8

54:15,24 55:6
108:5
American 69:14
112:23
amount 45:21
50:11 58:4 78:19
80:11 83:3 87:15
88:3 94:9,19
101:7,20
amounts 34:21,22
35:14 36:7 37:6
40:20 87:14 89:19
94:9 95:16 103:13
Anderson 10:24
14:10 43:4 51:20
75:3,8,25 76:8
87:5 92:10
and/or 30:23
Angela 8:11 43:4
51:20 76:20,23
77:19 92:11
Angeles 19:4 24:8,9
27:21,23 70:4
100:20 101:5
Anne 2:5 4:15
annoyed 39:7
answer 6:12,18,20
6:21,22 7:1 22:9
26:15 49:20 54:4
92:3
answered 61:7
115:10
Anthony 15:21,21
16:22
anticipated 45:5
90:21
anybody 26:13,14
31:20 50:6
anymore 109:10
anyway 78:20
apologize 47:25
61:11
apparent 67:8
109:22
appear 20:3 22:6
33:8 36:16,17
37:8,24 67:9 94:8
95:19
appearance 8:5

65:15
**APPEARANCES**
2:1
appeared 21:14,24
29:20 49:22
appearing 21:6
59:22
appears 11:11
12:16 54:16,19
84:21 97:17 98:18
110:16,22
application 76:14
appreciate 115:25
approach 34:7
approached 17:23
approximate 20:8
approximately
27:14 53:2 85:17
92:19 98:17 107:2
116:5
April 1:14 4:3
51:25 52:23 116:6
117:6
area 18:18 35:9,13
40:19 44:10 77:14
Aria 100:13
Armani 94:19
arrange 25:18
79:13 80:10
arrangement 86:22
86:25
arrive 67:2
ASAP 11:22
aside 58:1 107:11
asked 8:1 10:16
18:11 20:18 23:23
26:24 44:1 53:9
62:21 72:10 88:22
89:1,18 90:9
100:22 109:6,25
112:18 115:9
asking 87:25 88:7
88:16 101:7
assert 6:10
asset 49:1 52:2,3,6
assets 35:10 43:25
44:7,7 46:3,15,23
48:13,19 49:2,7
51:6,13,15,19,24

Page 119

52:14,16 54:6,8
54:10 56:12
**assistant** 2:5 4:15
114:17
**associated** 27:5
99:9,19
**Associates** 18:4
72:9
**assume** 7:1 74:7,11
74:14 84:2
**assumption** 23:17
**assurance** 83:23
**Atlanta** 47:22
**ATM** 94:12
**attached** 117:11
**attachments** 99:1
104:12
**attempted** 100:12
**attended** 113:18
**attention** 44:12
82:18 84:21 94:11
94:17 95:11,22
99:2 104:13 105:7
105:17
**attorney** 4:14 5:20
5:20 45:19 97:24
105:14
**August** 14:4
**August-September**
78:7
**authorities** 17:10
19:25 20:6 26:6,9
31:3,16 32:16
62:18,23 63:14,19
**authority** 20:24
**authorized** 38:2
**automatic** 112:24
**automatically** 41:2
**available** 5:2 10:5
46:10 52:15 74:9
**aware** 7:11 15:16
34:12 41:15,18
42:21 53:25 58:19
71:16 80:22
112:13
**awful** 64:17
**A.E** 18:5,6 72:9
**a.m** 1:17

**B**

**b** 2:4 63:20
**baby** 24:25 25:1
69:7
**back** 8:1 11:1 14:24
19:14 23:22 24:11
25:11 29:10,11
44:20 47:6,11
48:10 65:12 66:13
69:12 72:10 73:15
73:24 75:2 79:4
80:13 85:24 88:1
89:17,17,18 99:14
102:5 103:22
106:24 107:3
109:8
**background** 7:25
107:10 113:17
**backwards** 114:11
**bad** 91:19 101:13
106:2
**badge** 20:15
**bank** 3:12,14,15,17
36:17,25 37:4,8
38:2,11 39:4
40:15 45:20 46:11
47:9,14,15,21,22
48:2,7,9 50:8
54:12 56:15,23
57:3,3,6,8,8 58:1
59:8 65:8 93:8,15
97:18 98:18
101:18 102:3,11
103:8,9 104:12
108:4,5 111:15,17
111:21 112:10
114:19
**banking** 47:15
114:16,18
**banks** 40:18 57:14
57:15,17 101:10
**base** 14:25
**based** 15:2 20:21
24:17,19 26:16
36:7 46:21 47:13
49:5 88:11 110:9
**basically** 14:12
21:7 24:6 30:20
35:23 48:21 49:16

67:22 70:5 110:12
**basis** 17:22 37:1
40:21 46:23 49:7
49:8,13 80:18
**bear** 25:13 80:4
**beginning** 24:6
**behalf** 2:3,13 20:20
38:24 39:3,13
48:8 73:25 74:17
104:25
**belief** 15:1
**believe** 8:12 12:14
12:23,25 14:25
15:22 17:20,25
19:4 20:10,23
21:17 28:15 35:20
39:7 41:8 42:1,11
44:8 45:14 47:9
53:15 55:5,12,17
56:9 57:9 64:4
66:14 68:3 69:11
69:15 75:13,21
76:7,18 77:18
78:9 81:6 82:15
88:5 96:7,24
97:22,24 105:13
110:11,19 114:4
114:21 115:5
**Belize** 57:8,12
**belong** 13:3
**beneficial** 111:9
**best** 22:13 52:6,7
67:25 115:19
**better** 100:6
**Beulah** 18:17
**BG** 35:18
**Biddle** 74:11
**bigger** 90:12
**biggest** 45:6 65:20
**Bill** 43:4 77:4
**billed** 71:8
**birth** 66:5 107:15
**Bishop** 8:11 9:2
10:22 11:18 12:2
12:13,18 32:1
43:3 51:21 77:17
79:5 87:4 92:10
**bit** 10:8 22:6 30:6
65:25 75:2 101:23

**black** 66:12
**blocks** 32:18
**Blumenstein** 100:8
**boat** 57:11
**Bobby** 13:7,18,19
15:2,8 75:5
**bond** 45:3
**bonds** 46:19,19,22
54:11
**booked** 82:11
**born** 25:2 107:16
**bottom** 20:1,25
73:6 82:15 90:18
**bought** 95:2
**Boulder** 19:13 20:7
25:2 107:22
108:14 112:2,8
115:4
**Boulevard** 2:8
**boy** 26:23 68:6,6
69:1,8,20,25
**Bradstreet** 21:5
**Brazilian** 54:11
**break** 7:2 50:21
**Bridget** 99:24
100:2
**brief** 50:23 59:12
114:9
**bring** 35:10 51:15
51:16 52:3 76:13
76:14
**bringing** 40:6
49:23 51:23
**brings** 12:7 52:2
**broad** 66:15
**brokerage** 111:13
114:23
**brokers** 35:12
52:13 114:2
**broker's** 46:5
**brother** 26:12 27:4
27:7
**brought** 42:16
51:13,18 52:16
55:9,20 74:13
76:15 77:18 80:9
**brown** 66:12
**brown-reddy** 68:17
**Bubba** 68:6

**Building** 114:15
**bulk** 46:10 101:17
**bunch** 95:2
**business** 8:9 9:15
10:2 14:3 17:20
17:22 18:7 23:9
29:12 34:18 43:14
43:19,20 44:4,15
51:16 64:20 70:19
76:15 104:20
108:16 109:7
**buy** 57:11,24 81:15
**b-r-i-a-r** 107:21

**C**

**c** 2:5 3:1 4:1 31:8
**California** 1:11
17:8 18:22 19:12
19:13 24:9 25:1
25:12,23 26:21
30:15
**call** 11:21 12:5,8,9
12:11 16:3,4,7,9
18:21 23:12 25:17
30:2 32:12,14,17
41:1 68:25 79:13
79:17 100:4,20
115:22
**called** 4:7 12:1
13:20 16:6 18:1,3
18:4,17 19:17
30:17 32:12,13,14
34:8 46:20 49:6
53:4 55:24 56:25
57:3,8 60:13
69:20 75:21 76:1
76:18 81:9,11
85:24 104:18
109:20 110:3
114:22,24 115:2
**caller** 16:24 17:2
30:9
**calling** 60:7,9
**calls** 12:15 16:23
41:25 79:16
**Camera** 115:6
**Capital** 75:21
76:19 77:1 96:25
97:1

captioned 72:18
82:1 83:13 98:18
car 67:2
Caramanna 15:21
16:23
card 20:15 30:16
69:14,16 94:12
95:9 96:18 112:22
112:24
care 45:10 49:2
61:2 92:16 102:5
109:7 115:15
careful 17:7 44:17
86:15 89:20 90:5
Carlos 69:2
carrier 115:6
carry 31:6
case 4:19 75:24
116:4
cash 34:1,2,4 36:18
36:20,24,25 37:3
37:5,15 38:15,17
40:10,12,19,22
43:21,22 49:23
56:18 58:1 86:18
95:16 96:2,4,5,9
cashier's 3:17
97:18
casino 17:4 100:13
catch 32:19
categorically 23:15
Caucasian 66:23
cell 16:23 17:1
26:21 41:6 64:6
Central 1:10 4:2
50:22 59:13 116:5
certain 4:21 5:25
19:21 20:11 22:3
23:3 29:17 56:17
62:21 63:19 66:21
68:7 76:15 83:2
105:14
certainly 11:2
40:18 42:15 55:22
99:16 104:6
CERTIFICATE
117:1
certify 117:10
chance 49:23 52:7

61:12 101:13
change 25:16 71:1
71:2
changed 46:6 67:17
70:23 74:13 80:5
80:6,7 87:15 88:3
character 29:24
67:24
characteristics
65:14 66:11 67:23
charter 114:23
Chase 3:12,14,15
3:17 93:8,15 95:8
97:18 98:18
111:19,21 112:2
Chase's 111:18
check 3:17 14:18
26:19 55:20 56:10
56:18 73:24 75:24
81:8 85:24 96:8
97:18
checked 14:14
23:10
checking 54:3
Chicago 2:10 17:1
26:22 64:5,5,8
66:14,18,22 70:18
70:20 116:2
Chihuahua 68:18
children 32:15
choose 91:11
chose 91:13
chronologically
23:23
circumstances
32:10 77:5 104:24
citizenship 112:21
City 106:8
civil 4:24
clarify 6:25 88:4
92:3 109:3 115:23
class 111:11
clear 6:17 20:4
21:11 29:13
client 31:16 32:8,10
35:19 46:25 47:18
49:8 53:20,22
63:5,6 80:14,16
80:20 82:7 83:2

88:13 89:21
105:25 106:1
109:17,23 110:3,7
110:14
clients 34:5 35:9
39:3 45:3,16
46:22 47:3,18,20
48:8 49:14 50:15
51:9,12 52:5,19
52:20 64:14 80:23
88:14 89:2,17,19
89:23 90:2,7,10
91:14,23 102:5
109:17
close 21:9 23:24
24:1 25:1,21 53:1
53:7,11,14 58:7
88:21
closed 44:23 52:21
52:23
closing 45:5 50:19
CMOs 54:11
coast 57:2
coincides 95:25
collect 102:16
college 113:20
114:14
color 68:15,15,17
Colorado 1:12
19:13 20:7 107:22
114:5
colored 66:10
com 12:18,22 13:2
13:13,25 14:1,15
22:22,22,23,23
63:24 108:18,19
108:19,22 109:13
combed 66:13
come 11:1 22:4
24:18 29:10 36:9
37:10 38:10 39:25
45:5 47:16 61:24
61:25 76:22 80:6
103:22 104:2
comes 16:24 17:2
43:24 47:6 68:18
82:16
comfortable 26:3,3
26:8,25 31:10,22

40:16 60:19 102:4
coming 38:15 45:19
89:11 90:15 91:18
116:1
comments 9:6
Commercial 98:8
99:5,10
commission 1:1,9
2:3,7 4:16,18 7:5
46:5,24 47:2,2
48:1,3,5 53:10
86:23 88:13 113:1
117:13
commissions 89:12
Commission's 5:7
committed 31:12
32:25 33:6
committing 115:18
common 54:10
communicate 70:7
communication
28:12
communications
55:1
companies 21:19
24:16 103:10
company 17:20
18:3,3,10,21 19:2
20:20 21:3 29:25
30:5,10,17 34:8
54:14 55:23 57:8
59:7 64:18,22
72:9 75:18,20
76:1 77:22 78:4
80:19 82:11 83:18
85:6 93:15 97:5
98:1,25 99:22
108:13 110:3,4
111:7,11 114:18
114:22 115:2,8
company's 71:6
compared 117:15
complaint 24:17
complete 7:9,12
73:1 117:14
completed 73:8,10
73:18
computer 22:3
62:15,16,23 63:3

63:7,10
computers 30:14
62:18
con 22:13 35:23
36:2 50:6
concerned 10:18
26:17
concerning 5:12
concluded 116:8
Concord 54:15,23
55:5 56:25
conducted 112:25
conference 11:21
12:5,8,11,15
79:13
confided 109:24
confident 106:10
confirm 10:22
11:17
confirmed 32:24
conman 115:19
conmen 50:7
connection 6:8 21:1
113:10
conned 115:19
conscious 65:23
consequences
39:24 40:4 90:5
constitute 4:23
Constitution 6:12
Consultants 114:22
115:2
consulting 64:21
65:5 77:1
consuming 57:21
contact 10:15 17:18
17:19 20:6 28:14
28:18,19,21 33:4
40:5 55:1 63:4
contacts 44:13
52:12
contain 33:15
contains 72:18
83:13 85:2 93:7
93:18 98:17
content 10:10,17
continue 39:18
continued 86:17
contracts 53:21,23

contributed 85:21
control 109:4
controlled 14:17,17
controlling 40:7
controls 13:7 58:20
  64:6
conversation 8:15
  8:24 9:4,14,20
  10:1 12:3,12 29:4
  81:19
conversations 15:2
  24:13 26:18 29:22
  51:1 71:13 92:19
con-man 50:4
copies 58:17,18
  61:22 62:10 63:22
  73:17 84:7 88:2
copy 5:1,7,8 59:19
  59:21 60:6,8
  62:15 73:8,10,14
  84:5 87:20,21
  97:17
corner 28:10
Corp 22:23
corporate 16:21
  17:11 18:20,21,24
  19:7,8 20:19,21
  38:19 75:23,25
  76:17,23 77:9,15
  77:20 78:3,17
corporation 59:7
correct 11:19 18:6
  27:13 38:8 42:18
  52:20,25 57:14
  88:7,19 89:14
  92:20,25 93:20,23
  98:3 100:11
correspondence
  58:12
corresponding
  109:15
counsel 5:16,19,25
  6:3
count 28:18
countersigned 73:5
country 24:4
couple 65:7 68:9
course 5:3 71:5
court 7:3,4 16:12

59:17 60:1,4
  72:14 81:23 83:9
  84:16 92:24 93:4
  97:10,14 98:13
  103:16,21 107:21
  113:11
Craig's 17:25 21:24
  42:1
create 59:3,4
created 74:10,15
  83:25 84:2
credit 17:20,21,23
  18:7 30:13,16
  112:5,8
crept 101:19
criminal 4:24 6:6
  113:13
Crosby 106:19
currency 114:25
current 23:11,14
  107:20 115:7
currently 26:1
  31:15 107:18
  108:9,15 114:1
Curry 8:11,13
  10:22 12:19,19
  14:2,9 26:11 27:4
  43:3 51:21 75:11
  75:15,17 87:4
  92:10
Curry's 97:2
cut 101:21
C-a-r-a-m-a-n-n-a
  15:22
c-o-n-t-i 15:23
C-07739 4:19
C-07739-A 1:4
  117:5

**D**

D 4:1
da 53:3
daily 37:1 40:20
  115:6
Dale 25:11,23
  68:22
Dallas 9:8
damage 101:8
Dan 78:8,9 79:3,4

danger 40:7 62:22
  86:17
dangerous 29:24
  33:4 101:6 115:15
dark 65:23 66:12
Darlene 8:11 11:18
  12:1 32:1 43:3
  51:21 77:17 79:5
  87:4 92:10
date 1:14 20:8
  28:16 32:6 34:11
  36:1 42:5 55:16
  66:5 105:10
  107:15 117:6,20
dated 11:12 59:20
  60:6,9 83:19
  84:22
dates 82:15
Davis 117:10
day 29:21 30:9 32:4
  40:15 47:24 63:2
  63:5 89:16 91:17
  109:8 115:16
days 8:14 28:22
  29:1 45:23 56:17
day-to-day 24:14
  70:21
deal 20:19 45:2
  46:25 74:18 91:12
dealing 17:17 43:25
dealings 29:12
  54:23,25 58:2
  78:19 106:16
  115:11
deals 29:18
debit 94:12 95:8
  96:18
debt 97:23,25 98:1
  98:5
December 109:19
decent 22:4,6
decide 90:7 101:14
decided 20:1 21:1
decision 31:9 101:2
decisions 31:11
defendant 113:7,13
definite 71:23
  95:18
definitely 23:4

63:25 68:8 69:25
  95:20 105:15
definitive 41:19
degree 16:10
  113:21
del 18:22 19:3
delay 45:8
delays 53:14,18
deleted 111:3
Delight 100:8
delivered 30:15
  37:15
Dell 30:13
demanding 101:25
Denver 1:12 25:2
  117:7
depended 29:21
  42:14
depending 40:25
  52:3 87:14
depends 54:3 91:16
deposed 113:10
deposit 112:17
deposited 86:4
Deposits 94:1
derived 23:9
describe 17:14
  60:16 65:13
  113:16
described 24:13
  35:16 41:16 44:5
  80:8,19 82:23
describes 22:13
describing 49:4
  67:25
DESCRIPTION
  3:6
deserving 106:9
destinations 58:11
detail 35:6 94:25
details 34:19 68:14
determine 4:20
determined 39:15
  52:6
developed 4:22
devised 83:21
different 16:15,17
  16:19 21:6 28:4
  30:11 34:21 39:11

46:13 51:15 52:4
  52:12,13 55:16
  57:20 59:9 66:8
  77:9 82:12,15
  83:18 87:6
difficult 57:21
  61:10 102:11
Dilallo 15:23
direct 47:19 49:14
  62:5
directly 48:22
  63:11 71:21 91:5
  91:12,22 111:10
director 2:5 4:15
  111:7
discovered 18:20
  44:10
discuss 8:23 9:13
  9:25 10:10
discussed 5:25
  12:20 111:20
discussing 51:5
  93:19
disowned 33:10
distinctive 21:20
distinguishing
  65:20 66:2
Diversified 1:24
  105:23,24
divert 106:5
diverted 44:12
diverting 100:5
division 2:6 4:14,16
  114:19,25 115:7
divorced 69:15
document 11:11
  83:17 84:20 97:17
documentation
  52:4 58:15 72:8
documents 3:8,10
  6:8 7:24 18:10
  39:2 54:17,19
  60:7,10,13,16
  61:5,5,14,21,25
  62:4,14 63:17
  72:9 74:6,12,13
doing 20:2,2 21:3
  21:11,16,21 22:15
  29:14 30:4 37:9

37:24 39:10,13,25
  41:10,10,11,14
  42:3 44:14,18
  49:17 56:21 60:21
  79:15 104:25
dollars 56:14 96:20
  106:24
domain 23:12
Dominica 55:12
  56:9 57:6
Dominick 72:4
doorstep 91:19
dot 12:18,22 13:2
  13:13,25 14:1,15
  22:22,22,23,23
  63:24 108:18,19
  108:19,22 109:13
doubt 14:22
draw 84:21 95:11
  99:2 104:13 105:7
  105:17
drawing 82:18
  94:11,17 95:22
Dresden 12:22
Dresdner 1:5 4:19
  12:18 13:2,10,13
  13:19,24 14:1,15
  21:24,24 22:8,11
  32:11 34:8 35:1,6
  35:9,17 37:16
  38:10,15,19,24,24
  39:2,4,5 41:9,11
  44:6 48:24 49:16
  51:5 54:17 55:6
  63:8,24 64:3 65:2
  65:6 71:20,21
  72:6 73:3 74:1,17
  75:1 79:19,21
  80:10,17,19,20
  82:14 83:5 84:1
  85:11 86:3 89:11
  93:23 94:5 101:16
  103:5,12,12
  104:25 105:5,21
  105:25 106:22
  107:5 108:22
  109:13 115:11
  117:3

Dresdner's 38:11
  64:2 74:22 79:11
  81:7
drive 67:10 68:10
  68:12
driven 67:12
driver's 17:3,6
driving 67:1
dropped 67:14
drove 25:2,9 67:3,4
  67:14
due 50:18 88:11,19
DUI 67:11 68:10
duly 4:7
Dun 21:5
Dunamis 105:23,24
  106:8,17,20,21
DV-1 84:20
dye 68:16
D-i-l-a-l-l-o 15:24
D.C 46:21 49:5

          E
e 3:1 4:1,1 7:19
  63:20
earlier 12:20 24:11
  27:24 34:12 35:13
  49:15 67:17 68:5
  86:18 90:14 91:21
  96:24 115:24
early 68:3
earned 22:14 107:5
ease 26:5
easier 43:11
easy 57:19
education 113:24
educational 113:16
effectively 20:21
eight 22:3 90:2
  100:19
either 15:8 25:16
  27:9 28:1 35:10
  36:24 39:1 45:15
  46:4,18,19 48:24
  52:13 57:11 68:11
  77:13 88:8 103:6
Electronic 99:3
Elizabeth 19:17,22
employees 64:23

71:20
employment 8:3
  114:8,9
empty 13:3
enable 22:3
ended 91:18
Energy 102:19,20
  103:4 104:15,16
enforcement 2:6
  4:14,16 110:1
England 107:17
  115:1,3
entered 47:3 81:9
  106:20
entities 56:2,13,16
  57:20 58:3,15
  59:1 77:9
entitled 82:18 94:1
  94:12 99:3
entity 55:6,8,11,25
  75:25 76:17,24
  77:2,15,20 78:3
  78:17 106:20
entries 104:4
entry 80:6
envisage 90:12
equipment 30:13
  97:23,23
equity 111:11
error 52:9
ESQ 2:4,5
establish 100:6
established 45:24
  59:2
estate 17:21 18:8
  29:16 64:22 65:4
  114:2 115:2
estimate 27:11
estimating 66:6
evening 109:20
everybody 45:10
  45:23
everybody's 14:17
  42:22 48:5
everyone's 14:18
exact 29:15 32:6
  36:1 58:4 104:24
exactly 12:1,4 14:5
  26:8 28:25 29:5

30:1 34:11 37:21
  55:7 66:21 78:6
  81:18 86:8 89:4
  109:18
examination 3:3
  5:2,21 116:7
examined 4:8
example 7:16 13:10
  13:20 14:2 16:19
  16:22 21:5 23:10
  25:18 30:7 46:19
  52:25 53:6 54:7
  74:11 80:8,15
  87:7 95:19 96:18
  96:19 110:25
excess 46:9
Exchange 1:1,9 2:3
  2:7 4:18 113:1
  117:12
Excuse 109:2
excuses 40:17
  57:22 89:3 90:14
  90:18 91:21,22
  102:2,9
exhaustive 13:14
  42:23
Exhibit 5:9,10,13
  5:25 6:6 11:5,7,10
  11:10,13 12:16
  59:14,15,17,19
  60:5,8 72:12,14
  72:17,17,22,24
  81:21,25,25 82:2
  83:7,9,12,12,16
  84:14,16,19,19,22
  92:22 93:2,4,6,6
  93:12,14,18,25
  94:18 95:12 97:8
  97:12,14,16,16,21
  98:10,11,13,16,16
  98:22 99:3 103:15
  103:19,23,24
  104:7,14 105:7
Exhibits 3:6 59:25
  60:2,10,14
exist 15:8
exists 12:25 14:25
expected 34:2
  40:15 47:21

expecting 46:8
expense 94:23
expenses 89:16
experiencing 88:9
expired 69:16
explain 30:5 35:5
  43:23 46:14 47:5
  80:3
explained 33:8
expresses 18:14
extent 100:18
extra 83:23
extremely 90:5
eye 65:20,21 68:15
e-mail 11:11,17,19
  11:21,25 12:17
  13:3,3,6,8,10,12
  14:9,15,17,17
  45:19 53:11 54:3
  55:2 62:8 63:8
  70:8 84:13,21,23
  84:24 85:2 87:21
  108:15,21 109:4
  109:13 110:9,21
  110:23 111:4
e-mailed 87:18
e-mails 7:22 23:18
  23:19 39:9 57:11
  60:18 61:13,15
  111:2,5

          F
fact 10:17 19:9
  26:16 39:7 42:12
  54:18 65:22 67:16
  102:13
facts 4:22 66:21
fair 23:17 38:1,14
  74:15 107:2
fairly 22:4 26:16
  66:24 78:23
  106:10
false 6:7,7 90:22
familiar 11:12
  54:14 60:10 71:25
  72:4,22 77:23
  78:8,10,12,21
  79:3,7 82:2,22
  83:16 84:23 93:12

97:6,21 98:7,22
99:24 102:19,23
104:7
**family** 30:23 33:10
33:10 68:18 89:8
**far** 25:25 33:22
55:10 61:17 68:11
79:14 109:9
**FBI** 26:13 27:5,8
32:4
**feature** 66:2
**February** 14:4
24:21 27:13,14
36:11,12 37:15
77:7
**federal** 4:22,23
33:7 113:8 115:18
**FedEx** 58:16
**feel** 26:4,10 31:10
40:16 60:19
**fees** 80:13 95:12
**felt** 24:2 26:25 28:6
29:25 31:4,22
33:3 40:7 44:18
57:23 62:21 101:6
101:12 102:4
106:2,9
**Fifth** 6:11
**figure** 21:13 37:4
50:13 69:22
**file** 1:4 20:5 55:20
117:5
**filed** 19:5 20:5,9
**files** 10:2
**fill** 73:2
**filled** 61:22 62:11
73:13
**final** 101:5 114:25
**finalize** 53:5
**financial** 1:5 4:19
12:18,22 13:2,13
13:19,25 14:1,15
63:24 82:21 88:9
108:22 109:13
117:3
**financially** 76:16
87:8
**financing** 22:23
34:21 97:23,23

**find** 16:2 24:2
25:15 26:9 29:23
31:12,14 35:25
42:2 52:8,13
75:19 99:14
106:11
**finding** 40:3 106:5
**fine** 16:16 61:7
**finish** 6:21,22
46:16
**finished** 114:14
**firm** 114:23
**first** 4:7 15:19 16:5
16:19,21 17:13,17
17:18,19 19:6
24:12,20,21 27:12
30:24 33:21 35:5
36:9,15,19,20
37:14 41:21 46:3
50:25 51:23 53:13
53:16 65:21,22
66:15 67:3 68:9
70:16,24 72:7,8
72:18 79:9,13
93:7 98:17 109:15
**Fitz** 109:5
**five** 43:12 65:18
70:23 72:18
111:10
**fixation** 56:2
**flashy** 67:22
**Florida** 39:2 108:7
**followed** 19:13
**follows** 4:8
**foreign** 114:25
**Forkner** 2:4 4:2,9
4:13,14 5:6,12,15
5:18,24 6:5,10,15
7:8,11,15,20 9:1
9:17 10:9 11:5,9
11:16 14:23 17:5
31:24 35:24 38:18
41:7 42:19 43:16
46:7 49:25 50:20
50:24 51:3 53:12
54:5,13 55:4
56:22 59:13,19,24
60:5,12 61:3 62:2
62:13 64:12 65:11

70:6 72:12,16,21
73:16,21 74:5
81:21,24 82:5
83:7,11,15 84:10
84:14,18 85:1
87:23 92:22 93:1
93:5,11 97:8,11
97:15,20 98:10,15
98:21 102:18
103:15,18,21
104:6,10 107:8
110:5 112:4
113:23 115:21
116:4
**form** 5:8 24:25
36:17 82:12,19
83:25
**formal** 5:1,4
**forms** 74:6,9
**forth** 6:6 51:13
52:16
**forward** 35:10
114:13
**found** 21:20,21,22
22:11 24:16 26:12
26:24 29:11 30:8
31:7,14,21 32:23
39:8 41:21 60:21
67:16 81:15 86:15
89:21
**four** 18:17 32:6
70:23 79:14
**fraud** 44:8
**Fred** 18:17
**French** 113:22
**Friday** 1:14 4:3
32:13 117:6
**front** 44:1 66:1
**full** 4:10
**functions** 44:6
**fund** 34:24 35:2,12
40:1 44:23 105:1
**funded** 47:8
**funding** 35:14
105:4
**funds** 22:22 34:24
36:8 40:6 44:13
44:21,25 45:2,8
45:22 46:12 47:7

75:8 80:21 102:12
102:14
**further** 86:16
115:21

------------------------------

**——— G ———**

**G** 3:7,11 4:1
**gain** 24:23 76:16
**Garay** 99:25 100:2
**gas** 67:6
**general** 10:13 42:6
**generate** 34:18
36:8 46:16 50:1,4
**generated** 34:24
**Geoff** 107:12,13
108:18,21
**Geoffrey** 1:7 2:14
3:4 4:6,11 59:20
60:8 107:11,13
117:4
**Georgia** 47:23
**German** 113:21
**Gero** 68:25
**Geronimo** 68:25
**getting** 21:7 30:1
32:2 37:25 44:19
48:25 52:7 90:6
102:4,13
**Giorgio** 94:19
**Giorgione** 53:4
**girl** 69:3,8,13
**girlfriend** 19:20
**girls** 100:4,20
**give** 11:3 13:15
21:18 22:17 33:19
34:3 42:20,22,23
43:7 56:24 68:14
83:23 87:17 88:4
94:25 101:4
103:13,16 110:25
114:8
**given** 10:20 14:16
20:23 22:10 29:21
32:20 33:7,14
42:25 50:12 58:7
69:2 91:17
**gives** 28:8
**giving** 34:1 37:3
96:3 101:12,25

103:24
**glasses** 65:23 66:1
**Global** 79:7 110:4
**gmail** 108:19
**go** 7:3,4 10:7 17:10
17:13 19:2 21:15
23:22 24:10 28:4
29:21 36:25 40:15
40:19 44:5 47:16
49:11 50:21 53:23
57:10,11,17 58:10
59:10 62:4 73:22
75:1 96:7 101:24
114:8,10 116:4
**goatee** 66:13
**goes** 8:1 16:14,18
49:14
**going** 9:5 10:18
14:24 15:24 20:18
23:22 24:11 31:6
31:7 37:25 43:12
44:9 45:7 46:11
47:3,6 48:2,5,9,16
49:12 50:11,21
53:7,11,14 65:12
69:12 74:19 76:11
78:21 79:4 88:1
89:4 90:12 91:11
101:8,21 102:5
116:4
**good** 17:20 22:9
26:4 89:22
**government** 101:11
**gradually** 65:24
**grammar** 113:18
**great** 66:16 87:3
**greater** 101:13
**greed** 101:18
**Green** 69:14,15
107:21 112:22,24
**Greenbriar** 107:21
**grew** 113:19
**Griffin** 57:6
**group** 3:9,13,16
17:22 30:10 46:20
47:14 48:23 52:7
53:4,9 55:23 56:5
57:7 59:1 60:6
64:17 84:5 85:8

93:9,19 98:2,19
101:12 104:12
106:15 108:19
115:6,7
groups 52:8
grown-up 24:24
68:4
guarantee 45:10,11
82:19 83:4 92:17
guaranteed 35:19
80:14,16 82:20,22
83:2
guess 14:4 16:8
21:10 22:5 29:2
32:6 34:14 35:4
49:24 58:24 64:3
65:17 66:25 67:9
68:17 76:10 83:5
85:19 86:8 109:19
guessing 36:11 78:6
guy 21:2,9,16 29:15
29:23 33:1 47:23
50:6 63:4 110:17
guys 11:23
guy's 106:19
G-e-o-f-f-r-e-y 4:11
G-j-e-l-a-j 78:22
G-r-i-f-f-o-n 57:6

H
H 1:7 2:14 3:4 4:6
117:4
habits 34:25
hair 66:10,13 68:15
68:16
half 85:19
halfway 25:3 67:4
hand 4:4 20:12
handing 11:7 59:18
60:4 72:14 81:23
83:9 84:16 93:4
97:14 98:13
handled 47:23
108:13
hands 46:6
happen 11:24
37:12
happened 16:20,20
17:14 18:21 19:1

19:15 20:17 23:25
33:22 44:2 91:18
happening 92:7
happens 52:2
happy 40:20 43:13
53:22 63:18,20
102:10
hard 62:15
Harding 104:18,19
105:13,15
hardship 88:9
Harry 97:19,24
hat 31:5 42:16
hated 101:10,10
hates 101:11
haunting 71:5
head 6:20 81:16
hear 6:23
heard 19:14 66:15
72:2 79:5
hearing 1:16
117:16
held 111:7,11,17
114:6 117:13
help 13:16 17:12
19:9,25 20:16
37:11 70:1 71:7
100:15
helped 100:5
helpful 13:22
helping 18:14
Henry 97:6
Heritage 57:8
hidden 62:20
high 25:13,24
68:24 113:18
highlight 6:1
hindsight 31:8
37:12
Hispanic 68:18
69:11
historic 46:19
history 8:3 114:8,9
hit 69:24
hold 114:1
Holdings 55:24
56:5 57:9 59:1
Hollywood 28:10
home 27:22 56:8

70:20 107:20
homeless 16:25
honest 40:18
honestly 61:8 78:18
99:23 110:13
hope 37:2,3,10
hoped 44:20
hopeful 45:22
hopefully 100:6
115:13
hoping 18:8
hotel 25:18,20 28:5
32:18
hotels 25:22
house 32:4
HSBC 47:9,13
Hudson 114:24
huge 78:19
Hugh 4:11
hundred 25:25
105:14
Huntingdon
107:16 113:19
H-u-g-h 4:12

I
ID 16:24,25 17:2
30:10 96:20
idea 26:8 43:8
103:13 111:5
identification
59:16 60:3 93:3
97:13 98:12
103:20
IDENTIFIED 3:6
identity 16:21
17:11 18:20 19:8
20:3 21:15 33:9
38:20
IL 2:10
illegal 69:5,12
imagine 41:19
49:21 66:17 67:10
74:23 77:7 99:22
immediately 86:21
105:18
immigrant 69:5,12
impatient 53:20
impression 19:5

21:4 28:8 64:7
79:25 109:23
115:17
inactive 114:4
incentive 76:12
include 96:13
including 4:10
109:21
incorporated 38:20
incriminate 6:13
indicated 53:10
indicates 93:8
indirectly 111:10
individual 47:1
75:18,23 76:4
individuals 41:22
52:16 75:1 85:11
99:9 100:7,9,24
101:15 102:1
Industries 105:24
105:24
info 13:25 14:14
inform 80:23 81:1
information 5:8 7:6
7:25 10:16 14:6
18:11 19:12 20:12
21:18 31:17,21
33:13 41:5 47:21
50:12 53:10 56:11
60:20 62:21 68:15
90:22 109:24
110:10,12,15
informed 26:5
initially 13:9 42:12
64:3 67:14
Insofar 54:16
instances 23:3
35:11
institution 114:16
instruct 7:3 87:9
100:23
instructed 12:5
55:8,13,14,15
instruction 87:12
instructions 59:6
85:2,5,10 86:16
instrument 35:17
35:19 36:5 80:10
80:13,15,15,17

83:1 88:11 90:19
instruments 54:12
56:13,14 81:5
82:21
insurance 80:20
83:19 114:19
intend 6:13
intention 35:20,23
44:12
interested 13:20
50:5
intermediaries
35:12 43:24 46:24
intermediary 46:5
48:6 49:12
International 98:7
99:5,10
internet 21:12 22:5
24:16,17
interrupted 12:10
interview 116:1
introduced 35:5
78:1 79:5 83:20
83:21
invest 34:21 35:14
106:22
invested 85:11
101:15
investigated 39:8
investigating 17:9
investigation 4:17
4:20,23 5:1 6:8
10:14,18 71:14,16
115:23
investment 36:9,19
36:21 37:14 38:14
86:6 101:17 107:6
investments 39:18
40:5,13 76:2 86:3
86:9 93:23 94:5
102:5
investor 49:8 92:16
investors 41:16
47:12 48:11,12,14
61:18 84:4 85:14
91:5,9,11 93:22
106:17 107:4
investor's 98:4
invincible 21:14

Page 125

involve 8:15 9:4,20
  12:3 28:17
involved 21:3 29:15
  34:1 51:5 100:16
  100:17
involvement 65:1,5
involving 113:14
issue 11:23 87:8
issued 3:8,15,18
  17:6 53:22
issues 12:7 91:20
  109:16
issuing 14:7
I-n-f-o 13:25

**J**

Jackson 2:8
January 11:12,18
  34:14 42:7 60:7,9
  86:8,12
January-February
  42:8
Jay 104:18,19
  105:13,15
Jedediah 2:4 4:13
Jennifer 10:24 43:3
  51:20 76:5,21
  77:18 92:11
jeopardize 44:19
Jeremy 47:23 48:7
  63:4 109:6,14,14
Jersey 18:16
Jim 50:4
Joe 78:12
John 106:19
JonDar 77:21
Joseph 71:25 72:1
judge 66:16
judicial 101:10
July 14:4 25:7
  76:11 94:18 95:23
June 25:7 76:11
  84:22
jurisdiction 19:9
  57:16 59:5,8
jurisdictions 59:6
J.M 98:7 99:4,9

**K**

Kariange 100:8

keep 15:24 23:22
  45:1 58:17 104:1
  106:14
kept 29:23 96:19
  101:7
Key 76:18 114:22
kickback 20:21
kicked 19:15
kids 24:24 68:4
  69:6,24
kill 30:23 32:14
kind 28:3 39:6 40:9
  52:1 66:13 67:23
  68:17 76:13 89:2
knew 10:5 20:24
  21:2 25:23 26:25
  29:24 31:4,22
  32:25 39:6,6,10
  41:12,12,13,14
  87:13 89:22 91:15
  92:5 100:25
  101:21 102:10
  110:25
know 6:25 7:2
  11:23 12:4 13:15
  13:16,23 14:6,8
  14:11,20,22,22
  15:12,18,25 17:7
  17:7 19:6,18,23
  19:24 21:2,8
  22:13 23:8,8,8,12
  23:20 24:22 25:6
  25:25 26:6,9 27:1
  27:2,9,9 28:25
  31:1,17,20 32:6
  32:20 33:2,3
  34:11 36:1,2,16
  36:23 37:20 38:12
  38:19,20,21,22,25
  39:12 40:5 41:13
  42:13,23 43:2
  44:18 45:18,18
  48:15 50:6,7,11
  54:4,18,20,25
  55:7,10 56:3,7
  57:23 58:22 60:22
  61:1,17 62:19,24
  62:24 63:2,5,6,7,7
  65:24 66:20,24

68:4,6,11,16,23
  69:3,10,21 70:19
  71:9 74:7,10,16
  74:19,20,21 75:3
  75:6,7,10,12,15
  75:16,19,20,23
  76:2,3,3,5,9,20
  77:5,6,13,16 78:2
  78:4,5,6,20 79:2
  79:20 80:5 81:13
  81:18,20 82:16
  83:23,25 84:2
  85:16,17,20 86:2
  86:3,8,25 87:1,20
  88:2 90:1 91:3,9
  91:10,13 92:12
  94:7 96:1 97:4
  99:7,9 100:18
  102:15 104:21
  108:13 109:9
  110:2,8,13,13,15
  110:16,18,20,22
  110:22,23,23
knowing 24:2
  111:4
knowingly 6:7,7
known 70:22 81:10
  107:10 110:11
  111:1,3
knows 26:15 33:17
  115:14

**L**

L 97:6,19,24
Lafayette 108:7
language 82:22
lapsed 23:13
large 37:6
larger 34:22
Las 17:3 24:8,8
  25:9,10 70:2
  75:20 95:7 100:3
  100:21,21
late 32:12,13
lately 23:10 70:9
Latin 54:15,24 55:5
law 110:1
laws 4:22,24 113:8
learn 16:17 81:4

learned 64:8
lease 35:17 36:5
  80:20 81:5
leasing 80:10 90:19
left 28:18 29:1
  65:21 67:8,13
  115:3
legally 31:9
legitimate 18:12,19
  40:1,2 44:14
  45:24 46:1 49:22
  50:1 58:23
legitimately 44:13
lend 52:14
lenders 52:14
Leonardo 53:3
letter 83:19
letters 18:5
letting 116:1
Letzi 69:9,10
let's 23:22 29:10
  59:10 69:4
level 83:1
levels 80:6
leverage 43:21 44:1
  44:6,11 47:3
  48:14 49:16 79:24
  81:7 85:23 105:25
  106:17 109:18
leveraged 22:23
  34:20 35:14 43:22
leveraging 82:20
Lewis 78:8,9
license 17:3,6 67:11
  114:2
licenses 114:1,6
life 37:5 61:9 89:7
  100:6
light 66:24
limo 67:20 68:13
line 30:13 90:18
lines 30:11,25
  105:22
link 74:14
links 23:4,7,18
list 13:14,22 15:18
  17:25 21:24 22:2
  22:25 23:20 42:1
  42:23 43:1,9

47:20 55:19 56:8
  57:20 58:21 61:18
listed 17:4 85:7
  95:15
little 10:8 19:14
  30:6 57:24 65:25
  67:5 69:25 75:2
  111:3
lived 25:22 32:18
  107:23
lives 68:21 69:2
living 24:14 61:11
  89:16
Lloyd's 114:20
Loan 114:15
local 19:2
locate 26:23
located 26:1,6,21
  27:7 64:2 77:11
  79:1
location 112:2
  117:7
London 113:21
long 22:25 29:9
  30:2 37:8 53:6
  61:1 64:18 70:22
  77:12 89:7 90:13
  106:15 107:23
longer 45:5 90:20
  102:7 109:4,12
look 7:25 11:5
  65:16 68:2 72:12
  72:17 76:14 81:21
  93:25 97:8 103:22
  105:22
looked 34:19
looking 12:16
  17:19,21 22:4
looks 66:8 68:14
Lorena 19:23 68:6
  68:14 69:12,19,20
Los 19:4 24:9 27:21
  27:23 70:4 100:20
  101:4
loss 19:8
lost 67:10
lot 8:3 13:8 16:20
  19:9 22:14 40:25
  43:11 45:5 54:11

62:21 64:17 65:19
66:20 77:9 90:20
100:19,21 101:8
102:6,11
loud-mouthed
67:24
loves 71:11
LTNs 54:11
Lucero 19:17,22
luck 9:23
Lund 11:24
Lunn 1:7 2:14 3:4
3:7,11 4:3,6,11
5:3,9,15 7:15 11:9
11:12 26:7 41:21
44:21 50:24,25
54:14 59:19,20
60:5,9 72:22
81:24 82:2 83:11
83:16 84:18,20
93:5,12 95:11
97:15,21 98:7,15
98:22 99:24
102:19 104:7
107:9,11,18
108:18 111:6
115:21 117:4
lying 20:24
L-e-t-z-i 69:10
L-u-c-e-r-o 19:17
L-u-n-n 4:12
108:18

M

M 7:19
machines 30:16
Mag 81:10
Magnum 81:10,11
81:16 82:1,8 84:5
85:11,22,25
main 29:16 51:22
58:18 81:9 87:5
making 95:23
102:2,9
man 22:13 115:15
managed 26:20,23
106:14
management 13:25
14:14 18:21 62:6

62:7 108:14
manager 114:17
manipulate 21:4
manner 41:16
87:10
March 27:15 59:20
77:7
March-April 78:15
Marina 18:22 19:3
mark 65:20
marked 5:9 59:16
59:17 60:3,14
93:3 97:13 98:12
103:20
Markets 75:21
96:25 97:1
marriage 69:6,8
married 19:21 68:7
69:3,14 107:18
112:23
Marriott 25:20
Massachusetts
105:16
master 45:14,16,17
materials 7:17
Matrix 55:24 56:5
57:9 59:1
matter 1:3,16 4:19
5:2 16:8 117:3
matters 5:25
McIntyre 114:24
MCKINLEY 2:5
8:19 9:9,24 10:7
11:7 13:1 14:13
15:5 31:2 33:20
38:9 39:22 41:20
43:17 45:25 48:18
52:10 54:6,22
56:4 59:10 60:23
62:3 64:10,16
69:17 73:17 74:3
84:11 86:24 87:22
102:15 103:3,14
104:1 106:12
111:22 112:3,12
115:9
McKinley 4:15
mean 15:9 16:14
17:9,16 23:3,4,15

25:21 28:8 30:4
35:9 39:5 40:18
42:5 44:14 51:12
52:11,19 54:25
60:23 65:15 66:7
70:25 73:12 82:25
88:12 90:18 99:17
99:21 108:16
means 5:19 34:23
35:22 47:17 82:20
83:1 101:22 102:4
meant 90:19
medication 7:8
meet 21:10 25:14
25:15,18 28:2,4
33:1 41:3 50:5
67:15,18 100:9
meeting 8:6 25:17
28:9,17 40:11
meetings 33:25
memory 11:2 22:20
85:25 104:16
men 32:18
mentioned 13:21
34:12 35:13 66:7
68:1 69:18 79:6
87:24 90:14 91:21
96:24,25 100:16
111:19 115:17
merely 8:16 10:17
92:14
messages 70:11
96:22
messed 91:18
met 15:19 16:5,19
17:13,15,16,16
24:21 25:3,20
27:10,16,20 28:1
28:7,19 36:15
65:13,21,22 67:1
67:3,5,7,14,17,19
68:1,9,19,20
70:16 75:5,6,13
75:14,15 78:2
100:3 101:4
method 36:22,24
37:6
methods 37:1
Mexican 46:19

Mexico 24:8 68:19
69:3
Michael 12:11,18
12:22,23,24 13:2
14:24 15:7,14,20
15:23 17:2
Michigan 39:1
77:14
Microcapital 22:23
middle 4:10 38:25
76:11 84:22
mid-30s 66:8
militia 101:12
million 46:9,17
50:2,13 80:15
85:19 106:24
Millionaire 78:10
mind 25:13 39:15
80:4
mine 46:18
minor 113:14
minute 11:3,10
14:24 26:15 65:12
72:16 81:24 83:12
84:18 93:6 97:16
98:15
misleading 22:6
Mobile 30:8 71:7
Mock 108:14 115:4
mode 67:20 68:12
moment 59:11
Monday 45:1,15,15
50:10
monetization 51:6
monetize 35:11
monetized 46:4,15
49:17 51:14,16,19
Monetizing 22:22
money 20:21,22
22:14 29:6,7,8
32:11 33:24 34:3
34:5,22,22 35:15
35:21,21 36:3,13
38:10,15,23 39:3
40:14,25 41:1,2,4
41:10,15 43:24,25
44:19 45:12,13,25
46:2,5,8 47:2,5,11
47:15,16,18 48:1

48:6,9,10,15,21
48:24,25 49:13,14
50:8,17 52:17
56:12,16 61:19
80:18,19,23 81:1
81:5 84:4 85:14
85:17,21 86:19,20
87:15,15 88:11
89:10,13,15,17,18
96:3 98:4,6 100:5
100:23 101:2,7,12
101:14,18,22,24
101:25 102:3,16
106:6,10 107:4,5
112:13
Moneygram 37:2
41:5 96:14,17
102:13
Moneygrams 40:23
moneys 58:9
Monitorization
105:5
month 26:2,7 92:6
92:21 109:20
months 18:2,9,19
25:10 37:20 42:13
65:25 75:14 81:19
83:21 88:18
100:20
month/year 42:6
Moran 72:4
mortgage 108:2
114:17,22,25
115:1
mother 68:19
moths 70:10
motivated 100:14
mouth 52:12
move 114:12
moved 24:25 25:8,8
25:11 45:15
MSN 108:18
multiple 15:11
29:20 88:2
murder 31:8,12
32:25 33:6 115:18
M-g-m-t 14:1
M-o-c-k 115:4
M-o-r-a-n 72:4

**N**
N 3:1,1 4:1 7:19,19
name 4:10,10,13
15:11,12,14,19
16:4,5 17:14 19:16
19:19,22,23,23,24
20:14 25:4 27:2,3
27:4 31:25 32:8
33:15,18 38:11,23
39:4 47:24 54:15
54:16 55:9 68:25
69:1,1,4,9 71:1,6
72:2 75:23 76:25
77:1,22 78:4,22
81:7,12,13 83:18
93:8 97:3,4 98:9
102:22,24 103:2
106:19 107:11,14
108:12 110:4,18
111:23 117:20
named 74:25 75:11
112:6,7
names 8:10 10:19
10:21 13:15 14:5
15:12,16 16:2,15
16:17 17:8 21:19
21:19 22:17 42:20
42:24 54:21 55:18
59:4 68:23 86:1
87:2 90:1 100:7
103:6
Nationwide 114:15
nature 40:13
Nautulus 57:3
NBGs 54:12
nearly 37:12
need 6:17 7:2 50:2
61:5 63:22 96:23
111:24
needed 75:20 105:3
needs 11:24 12:6
negotiating 29:18
neither 68:11
Nevada 24:8 75:21
75:21 96:25 97:1
never 13:14 16:6
19:14 21:23 25:16
27:24 37:5 43:14
49:20 54:20 67:17

69:24 71:7 72:3
72:10,11 73:7,15
74:23 79:5 82:16
92:4 100:18,22
new 6:23 18:16
22:22 24:8 57:2
66:16 69:2 74:13
78:13 106:8
news 115:6
night 32:12,13,13
Non-performance
82:19
normally 42:12
Nos 60:2
note 82:9
nothing's 112:18
notice 1:17 5:8
November 103:9
104:14 105:8,11
105:19,22
number 4:19 5:9
5:10,13,25 6:6 8:2
11:6,8,10,11,13
12:16 14:2 16:24
17:2 18:1,1 20:15
22:15 26:21 27:25
33:1 34:17,18
42:13 44:23 46:21
55:16 59:14,19
60:5,8 64:5,5
65:13 67:18 68:1
70:17,17,20,21,23
71:2,9 72:13,15
72:17,18,22,24
74:25 75:22 81:19
81:22,23,25,25
83:16 84:14,19,22
85:7,8 89:17
90:10,17 92:22
93:6,7,12,14,18
94:1,18 95:12
97:9,16,17,21
98:10,14,16,16,22
99:2,3 103:15
104:7,14 105:8
111:24 117:5
numbered 60:10
84:20

numbers 21:6
26:22 59:25 70:12
70:15,18,20 71:6
71:8 80:7
N-a-u-t-u-l-u-s
57:5

**O**
O 3:1 4:1 7:19
oath 22:18
obtain 6:3 18:8
56:18 83:2 102:21
obtaining 102:3
obvious 15:21
obviously 18:9
20:12 25:22 33:2
40:12 41:12 42:23
56:8 66:20 71:1,8
86:12 88:4 89:12
90:12 107:7 111:5
occasion 28:2 67:12
70:2
occasions 28:1
67:13,19 89:17
occur 34:10 90:20
occurred 87:8
95:23
October 20:10
27:18,19 28:20
offense 113:14
offered 65:1 89:17
90:10,10
offhand 22:24 75:4
90:1 91:24 98:9
office 1:10 30:9
56:18 64:7,9,10
64:13
officer 7:5 111:7
officers 4:16
officer's 20:14
offices 18:17 64:3
office's 64:2
offshore 47:10 55:8
56:2,13 111:18
112:14
off-hand 96:7
Oh 23:3 68:19
108:23
Ohio 77:14

okay 10:7 12:16 →
15:9 16:3,9 17:19
20:13,16 23:6,22
42:7 43:16,23
48:4 49:9 51:4
54:5 55:21 57:17
60:1 62:2,14,17
71:20 73:8,11,16
74:16 76:5 80:4
84:4,10 87:22
97:19 98:20 99:13
99:24 103:14
104:13 107:15
108:18 111:25
112:3 114:14
old 8:2 66:2,3
older 24:24 68:3,21
oldest 114:12
omitted 31:8
once 31:8 36:13
39:15 52:1 67:11
67:11 79:17 88:13
ones 10:20 11:4
14:11,11 22:11,18
22:24 42:23 51:22
54:7 55:16,18,19
57:18 59:2 69:7
73:20,23 87:5,13
89:18,24 90:8
94:7 104:5 111:18
one's 57:6 88:22
one-page 11:11
84:20 97:17
on-line 58:14,14
open 56:15 112:17
opening 4:25 5:6
operated 45:20
opinion 101:6
opportunities
34:17
opportunity 5:4,10
opposed 38:11
Opulens 79:7
order 5:1,4 85:20
origin 69:11
original 61:21 82:9
83:20 84:1 87:20
88:2 107:6 117:14
originally 17:10

64:21 66:18 92:15
outcome 89:22
91:17
outlined 92:15
outside 19:4 100:13
outstanding 9:16
owed 48:25 49:14
owner 111:10

**P**
P 4:1
package 18:7
packages 46:22
page 72:18 93:7
94:17 98:17 99:2
104:5,13 105:7
pages 1:8 72:18
82:1 83:13 93:7
93:25 94:11 95:11
98:17 103:22,24
104:2
paid 23:17 34:5,5
35:19,21 37:25
40:2 41:12 45:2
46:24 47:1 48:1,6
48:20,22 49:13
86:21 87:14,24
88:13,15,17,23
89:16,23 90:3
92:2,4,16 106:3
106:24 107:3
painter 53:3
paintings 53:3 54:6
Palm 25:11,23
68:22
Palusczek 15:19
16:6
paper 99:22
part 24:4 27:8 48:6
49:3 51:5 74:18
101:11 113:20
114:20
participate 79:16
particular 19:15
45:2 53:15 106:11
106:15
partners 76:21
parts 22:8
pattern 40:9,11,24

pay 36:7,8 45:14,15
  45:17,23 46:1
  47:3,13 49:8
  86:22 87:6,9
  89:12 98:4 106:1
  106:4
paying 18:23 35:20
  35:22 44:12 45:16
  47:22 50:14 97:23
  97:25 101:24
paymasters 46:13
payment 80:9
  104:17,18,22,23
  105:2,8,23 106:7
payments 87:11
  88:6,10,18 96:9
  96:25 97:3 103:4
  103:10,11
payout 47:1,13,21
  80:14,16 83:2
  88:3 89:20 90:12
  92:7
payouts 80:7 87:8
  89:9 90:15
penalties 6:6
pending 54:1
people 8:6,9 10:18
  12:17 13:15,20
  17:23 19:12 22:14
  32:4,17,19 34:21
  35:10,14 36:7,8
  37:25 39:9 40:1,6
  41:12 42:16 43:25
  44:3,12,19 46:3
  46:18 48:13,19,24
  49:17 70:25 71:2
  71:5 79:11,19,25
  80:6 81:9,15
  86:13 89:4 90:16
  90:17 91:2,3,3
  92:6 100:3,15
  101:15,17
percent 25:25
  105:14 111:10
percentage 46:25
Perello 13:7,18
  14:8,21 15:2,3,8
  15:10 16:3 34:7
  71:25 72:1

performance 47:14
period 34:23 86:17
  106:6
periodically 87:16
permanent 112:20
  112:22
person 13:18 15:11
  16:14 17:10,16
  18:16 19:6 20:1
  27:10,17 28:7
  29:21 31:5,19
  33:2,4,5 58:11
  60:25 70:5 79:6
  89:6 104:18,20,21
  105:13 106:9
personal 31:10
  63:8 107:9 108:16
  111:2,20
personalities 29:20
personality 91:16
personally 15:12
  22:5 77:12 84:8
  89:9
person's 16:25
  105:14
perspective 31:23
Philadelphia 18:1
  24:12
phone 16:23 17:1
  21:6 26:21 28:20
  30:2,7,9,11 32:12
  33:5 41:6 64:5,5,6
  70:7,12,14 71:2,6
  81:18
photographic 11:2
phrase 39:11
physical 54:8 65:14
physically 58:15
picked 57:9,18
pimps 100:13
pin 25:14
pinpoint 26:20
placate 57:23
place 1:9 28:5
  30:15 46:3 52:6
  53:5 56:25 92:19
  107:15
places 24:7 28:4
  42:1

planned 35:8 57:10
  57:11
planning 50:14
platform 46:20
  47:8,9 49:5,6
platform's 45:14
please 4:3,9 6:18,21
  6:23,25 11:6,9
  13:17 15:25 57:1
  57:4 72:13 81:22
  83:11 84:18 93:5
  96:24 97:11,15
  98:15 103:18
plug 79:24
plus 57:21 71:5
point 18:24 21:1,23
  25:8,11 29:18
  31:10,19 34:7,16
  37:16,19 39:20
  40:17 41:9 43:14
  44:18 45:7 50:9
  60:22 63:4,18
  81:4 101:6,21
  102:7
police 19:2 20:7
  21:15
portion 49:16,17
  49:18 90:3
position 39:12
possible 6:17
post 56:18
potential 72:25
pounds 65:17
powerful 33:10
Preferred 18:16,17
prepare 7:16 8:1
prepared 53:21
  74:6
presence 58:15
present 5:20
pretty 11:4 12:15
  18:12 19:18 21:14
  22:9 24:7 25:8
  33:17,25 40:15
  45:9 54:9 61:15
  63:11,11,25 65:18
  67:10,22 69:23
  80:6 90:9 102:17
  105:15 110:16

prevent 7:12
previously 5:9
  21:19 31:13
  106:16 108:21
Prime 55:23 56:5
  57:7 58:25
principle 35:16
  36:4,5
prior 4:25 5:6
  21:25 23:7 34:13
  65:1,5 74:12
  80:14 101:5
private 76:18 77:1
  115:1
privy 111:4
PRO 2:14
probably 14:3
  15:10 17:8 19:19
  22:2 23:11,20
  25:10 28:1,25
  29:1 31:9 36:15
  37:20 43:11 44:3
  45:1 46:10 51:25
  70:23 76:11 78:15
  81:19 82:23 88:20
  90:2 91:24 93:7
  95:25 100:19
  107:1 109:19
  114:4
problem 29:17
  44:17 45:6 63:23
  66:19 86:14 91:16
Procedures 82:2
proceeding 4:17
  5:3 112:25 113:4
  113:11,14
proceedings 6:2
  117:12
proceeds 35:18
process 46:14,15
  47:5 52:1 89:3
  90:20 92:15
processed 94:15
produced 60:13
product 44:2 80:3
  80:4
production 60:7,9
products 34:18
  49:22 64:25 79:11

79:22,23 114:17
professional 18:13
  18:13 114:1,6
program 34:21
  37:16 43:23 44:6
  44:11,24 45:13
  50:1 79:24 81:7
  81:11,12 82:8,20
  82:24 83:21 85:12
  85:22,22 92:13,14
  94:6 105:25
  106:18 109:18
programs 34:6
  44:22 47:4 74:21
  85:24 86:1
prohibit 7:9
projects 35:13
  105:1,3,6
prolonged 89:2
prominent 33:9
promise 34:22
promised 40:2
  52:17 101:20,23
Proofreader's
  117:1,20
property 18:23
  20:17 23:23 29:12
  107:25 108:1,2,7
  108:10,14 115:2
proposed 18:7
protect 89:7
protection 31:15
  32:2,9,20 33:7
  115:18
prove 22:16
provide 6:6 18:10
  40:22 43:10 61:20
  63:20 79:10 91:22
  96:12,16,20
provided 4:25 5:7
  76:12 85:10
providing 6:7 7:9
  7:12 40:12 83:4
  99:20
proving 21:23
provisions 4:21
publicly 111:7,11
Puff 10:25 43:3
  51:20 76:5,17,21

Page 129

92:11
**pulled** 32:16
**Pulsed** 102:19
  103:4 104:15,16
**Pulst** 102:20
**purchase** 17:21
  94:18 95:3,8
**purchased** 30:13
  30:16
**purchases** 30:14
**purely** 43:25 44:1
**purpose** 4:20 64:20
  96:3 103:11
**purposes** 4:17
  16:13
**pursuant** 1:17
  59:21
**pursuing** 29:23
**put** 37:11 54:21
  65:19 111:25
**putting** 86:15
**P-a-l-u-s-c-z-e-k**
  15:20
**P-u-l-s-e-d** 102:21
**p.m** 116:7

**Q**
**question** 6:21,23,23
  6:24 7:1 22:10
  23:5 26:15,30:19
  30:20 61:7
**questions** 5:12 6:12
  6:19 51:8 87:25
  88:7,8 107:10
  115:21
**quick** 37:13 72:12
**quickly** 104:7
**quite** 8:2 18:6
  22:25 26:17 37:6
  40:24 61:1

**R**
**R** 4:1
**raise** 4:4 17:19,21
  18:7 40:1 44:13
  101:22
**raising** 17:23 44:21
**Ramirez** 69:2
**ran** 26:18 86:16
**rare** 54:9

**reached** 70:1
**read** 5:10
**reads** 84:14
**real** 15:12 17:21
  18:8 19:8,22,23
  21:15 27:2,3
  29:16 33:15 64:22
  65:4 92:1 110:18
  114:2 115:2
**realize** 37:16
**realized** 16:21
  18:24 41:9
**realizes** 50:3
**really** 15:4 16:8
  29:13,20 31:1
  45:6 51:11 62:24
  77:13 100:19
  104:7 105:1 112:7
  115:13,15,20
**Realty** 115:4
**reason** 7:2,11 16:20
  18:11,18 26:2,4
  29:22 30:8 41:8
  44:8 53:23 55:5
  57:9,25 71:4
  82:10 92:1 109:3
**reasonably** 104:21
**reasons** 26:14
  53:19 70:24 91:1
  96:5 116:2
**recall** 12:1 17:9
  20:8 29:5 30:1,24
  58:4 79:21 84:24
  88:16 89:23 91:24
  95:23 96:7 97:22
  98:9 99:11,11,18
  102:22 103:2,4,6
  104:24 106:23
  109:18
**receipt** 84:25 99:22
**receive** 11:15 20:22
  36:19 46:8 47:2
  75:8 88:11,13
  92:17
**received** 7:22 11:19
  11:25 12:17 13:12
  32:11,11,13 37:14
  60:19 61:9 73:7
  73:15 85:18 88:10

97:2 115:17
**receives** 47:1
**receiving** 31:15
  34:22 38:23 39:3
  45:10 46:4 90:4
**recess** 50:23 59:12
**recommendation**
  76:7
**record** 4:2,10,25
  5:6 6:18 7:3,4
  11:10 50:21 51:1
  51:4 59:10,13
  72:17 81:25 83:12
  84:19 93:6 96:9
  97:16 98:16 99:17
  99:19 116:5
  117:13
**recorded** 6:16
**recording** 117:15
**records** 7:17
**referred** 104:5
**refers** 12:23
**reflected** 94:4,18
  103:8
**reflects** 104:15
**refresh** 104:16
**refund** 89:19 90:9
**refunded** 89:21,24
  90:8
**refunds** 90:11
**refuse** 6:12
**refused** 90:11
**regarding** 8:4 9:11
  10:13,15 19:7
  26:14 29:6 34:8
  36:5
**regards** 44:7
  109:16
**Regional** 1:10
**regular** 40:9,11,13
  40:14
**regularity** 71:3
**regularly** 80:7
**related** 103:5,12
  104:25 105:5
  113:4 114:17
**relating** 10:2
  105:12
**relationship** 33:22

**released** 44:25
**relevant** 61:6
**reliably** 26:5
**ReMax** 18:16,17
  21:2 29:15
**remember** 12:4
  13:24 22:24 25:4
  25:6 29:15 33:11
  43:12 75:4 76:25
  87:1 99:23 103:7
  106:4
**rent** 18:23 107:25
  108:1
**rental** 18:24 19:2
  19:16,16,19 20:17
  20:20,20 23:23
  29:11 108:7,9,13
**rentals** 20:21
**rented** 19:16
**repay** 90:7
**repeat** 6:24 10:21
  42:24
**rephrase** 6:25
**report** 19:5 20:5,5
  20:9 21:5,6 33:14
  33:15
**reporter** 6:16,18
  7:3,4 16:12 59:17
  60:1,4 72:14
  81:23 83:9 84:16
  92:24 93:4 97:10
  97:14 98:13
  103:16,21
**reporting** 1:24
  117:15
**represent** 103:9
**represented** 5:15
  5:19,24
**request** 3:8,10 6:2
  7:4
**requesting** 40:10
**require** 61:4 63:21
**required** 52:4
**research** 21:22
  24:15
**researched** 74:23
**residences** 108:6
**resident** 112:20,22
**respond** 9:22

**response** 6:19
**responsibilities**
  71:24
**responsible** 91:15
**rest** 49:19 63:16
  86:19
**restaurant** 67:5,6,7
**restricted** 40:18
**restricting** 102:14
**restrictions** 59:9
**result** 52:7
**return** 35:20
  101:19 102:8
**returned** 52:18
**returning** 101:20
**returns** 82:21
**revealed** 31:17
**reverend** 106:9,19
  106:21
**review** 5:4 7:16,21
  7:24 11:10 81:25
  83:12 84:19 93:6
  97:16 98:16
**reviewing** 10:3
**Rey** 18:22 19:4
**Richard** 10:24
  14:10 43:4 51:20
  75:3,5,8,13,25
  76:8 87:5 92:10
**right** 4:4 5:18
  11:24 16:22 29:10
  37:4 42:7 50:20
  59:17 68:12 73:13
  73:15 88:24 94:25
**rights** 6:11
**ripped** 21:7 81:15
**ripping** 22:14
**rip-off** 35:8
**risk** 40:3,4 86:16
**Robert** 15:19,23
  16:4,5,7,9,10,11
  16:13,18 17:1,14
  20:18 23:1 26:16
  26:19 27:10 29:12
  29:17 31:18,19
  32:21,22 33:21
  34:7 35:1,6 36:20
  37:16 38:16,17
  39:1,6,13 40:10

40:23 41:14,24
42:12,16 44:2,11
49:15,18 53:25
54:20 55:14,25
57:13 58:19,25
60:20 64:1,6,11
65:12 69:5,19,20
70:7 71:13 72:7
74:2,7,11,16 75:7
75:14,15 76:12
77:5,8 78:2,2
79:12 81:12 83:20
84:2 86:14,19,21
87:12,17 89:21
90:24 91:1,5,16
92:5,13 94:24
96:3,8,10 100:4
100:12,17,23
101:24 102:8
104:20 106:4,10
109:4,12,21
110:10,15 111:19
115:11,14
Robert's 69:13
Robles 77:23,25
78:5 87:4 92:11
rough 34:14
roughly 36:11
round 65:19
roundabout 14:4
rubber 26:14
run 21:12,19 40:3,4
runaround 28:4
runs 18:17 106:8
110:3
R.A 76:1

S
S 3:1 4:1 105:9
sabotaging 29:19
safe 60:22,23 92:5
Salaz 105:19,20,21
sanctioned 44:24
45:13 46:20 49:6
Savings 114:15
saw 21:25 24:1
saying 20:23 21:17
27:24 40:17
110:12

says 49:6 66:20
82:19
SBLC 22:22 35:17
SBLC's 54:12
scam 37:17,19,23
39:16 44:8 49:16
49:18 50:2 100:4
100:17,17
scams 21:12,18
scheduled 8:21
44:25 53:1 88:11
Schmidt 12:11,23
12:24 14:24 15:3
15:7,14
Schmitz 79:3,4
school 25:13,24
68:24 113:18,19
Schwartz 15:20
17:3
screwed 30:1 106:2
screw-up 90:19
SE 2:14
SEC 3:7,8,10 8:6
8:16,22 9:5,7,12
9:21 11:22 12:7
59:15 60:2 93:2
97:12 98:11
103:19
second 57:5
section 82:18,19
94:1,4,12 95:12
95:15 99:3
securities 1:1,9 2:3
2:7 4:18,22
111:11 113:1,5,8
117:12
see 32:17 38:5 39:5
39:11 47:18 56:21
69:4 74:14 85:3
94:2,12,21 99:5,6
seeking 32:9
seen 17:3 34:13
69:24 72:23 82:17
82:23 115:20
selecting 57:17
sell 35:11 79:22
100:12
selling 80:1
send 37:2 41:2

56:16 58:6,15
61:4,5 63:16,18
63:22 84:25 85:14
100:23 101:2,14
102:14
sending 55:1 58:1
60:19 101:7
senior 25:12
sense 24:14
sent 7:22 11:14,17
18:6 23:3,7,18
32:17 39:9 41:4
44:4 45:18 48:24
52:5 56:12,14
58:5,17 61:18
72:11 74:13 84:4
86:19 93:22
separate 55:6 56:15
76:23
September 45:6
98:19 99:4 100:10
September-Octo...
81:20
series 30:19
service 13:10,21,24
14:14 62:6,7
services 1:24 64:25
set 6:6 13:7 23:1,4
23:15 29:16 30:7
30:12,12,14 35:1
39:3 44:14 46:1
47:17 48:23 49:18
55:8,11,13,15,25
56:6,17,23 57:13
57:19 58:11,23
59:7 63:24 64:21
71:5 72:8 74:17
111:19 112:14
Seth 102:23,25
103:4 105:9,13
setting 57:25 58:10
77:8
seven 45:22 59:6
65:18
Seychelles 56:10
shake 6:20
shoot 81:16
short 50:20 69:10
show 96:21

side 50:2 51:10
sign 72:6 74:3
75:17 82:7 84:5
signed 61:22,25
62:4 73:5,22,25
similar 66:25
Simon 97:6,19,24
Singapore 53:9
Sir 72:16
site 13:8 21:24
situation 26:5
42:14 60:20 86:14
six 26:2,7 32:7
43:12 88:18 92:6
92:20,21 100:19
109:20
skillful 18:13
skills 22:3
skin 66:25
skinned 66:24
skipping 92:24
93:1
sky 24:18
small 46:25
smaller 35:14
smart 31:9
Society 114:15
somebody 102:24
someone's 82:11
111:3
son 25:12,24 69:18
sons 68:21,23
sooner 115:15
sophisticated 18:6
sorry 12:10 16:11
16:16 28:23 36:24
43:4 49:11 56:10
66:3 69:9 73:22
76:25 99:14
105:10 107:13
108:23,24
sort 20:3 21:12
26:18 33:8 44:5
58:14 71:7 72:6
92:8 99:22 100:4
100:16 102:12
sorting 92:15
sorts 53:19
sounded 24:18

sources 40:2 45:24
46:1
South 25:5
speak 9:18
specific 15:4 34:23
40:24 52:5,14,21
57:14,15,15 59:6
79:21 80:10
specifically 23:9
31:14 32:22 33:14
43:20 51:18 71:14
79:20 80:2 88:16
89:18 94:17 97:4
spell 4:9 57:1,4
69:21 78:22
spelled 15:22
spent 30:18
spoke 19:6 63:5
spoken 8:4 10:13
26:13,13 31:18
77:12
spreadsheet 87:13
87:17 88:1
staff 113:1
stage 45:22
stands 76:16
staple 104:2
stapler 103:23
start 6:21 32:5
38:10 43:1,22
46:16 51:23 88:7
109:15 114:10,13
started 14:3 17:17
21:21 24:23 26:4
29:25 30:2,2,4
37:3,6 65:25
70:10 72:7 79:13
87:7,25 102:2,8
104:2 109:21
115:5
starting 51:9 75:2
state 4:9,24 17:6
23:15
stated 9:5,21 36:6
statement 3:12,14
3:15 93:8,18
98:19,25 104:12
statements 103:8,9
115:24

states 1:1 4:18 6:11
    11:21 24:7 112:20
stating 19:7
station 67:6
status 73:1
statutes 6:5
stayed 25:10
step 29:10
steps 59:3
Steve 105:19,19,21
stipulated 48:8
    58:6
Stoffregen 102:23
    102:25 103:5
    105:9,13
stole 16:21
stolen 17:11 18:20
stop 21:10 30:22
    37:11 40:8 58:12
    86:11,16
stopped 14:7 40:4
    79:14
stored 62:14,15,16
stories 24:3
story 69:13
straight 16:1 56:20
strange 27:25 39:6
    67:4
street 1:11 28:10
    108:8
stretch 67:19 68:13
strictly 36:18
structure 53:10
stuff 50:4
style 21:20
submissions 10:2
submit 18:10 43:18
    46:22 72:8
submitted 19:11,12
    43:14
submitting 14:3
    46:24
subpoena 3:7,8,10
    59:20,21 60:6,8
subpoenas 60:14
    61:4,6
subsequent 21:23
    22:11 38:15
    113:24

subsequently 31:7
    33:7 37:15 64:8
    69:15
suburbs 24:9
successful 44:21
sufficient 101:22
sugar 15:23
Suite 1:11 2:9
suits 95:2
sum 92:18
Sunday 28:15
SunTrust 45:20
    46:11
supplemental 5:8
supposed 28:2 42:3
    45:14 88:13 90:3
    92:17
supposedly 83:22
sure 8:4 11:4 12:15
    14:10 16:1 19:18
    20:4 22:21 23:3
    23:20 24:7 25:25
    33:17 43:6 60:24
    61:13 63:23,25
    67:10 69:21 71:17
    73:19,25 75:19
    83:13 84:25 87:3
    88:5 89:10 95:21
    96:1,21 100:25
    105:15 109:6
surprised 37:8
surrounding
    115:11
Susan 117:10
suspect 18:11,18
Sussex 108:8
swear 117:11
sworn 4:7
system 101:10
S-a-l-a-z 105:19
S-c-h-w-a-r-t-z
    15:21
S-e-t-h 102:25
S-t-o-f-f-r-e-g-e-n
    103:1

T

t 3:1,1 7:19 30:8
    31:5 42:16 71:7

table 80:12
take 11:5,9 29:10
    40:15,20 43:6,12
    45:9 50:20 61:12
    65:25 72:12,16
    81:21,24 83:11
    84:18 93:5 97:8
    97:15 98:15 109:7
taken 45:4 50:23
    53:2,4 59:12 61:2
    80:13 82:10 92:16
    96:18 102:5,6
    112:18 115:15
takes 53:6
talk 8:8,13 9:2
    16:11 27:1 29:3
    31:3,20,21 42:12
    75:2 91:5,14
talked 28:20,24
    57:10 62:19 64:17
    68:4 77:9 90:9
    91:9 116:2
talking 19:7 28:19
    48:12,14 62:7
    74:25 88:24,25
    109:21
tall 65:16
Task 30:17
taxi 28:11
Technology 30:17
telephone 70:9
tell 8:17 9:10 13:24
    14:5 15:3,4 22:12
    23:13 24:5 26:14
    27:3,4,7 32:2,8,22
    33:2,13,16,21
    34:2,16 35:1,8
    39:16 41:24 55:25
    63:9,13 66:5
    72:24 73:20,23
    74:18 79:10,11,19
    81:17 82:6 89:4
    90:15,24 91:2,2,3
    92:1,12,13 98:24
    102:11 104:4,11
    110:1 115:12,16
telling 21:11,25
    24:15 28:4 31:22
    34:13 109:22

tells 110:1
temper 67:24 91:19
ten 22:3
tenant 108:9,12
term 34:20
terms 37:25 40:11
    45:10 53:22 65:15
    92:7
terrorizing 60:25
    89:7
testified 4:8 49:15
    88:5 112:25 113:4
testify 115:22
testimony 6:7 7:9
    7:13,16 10:11
    96:22
texts 96:21
thank 4:13 59:24
    60:5 87:3,22
    103:25 104:3
    116:2
them's 24:25
thereof 61:22
they'd 81:15
    101:19 106:2
thick 65:18
thing 40:13 82:8
    88:1 109:5 110:8
    115:16
things 21:6 29:25
    30:5,19 33:12
    67:13 93:16
    109:21 110:2
think 10:25,25 11:3
    11:4 12:1,6 15:6
    15:20 17:8 19:14
    19:21 22:12,15,23
    23:12,16,17 24:16
    25:1,22 27:14,18
    30:11,18 31:5
    33:11 34:11 36:6
    36:7 37:19,22
    39:8 43:11,18
    49:15 50:3,5,10
    50:16 52:7 53:7
    56:7,9,17,19
    58:13,18 63:1
    64:8,12 66:7

67:12 68:16,25
    69:12,22 71:22
    75:5 76:13 77:13
    77:21,22 78:18
    81:8 87:5 92:11
    95:20 97:7 104:17
    104:17 108:19
    110:6 112:16
thinking 16:1 43:5
third 57:7
thought 21:7,22
    24:20 39:5 44:11
    45:7 56:19 66:16
    71:4
thousand 56:14
    96:20
threat 31:3 69:22
threatened 31:16
    32:14 33:3,21
    70:3,3 89:6
threatening 29:8
    30:2 32:12
threats 33:24
three 11:22 13:11
    16:10 25:10 30:11
    37:20 55:17,20
    56:13,15 57:23
    58:1,3 71:5,6
    79:14 83:13 100:3
    100:9,15,23
    101:14 102:1
    103:23 112:14
Tiffany 100:8
time 4:3 17:13 18:9
    24:22 25:21 27:12
    27:16,20,25 28:8
    28:12,14,23 29:9
    29:15,24 30:24
    31:4 34:23 36:15
    37:14 41:21 42:7
    42:8,10,14 43:6
    45:6 50:22 51:25
    53:13,16 57:21,24
    57:25 58:7 59:13
    60:18 61:1,1,8
    62:20 67:3 70:1,3
    70:11 71:12 75:5
    76:22 77:12 81:4
    81:20 86:6,14

89:7 95:3 106:5
109:19 115:22
116:5
**times** 14:16,19
18:13 23:7 27:10
27:12 53:21 65:13
65:22 66:8 67:18
68:2,9 69:23
70:23 87:7,9 88:6
91:3,13 101:5
104:20
**tiny** 67:5
**titled** 95:12
**today** 5:22 6:15
7:13,16 8:5 10:6
16:14 41:18 45:15
45:19 52:23 59:22
115:9,17
**told** 8:6 9:7 16:24
18:2 19:2,11,20
22:1,14,18 23:1
23:16 24:12,23
26:20,23 30:20
32:10,21,24 33:1
33:6,9 34:15 35:6
36:4 38:12 39:1
41:4 49:15,20
53:13 55:19 56:18
57:13,19,19 58:22
59:5 64:7,10
65:12,18 66:18,21
67:3,16 68:7,10
68:18,22 69:5,13
70:16 71:6 74:4
80:24 81:2,14
83:22 86:18 90:17
90:24 91:2,3 92:4
92:6,9,14 95:10
100:19,22 102:17
109:12 110:10,10
112:15
**topic** 29:11
**total** 43:7,18 46:9
85:14 112:16
**totally** 22:19
**town** 25:4
traced 32:17 56:19
**tracked** 24:6
**tracking** 24:10

**trade** 35:18 44:24
45:14 46:20,23
47:8,14 48:23
49:5,7 53:4,5,9
80:18
**traded** 49:1 80:17
88:12
**traders** 49:7
**trading** 49:2
**traffic** 113:14
**training** 79:10
**transaction** 18:8
38:5 52:21 53:1
53:15 58:8 95:1
95:22 97:22 99:7
99:21 104:14
105:18
**transactions** 29:16
38:3 44:24 45:4
50:18 52:24 53:17
53:20,25 54:10
65:4 94:4,15
96:22 113:5
**transcribed** 6:16
**transcript** 6:17
112:1 117:14
**transfer** 99:4
105:18
**transport** 67:20
68:12
**travel** 58:11
**Treasury** 44:24
45:13 46:20 49:6
**Trial** 52:9
**tried** 25:14 63:3
**Trinidad** 25:5
**Trinity** 110:3
**trip** 95:25
**trouble** 100:25
102:3
**truck** 25:9
**true** 15:10 92:5
117:14
**trust** 24:23 65:25
70:10 114:18
**trusting** 110:12
**truth** 24:15
**truthful** 7:9,12
**try** 6:22 20:1 21:10

21:10 23:22 41:2
52:6 100:15 104:1
**trying** 17:12 21:4
29:16,18,23 35:4
35:12 44:13 47:25
52:13 79:22 86:13
92:8 103:10 105:1
**TSB** 114:18,19,20
**Tuesday** 45:1 50:10
**turn** 59:14 83:7
92:22 98:10
**twelve** 90:2
**twice** 79:18
**two** 8:14,23 12:17
13:11 21:14 23:8
24:24 29:1 32:4
32:17,18,19 37:20
39:9 44:6 53:1,2
54:21 58:14 64:14
68:20 69:6 70:18
74:24 75:6 82:1
85:19 90:3 100:7
100:13 101:5
105:22
**two-year-old** 26:22
68:5 69:18
**type** 31:5 33:2,22
43:20,21 54:10
68:15 87:14 95:23
100:6 112:10
**typed** 22:18
**types** 39:13 52:14
54:8 105:3
**typically** 12:14
47:16 68:13 70:25
71:2
**T-Mobile** 70:13
71:9,11,11

**U**

**Uh** 8:21
**uh-huh** 6:20
**UK** 115:2
**ultimate** 50:4
**ultimately** 28:9
37:22 44:19 48:10
91:15
**Um** 34:4
**unclipped** 103:23

**undersigned**
117:11
**understand** 5:22
6:1,5,10,24 7:5
16:13 28:7 32:19
34:19 47:25 50:6
51:11 60:24 61:9
61:10 77:10 88:12
**understandable**
65:24
**understood** 7:1
**undone** 104:3
**unforeseen** 33:17
**unfortunately**
102:6
**union** 37:2 40:22
41:4 96:14,17
102:14 112:5,8
**United** 1:1 4:18
6:11 112:20
**University** 113:21
**update** 74:12
**upfront** 80:9
**use** 15:14 45:25
46:2 47:9 70:12
70:14,21 75:7,18
75:22 87:17 89:13
89:15 98:4 108:21
109:6
**uses** 13:6 14:12
15:11,11,13,16
17:2 36:24 47:9
70:18,21 71:11
76:4
**usually** 41:5 66:12
70:9 90:17 91:17
**U-Haul** 25:9
**U.S** 44:24 45:20
49:5 117:12

**V**

**Valley** 112:8
**Vanuartu** 56:25
57:12
**varied** 40:24 95:16
**various** 13:9 30:7
34:25 51:17 91:20
93:17 95:15 99:1
100:4 109:21

**Vasco** 78:21
**Vasko** 78:23 79:4
**Vegas** 17:4 24:8
25:9,10,22 70:2
75:20 95:7 96:1
100:3,21,21
**vehicle** 67:9
**venue** 67:18
**verbal** 6:19
**verify** 18:10 66:20
66:22
**vices** 33:24
**view** 31:10
**village** 67:5
**Vincent** 8:11 11:22
12:11,19,19 14:2
26:11,15,24 43:3
51:21 75:11,13,20
76:3 87:4 92:10
97:2
**Vincent's** 97:5
**Vinci** 53:3
**violation** 113:8
**violations** 4:21,23
70:4
**violent** 67:24 69:23
70:4
**virtual** 64:7,10
**Visconti** 15:23 17:1
**visit** 8:22 9:5,11,21
68:20
**visited** 9:7
**visiting** 8:16
**voicemail** 28:18
**voicemails** 29:1
**V-a-n-u-a-r-t-u**
57:2
**V-i-s** 15:23

**W**

**W** 2:8
**wait** 11:24 12:6
53:21
**walk** 52:1
**walked** 28:11
**Walmart** 96:19
**want** 10:20 15:24
21:17 40:3 42:24
57:22,24 72:16
81:24 87:2 96:13

Page 133

101:18 103:16
111:25 114:10
**wanted** 14:18 20:25
21:9,9 23:24 24:1
24:1 30:21 33:24
37:7 49:21 55:25
56:20 79:25 89:7
90:8,11 101:18,19
**wants** 29:8
**Warner** 87:4
**warning** 39:9
**Washington** 46:21
49:5
**wasn't** 12:8,15 19:9
27:15 29:14 31:9
33:18 37:4 39:4
49:18,23 68:10
80:23 101:20
107:5 109:23
115:15
**waste** 57:25
**watched** 28:6
**watching** 62:25
**way** 18:14 21:13
24:13 26:10 39:11
40:7 44:16 58:3
67:25 75:13 79:14
80:8 82:23 83:5
101:13 102:12
**ways** 16:19 40:1
44:14 106:5
**WDC** 93:19
**wears** 65:21 66:12
**web** 13:8
**website** 13:13
21:22 22:8 34:12
34:15,18,19 35:9
41:25 49:21 63:24
64:4 74:8,9 80:5
82:10,13,14 84:1
**websites** 21:19 22:1
22:4,10,17 23:1
23:16,21 58:22
74:17,22
**week** 8:22 28:15
45:1 46:10 47:16
48:16 50:19 53:8
92:20
**weekly** 47:1,13

49:8,13 80:18
**weeks** 26:2,8 29:1
32:7 53:2 92:6,20
92:21 102:6
109:20
**weight** 65:19
**weird** 21:5
**welcome** 87:21
**Wells** 43:4 77:4,11
**went** 21:8 29:22
30:9 38:17 50:24
51:4 92:7 96:22
102:16 109:5
113:20
**weren't** 19:9 41:12
88:15 90:15 91:1
92:2 102:12
**Werner** 77:23,25
92:11
**Western** 37:2 40:22
41:4 55:23 56:5
57:7 58:25 96:14
96:17 102:13
**Westfield** 113:20
**we'll** 10:4,7 16:3,9
16:13 29:10 43:22
63:22
**we're** 4:2 35:4
43:25 46:4 47:21
48:16 50:21 92:24
93:1 116:4
**we've** 44:23 53:21
54:10 64:14,17
93:19 111:20
112:9 115:9
**WGC** 3:9,13,16
17:22 30:10 34:4
36:20 38:2,5,23
56:20 60:6 61:19
64:17,18,20 65:1
65:5 84:5 85:8,15
85:21 86:7 89:10
93:8 97:1 98:2,19
104:12 108:18,19
115:5,7
**WGC's** 36:9 38:10
65:8 75:7 87:11
**whatsoever** 44:4
54:23

**whichever** 47:9,14
52:6
**whilst** 31:9 39:25
**white** 65:15
**Whitley** 47:23 48:8
63:4,9,13 109:6
109:11,14,16
110:6,20
**wife** 24:24,25 67:12
67:14,18,21 68:1
69:13,25 70:18,19
100:13
**wife's** 25:12,24
**Winters** 78:12
**wire** 85:2 99:4
104:15
**wiring** 85:5,10
**wish** 115:23
**wished** 9:23
**withdraw** 36:16
37:6 56:18
**withdrawal** 95:24
99:4
**withdrawals** 86:18
93:17 94:12 95:13
95:15,17 96:2,4,6
99:1
**withdrawn** 37:5
**witness** 1:7 2:13
3:3 4:7,11 5:5,11
5:14,17,23 6:4,9
6:14 7:7,10,14,18
11:7,14 46:2 51:2
54:9 59:18,23
60:4,11,25 64:11
64:14 72:14,20
73:19 74:4 81:23
82:4 83:10,14
84:12,17,24 93:4
93:10 97:14,19
98:13,20 102:16
103:17,24,25
104:4,9 115:13,25
117:4
**Wizards** 78:10
**woman's** 19:16
**wonder** 87:7
**wondered** 70:24
**wondering** 18:22

**word** 26:4 52:12 →
100:14
**worded** 83:6
**wore** 65:23
**work** 27:8 36:6,6
40:10 49:3 52:8
65:5 71:21 80:8
104:25 112:21
**worked** 44:16 80:3
80:4 114:14,18,23
114:24 115:1,4,4
115:6
**working** 18:3 22:20
23:16 41:22 45:4
51:9 63:13,19
72:7 114:21
**works** 23:12 46:14
**World** 22:22
**worse** 11:23
**worst-based** 67:23
**wouldn't** 10:5 27:3
56:19 89:22
106:11 110:11,11
111:1
**written** 6:17
**wrong** 15:22
**wrote** 23:21

**X**
X 7:19

**Y**
Y 19:20
**Yahoo** 108:19
**yeah** 13:22 16:4
23:4 27:15 30:7
33:16 36:11 41:4
42:22 43:1 53:19
55:15 57:2,5
58:24 59:4 62:1
63:11,22 65:16
66:24 69:20 76:10
78:20,23 83:14,17
90:23 94:10 95:2
96:15 97:19 98:25
99:19 100:12,12
102:21 103:15
105:12 107:6
108:23,24 113:18
114:10

**year** 7:23 24:6,22
25:7,12 34:14
36:11 39:1 42:8
51:25,25 53:2,4
55:8 68:20 69:7
76:11 77:8 78:7
78:15 88:21
104:21 114:25
**years** 8:2,2 22:15
65:19 66:2,3
**Yesterday** 9:3,19
**York** 66:16 78:13
106:8

**Z**
**Zealand** 57:3
**Zeigler** 8:11
**Ziegler** 9:18,25
10:23 43:4 51:20
76:20,23 92:11
**Ziegler's** 77:2

**$**
**$1** 58:5
**$10,000** 30:18
105:18
**$12,000** 104:15
**$20,000** 105:8
**$25,000** 40:19
**$4,555.82** 94:19
**$44,000** 94:9
**$47,500** 95:22
**$5** 80:15
**$5,000** 95:16
**$50,000** 80:9
**$500** 46:17 50:1
**$500,000** 80:16
**$600,000** 105:23
**$8-900,000** 107:3
**$990** 94:7

**1**
**1** 1:8 5:9,10,13 6:1
6:6 93:25 112:15
**1:05** 59:13
**10** 27:11,12 28:1
112:16
**10th** 107:16
**100** 107:1
**100%** 82:20,21

**103** 3:16
**11** 84:15,16,19,19
  84:23
**11/2010** 3:16
**11:05** 1:17 4:2
**117** 1:8
**12** 27:11,12 44:3
**12th** 27:18,19
  95:23
**12:35** 50:21
**15** 3:7 44:3 59:14
  59:15,17,19
**1500** 1:11
**16** 3:8 59:25 60:2,4
  60:6,10,14
**160** 65:20
**17** 3:10 59:25 60:2
  60:4,8,10,14
**175** 2:8
**18** 92:24 93:1
**18th** 105:23
**1801** 1:11
**1805** 108:8
**19** 3:12 92:23 93:2
  93:4,6,7,12,14,18
  94:1,18 95:12
**19th** 94:19 105:8
  105:11,19
**1956** 107:16
**1967** 113:19
**1974** 113:20,20,22
**1975** 82:16 83:19
**1977** 113:22 114:14
  114:16
**1984** 114:16,18
**1985** 114:18,21
**1990** 114:21,23
**1993** 112:23

**2**

**2** 11:6,8,10,11,13
  12:16 40:21
**2nd** 99:4
**20** 11:18 57:20
**20th** 11:12
**200,000** 107:1
**2000** 115:5,5
**2004** 64:19 107:24
  115:7

**2009** 17:20 20:10
**2010** 14:4 27:13
  37:15 52:23 82:16
  83:19 84:22 98:19
  100:11
**2011** 1:14 4:3 11:12
  11:18 59:21 60:7
  60:9 116:6 117:6
**202** 1:25
**21** 3:14 60:7,9
  98:10,11,14,16,17
  98:22 99:3
**210-220** 65:17
**23** 3:15 69:1 103:15
  103:19,23,24
  104:8,14 105:8
**24** 3:17 59:20 97:9
  97:10,11,12,14,16
  97:17,21
**29** 84:22

**3**

**3** 93:25
**3rd** 104:14
**3/21/11** 3:9,11
**3/24/11** 3:7
**3:00** 116:5,7
**30** 43:7 56:17 93:7
  98:17
**303** 1:13
**312** 2:11
**35** 66:7
**353-7390** 2:11
**36** 66:2,4,5,7

**4**

**4** 94:11
**4,200** 95:21
**40** 43:7 93:7
**40s** 68:4
**40-week** 46:23 49:7
**424** 70:21 71:9
**424-354-7193**
  70:13
**44** 81:9,16 82:1
**44,000** 94:10
  101:20
**4608** 107:21
**467-9200** 1:25
**47,500** 95:19

**5**

**5** 94:11,17 99:2
**5'10** 65:17
**5'6** 68:17
**5'9** 65:17
**5,000** 40:21 58:5
  112:16
**5,000's** 95:20
**50,000** 95:16
**500** 46:9 50:13
**54** 8:2
**56** 66:3
**59** 3:7

**6**

**6** 104:13
**60** 3:9,11
**60604** 2:10

**7**

**7** 3:4 69:6 72:13,15
  72:17,18,22,24
  95:11 105:7
**7G** 46:20 47:9 49:6

**8**

**8** 1:14 4:3 81:22,23
  81:25,25 82:3
  95:12 117:6
**8th** 116:6
**80202** 1:12
**80305** 107:22
**844-1000** 1:13
**856** 18:1 70:17

**9**

**9** 69:6 83:8,9,12,13
  83:16
**90** 115:1
**900** 2:9
**91** 114:23
**92** 115:1
**93** 3:13 115:1,3
**97** 3:17
**98** 3:14
**99%** 71:17

EXHIBIT A