## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GEOFFERY H. LUNN, and
2.     JAIME J. BEEBE,

      Defendants.

---

## NOTICE OF INTENT TO INTRODUCE SENTENCING EXHIBITS

---

The United States of America, by and through its undersigned counsel, hereby provides notice that it may introduce as exhibits and discuss the following items, each of which has previously been produced to both defendants and their counsel as part of the government's pretrial disclosures in this case, at the defendants' respective sentencing hearings:

1.     Transcript of Geoffrey H. Lunn's Testimony before the SEC on April 8, 2011, a copy of which is annexed as Exhibit A to the Government's Motion for Sentencing Guideline Departure and Sentencing Reduction Pursuant to U.S.S.G. § 5k1.1. (DE 222-1);

2.     An email from Carolyn Rose to SEC staff attorney Jedediah B. Forkner, dated October 22, 2012 (Bates No. SEC_00018203-SEC_00018204), together with a news article referenced in a hyperlink in the email, a copy of which is annexed hereto.

2

Dated: February 21, 2017

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney


s/Kenneth M. Harmon
By: Kenneth M. Harmon
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

3

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 21, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward R. Harris
Assistant Federal Public Defender
Email: Edward_harris@fd.org

and I hereby certify that on the same date as above, I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand- delivery, etc.) indicated above the nonparticipant's name:

Jaime Beebe
FCI Englewood
9595 W. Quincy Ave
Littleton, CO 80123

Fed Register # is 79601-051

s/Andrea K. Hough
United States Attorney's Office

3