From: Carolyn Rose [mailto:crose2000@hotmail.com]
Sent: Monday, October 22, 2012 8:05 PM
To: forknerj@sec.gov
Cc: vonschaumburgg@sec.gov; mckinleya@sec.gov
Subject: Civil Action No. 12-cv-02767

Hello: My name is Carolyn Rose. Eight weeks ago tomorrow, my husband Terry Rose committed suicide. He was one of the investors in the Dresdner Magnum Program. He made his investment through Vincent Curry.

My daughters and I had no idea Terry had been investing money in schemes such as this. From what I can tell from his emails, it appears he signed the agreement with Dresdner on 10-21-2010 and Dresdner signed it on 11-18-2010. At this time, I do not know how much money my husband invested with Dresdner.

There was an email from michael@dresdnerfinancial.com on 1-24-2011 with the subject line: "leverage payout" to my husband. I know this is a fictitious person mentioned in the lawsuit.

From emails and texts between Terry and Vincent Curry, I think Curry must have told my husband that he, too, had lost money in the Dresdner deal. My husband must have accepted that explanation. Unfortunately, Curry was able to convince my husband to invest $50,000 in his company called Nevada Capital Markets on July 25, 2011. He may have invested more money in December of 2011, but I'm not certain of that.

I don't know if any of this information is pertinent to your current Civil Action Suit No. 12-cv-02767. My husband was a smart man and a good family man. His emails and texts to Vincent Curry the last two weeks before his death were desperate pleas to get answers on when he would get his money wired from the Nevada Capital Markets investment. Curry would promise a call or a conference call with bankers to my husband, but would never follow through, or course. It's excruciating for us to read these emails and texts to Curry because it was obvious from the texts and emails that my husband's intent was to commit suicide if the money didn't come through. Curry had no regard for that and continued to string him along.

It doesn't sound like there is any money to be recouped from the Dresdner Magnum scheme. But I have to ask if there is any chance that investors will be able to get any portion of their money back?

Also, would you have any one I could contact regarding possible action against Vincent Curry

1



SEC_00018203

regarding his fraudulent investment scheme involved with Nevada Capital Markets?

Please see the brief article regarding my husband's death and his obituary. He was a good man, who made a mistake. He was trying to make up for his financial losses by these "get rich quick" schemes before I found out what he had done. It saddens me that he got mixed up with these people; he really knew better. If only he knew that I would have understood and we would have figured something out.

http://www.emissourian.com/news/top_stories/article_6c74575c-bfcc-50c2-b0d3-9e91464c215d.html#.UIXtNZg4imk.email
http://www.millerfuneralhome.info/fh/obituaries/obituary.cfm?o_id=1572610&fh_id=11089#.UIXqdDv46aw.email

Thank you for any information you can provide.

Carolyn Rose
crose2000@hotmail.com
636-239-5258

SEC_00018204

Case No. 1:14-cr-00161-REB   Document 223-1   filed 02/21/17   USDC Colorado   pg 3 of 4

http://www.emissourian.com/local_news/washington/former-mercy-hospital-administrator-found-dead-in-eureka/article_6c74575c-bfcc-50c2-b0d3-9e91464c215d.html

# Former Mercy Hospital Administrator Found Dead in Eureka

Aug 29, 2012

A Washington area man and former administrator at St. John's Mercy Hospital was found dead Tuesday morning of an apparent self-inflicted gunshot wound.

Franklin County Sheriff Gary Toelke said the body of Terry Rose, 57, was found in a room at the American Inn Motel in Eureka about 11:30 a.m.

County deputies began looking for Rose after the department received a call at 7:11 a.m. Tuesday that he was missing.



Deputies were told that Rose's wife received a text message from him about 5 p.m. Monday, Aug. 27. She said her husband often worked late but that she became concerned for his safety when she got up Tuesday morning and noticed that he had not come home.

Deputies began investigating and learned that the text message Monday afternoon came from the Eureka area.

Eureka police were contacted, began searching motels in the area and located Rose's vehicle at the American Inn Motel, the sheriff's office reported. Police went to Rose's room but he did not respond when they tried to contact him.



The 2016 *Parade of Babies* is here

After obtaining information that the man was suicidal, authorities made a forced entry into the room due to a faulty door lock.

The sheriff's office said Rose was found inside the room and had sustained a fatal gunshot wound. A shotgun also was found in the room.

Rose worked 13 years — from January 1984 until 1997 — with St. John's Mercy in St. Louis and Washington.