# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:                    February 22, 2017

Courtroom Deputy:  Kathleen Finney
Court Reporter:       Tracy Weir
Probation Officer:   Kyla Hamilton

**Criminal Action No.  14-cr-00161-REB-1**

*Parties:*                                                    *Counsel:*

UNITED STATES OF AMERICA,              Kenneth Harmon

       Plaintiff,
v.

1.  GEOFFREY H. LUNN,                         Edward Harris

       Defendants.

## SENTENCING MINUTES

**9:06 a.m.     Court in session.**

Appearances of counsel.  Also appearing at government's table is Elizabeth Froehlke, Dana Chamberlin, Auditor for United States Attorney's Office, and Kristen Varel, Special Agent for FBI.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addenda.

Counsel for the government confirms that counsel has read the presentence report and addenda.

Counsel for the defendant informs the court that counsel has read and discussed the

presentence report and addenda with the defendant.

Also pending before the court relevant to sentencing are the following: the **Defendant's Sentencing Memorandum and Motion in Support of a Four Year Sentence** [#210] filed January 23, 2017; the **Government's Motion for Sentencing Guideline Departure and Sentencing Reduction Pursuant to U.S.S.G. § 5K1.1** [#222] filed February 21, 2017; the government's **Notice of Intent to Introduce Sentencing Exhibits** [#223] filed February 21, 2017; and the government's **Status Report and Request to Defer Determinations Pertaining to Restitution and Forfeiture to a Final, Consolidated Hearing** [#219] filed February 10, 2017.

    **IT IS ORDERED** as follows:

1.    That the government's **Status Report and Request to Defer Determinations Pertaining to Restitution and Forfeiture to a Final, Consolidated Hearing** [#219] is **GRANTED**; that immediately subsequent to the conclusion of this sentencing hearing, counsel shall report to the chambers of the court to set a consolidated hearing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.  Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgments of conviction, sentences, and orders.

Government moves to dismiss all remaining charges other than Count 8 and Count 41 of the Second Superseding Indictment, as well as the Initial indictment and initial superseding indictment.

    **IT IS FURTHER ORDERED** as follows:

2.    That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

3.    That the **Defendant's Motion in Support of a Four Year Sentence** [#210] is **GRANTED in part**; the **Government's Motion for Sentencing Guideline Departure and Sentencing Reduction Pursuant to U.S.S.G. § 5K1.1** [#222] is **GRANTED**;

4. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Counts 8 and 41 of the Second Superseding Indictment;

5. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **fifty-four (54) months** on each of Counts 8 and 41 of the Second Superseding Indictment, to be served concurrently;

6. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**, on each of Counts 8 and 41, to be served concurrently; provided, furthermore, that within **72 hours** of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the district to which he is released;

7. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release as recommended in the Revised Sentencing Recommendation [#216-1] on pages R-4 through R-6, and in the Second Addendum to the Presentence Report [#218] on page A-1 in paragraphs 1 and 2;

8. That no fine is imposed;

9. That the defendant shall pay forthwith a special victim's fund assessment fee of $200.00;

10. That the court shall make its final determination of the restitution and forfeiture on **May 23, 2017**, commencing at **1:15 p.m.**; at which time the defendants shall appear before the court without further notice or order; provided, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendants;

11. That the government and/or probation department shall prepare and file a report detailing the losses of the victims no later than 75 days from today's date, to which the defendant may file a response no later than 85 days from today's date;

12. That this court recommends the Bureau of Prisons designate the defendant to an official detention facility within the state and District of Colorado, preferably FCI Englewood, failing which, at the Bureau of Prisons complex in Florence, Colorado;

13. That the mandatory drug testing provisions of 18 U.S.C. § 3583(d) are

       waived;

14. That presentence confinement shall be determined by the Bureau of Prisons;

15. That the oral motion of the government to dismiss other charges pending against this defendant is **granted**; the Indictment, the Superseding Indictment, and Second Superseding Indictment, other than Counts 8 and 41, are **dismissed** with prejudice as to this defendant only; and

16. That the defendant shall voluntarily surrender and report without further notice, hearing, or order to the institution as designated by the BOP; the defendant shall continue under the supervision of the probation department.

The defendant is advised of the right to appeal the sentence imposed by the court.

**10:03 a.m.   Court in recess.**

Total time in court: 00:57

Hearing continued.