### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEOFFREY H. LUNN, and

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on **Defendant Lunn's Unopposed Motion To Continue His Bond and Extend Surrender Date** [#230],[1] filed March 1, 2017. After careful review of the record and apposite law, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Lunn's Unopposed Motion To Continue His Bond and Extend Surrender Date** is granted;

2. That the bond and concomitant supervision of the defendant is continued to June 1, 2017; and

2. That defendant, Geoffrey H. Lunn, having been sentenced in the above-named case to the custody of the Bureau of Prisons, shall surrender himself by reporting to the Warden at Big Spring CI, 1701 Apron Drive, Big Spring, Texas 85086,

---

[1] "[#230]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

on **June 1, 2017**, by 12:00 p.m. (noon) (CDT), and shall travel at his own expense.

Dated March 2, 2017, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge