AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| 1. GEOFFREY H. LUNN | )  Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
Edward Jones & Co.
12555 Manchester Road
St. Louis, MO 63131

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:  ___03/23/2017___



*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ ___United States of America___ , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

**EXHIBIT A**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Edward Jones & Co
12555 Manchester Road
St.Louis, MO  63131


For the account in the name of Robert T Bobbitt Jr which sent the attached wire transfer on July 21, 2010 for $9,000, provide the following for the time period 5/1/2010 – 7/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

Browse /PNC/CRP/FTS/M001/R14501                                    Page 1 of 2

```
.RN REF #: 20100721-00006507
---------------------------------------------------------------
 **** MESSAGE ENVELOPE ****           ( Bank : 070 )

                                          SND DATE: 10/07/21
SRC:FED CALLER:                           EXT:

RPT#            AMT:9,000.00          CUR:USD RATE: 1.      TRDR#
TEST: DUE:                        TYP:FTR/   FNDS:S CHG:DB:N CD:Y COM:N CBL:N
---------------------------------------------------------------
*DBT A/091000022                    CDT *D/█████1637       ADV:LTR
DEBIT VAL: 10/07/21                 CREDIT VAL: 10/07/21
AMT:9,000.00 CUR:USD                AMT:9,000.00 CUR:USD
GL RECON: 070                       GL RECON: 071
DEPT:1920                           GRASS ROOTS LLC
U.S. BANK,N.A.                      16100 SWINGLEY RIDGE RD
ST PAUL, MN                         CHESTERFIELD          MO 63017
                                    BNF:/█████1637       CHG:  BK?N
SNDR REF NUM:100721000112           GRASS ROOTS LLC
ORDERING BNK:/000104774240055
EDWARD D JONES AND CO WIRE ACCT
12555 MANCHESTER RD                 ORIG TO BNF INFO:
ST LOUIS,MO,63131                   █████5530
ORIG:/NA
EDWARD JONES SENDING FUNDS FOR ROBE
RT T BOBBITT JR              ROCH
ESTER           MI 48309
REF NUM:█████0112

       **** MESSAGE TEXT ****

{1100} Message Disposition:
         Format Version:            02 (New expanded format)
         Test Production Code:      P  (Production)
         Msg Duplication Code:         (Original incoming msg)
         Msg Status Indicator:      N  (Incoming msg)

{1110} Acceptance Timestamp:
         Date:                      07/21
         Time:                      08:30
         Application Id:            FT01

{1120} OMAD:
         Output cycle date:         2010/07/21
         Output Destination Id:     D3B74VBC
         Output sequence number:    000426
         Output date:               07/21
         Output time:               08:30
         Output application Id:     FT01

{1510} Type/Subtype Code:
         Type Code:                 10 (Transfer of funds)
         Subtype Code:              00 (Regular transfer)

{1520} IMAD:
         Input Cycle date:          2010/07/21
         Input Source id:           11Q73AGC
         Input Sequence number:     000022

{2000} Amount:                      $9,000.00

{3100} Sending Bank:
         ABA number:                091000022
         Short name:                US BANK MINNESOTA
         ABA lookup (AUX):          U.S. BANK,N.A.
                                    ST PAUL, MN

{3320} Sender Reference:            █████0112

{3400} Receiving Bank:
         ABA number:                041000124
         Short name:                PNC BK CLEVELAND
         ABA lookup (REL):          NATIONAL CITY BANK
                                    CLEVELAND, OH
```

```
{3600} Business Function Code:      CTR (Customer transfer)

{4100} Beneficiary's Bank:          /
                                    PNC BANK NA OF CLEVELAND OH     CLEV
                                    ELAND                    OH

{4200} Beneficiary:                 D/███████1637
                                    GRASS ROOTS LLC

{4320} Reference for Beneficiary:   ███████0112

{5000} Originator:                  D/NA
                                    EDWARD JONES SENDING FUNDS FOR ROBE
                                    RT J BOBBITT JR
                                    ████████████          ROCH
                                    ESTER          MI 48309

{5100} Originator's Bank:           D/████████0055
                                    EDWARD D JONES AND CO WIRE ACCT
                                    12555 MANCHESTER RD
                                    ST LOUIS,MO,63131

{6000} Originator to Beneficiary Info: ███████5530
```

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| 1. GEOFFREY H. LUNN | )   Case No.   14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
      JP Morgan Chase Bank
      1675 Broadway, #1200
      Denver, CO

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   03/23/2017



*CLERK OF COURT*, Jeffrey P. Colwell

s/Nicholas Richards
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
United States of America , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒  I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
JPMorgan Chase Bank
1675 Broadway #1200
Denver, CO

For account # ████2191, possibly in the name of Michael Bertucci or Richest Dad Investments,
provide for the time period 9/1/2010 – 11/30/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing
   customer authorization for the wire transfer(s)
6. all debits or credits greater than $4,999.99 with corresponding debit or credit offset

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
      Midland States Bank as acquiring financial institution of
      WestBridge Bank and Trust
      100 Garfield Street, Denver, CO

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   ___03/23/2017___

*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
___United States of America___ , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____     on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Midland States Bank as acquiring financial institution of WestBridge Bank and Trust
100 Garfield Street
Denver, CO

For account #████8747 in the name of Mark D. Scheller provide for the time period 5/1/2010 – 7/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Custodian of Records
Midwest Bank Centre
3207 Meramec Street
St. Louis, MO 63118

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:  _____ 03/23/2017 _____



*CLERK OF COURT*, Jeffrey P. Colwell

_____ s/Nicholas Richards _____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ United States of America _____ , who requests this subpoena, are:

                      Kenneth M. Harmon
                      Assistant United States Attorney
                      United States Attorney's Office
                      1801 California Street, Suite 1600
                      Denver, Colorado 80202
                      Telephone: 303-454-0100
                      Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❒  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Midwest Bank Centre
3207 Meramec Street
St. Louis, MO 63118

For the attached cashier's check #057647 provide:

1. all records associated with the purchase of cashier's check #057647 for $15,000 on July 19, 2010 to include but not limited to:

    a. the source of the funds to purchase the cashier's check #057647. If the source of funds was from an account at Midwest Bank Centre, provide
        i. the signature card of the account
        ii. account statements covering 5/1/2010 – 7/31/2010
        iii. all deposit slips & deposited items greater than $4,999.99

    b. all records of any other transactions that were purchased with the same source of funds. Other transactions could include but are not limited to:
        i. purchase of other cashier's checks. Include all the documents related to the purchase as well as a copy (front & back) of the negotiated cashier's check
        ii. cash out tickets
        iii. deposit of funds into a Midwest Bank Centre bank account. Include a copy of the signature card to the account where the funds were deposited.
        iv. Outgoing wire transfer. Include a copy of the wire transfer request completed by the customer.

    c. Any records showing the identity, date of birth, driver's license, or any other identifying information of the individual who conduct the transaction purchasing cashier's check #057647.



**Posting Date**    2010 Jul 19

**Account Number**  0

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
       Navy Federal Credit Union
       820 Follin Lane
       Vienna, VA 22180-4907

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   03/23/2017 _____



*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards
_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ United States of America _____ , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180-4907

For account, possibly in the name of Brian Bellamy Bules, which sent the attached wire transfer on
October 5, 2010 for $10,000, provide for the time period 8/1/2010 – 10/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing
   customer authorization for the wire transfer(s)

u5

From:    BBVA Compass        To: 855,494643,9,13342896770  Tuesday, October 05, 11:38:22 2010

```
        I N C O M I N G   F U N D S   T R A N S F E R
            FACSIMILE  TRANSACTION  RECEIPT                    10/6/10
===============================================================        M
Dear ROBERTSON BANKING COMPANY

Fax Number: 13342896770

This facsimile receipt serves as immediate notification of the following Funds Transfer
Transaction
that will be CREDITED to your account #██████1066

        ~ ~ ~ ~ ~ ~ ~ ~   Incoming Funds Transfer Information   ~ ~ ~ ~ ~ ~ ~ ~

Beneficiary:        BRIAN BELLAMY BULES    √
Beneficiary Addr:   ████████████

                    VESTAVIA AL35216
Beneficiary ID:     ████8684    √
Ref For Beneficiary: ██████████00942

Amount: $10,000.00 √

Sender:
        Name        NAVY FCU WASH      √
        ABA #       256074974    √
        Reference #  ████████0942
        Received from  NFCU
        By Order Of  BRIAN BELLAMY BULES    √

Receiver:
        Name        COMPASS BANK
        ABA #       062001186
        Confirmation #  20101005F2QCZ60C00148010051237FT01

Intermediary Bank    :

Beneficiary Bank     :  ROBERTSON BANKING CO DEMOPOLIS AL

Reference for Beneficiary :  ████████0942

Originator to Beneficiary :  SVGS

Bank to Bank Information  :

Instructing Bank     :  NFCU

        ~ ~ ~ ~ ~ ~ ~ ~   END Wire Transfer Information   ~ ~ ~ ~ ~
```

ROB_00000009

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Custodian of Records
       Renasant Bank
       221 East Washington Street
       Kosciusko, MS 39090

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   ___03/23/2017___



*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards
_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  _____
_____United States of America_____ , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Renasant Bank
221 East Washington Street
Kosciusko, MS  39090

For the Merchant & Farmers Bank account in the name of Churee Bules, possibly account # ████ 1038, which sent the attached wire transfer on or about October 5, 2010 for $20,000, provide for the time period 8/1/2010 – 10/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

45

From:    BBVA Compass          To: 855,494643,9,13342896770  Tuesday, October 05, 15:52:27 2010

### INCOMING FUNDS TRANSFER
### FACSIMILE TRANSACTION RECEIPT

10/6/10
m

**Dear ROBERTSON BANKING COMPANY**

Fax Number: 13342896770

This facsimile receipt serves as immediate notification of the following Funds Transfer Transaction
that will be CREDITED to your account #█████████1066

~ ~ ~ ~ ~ ~ ~ ~    Incoming Funds Transfer Information    ~ ~ ~ ~ ~ ~ ~ ~

Beneficiary:         BRIAN BULES
Beneficiary Addr:    SAME

Beneficiary ID:      ████9694
Ref For Beneficiary:

Amount: $20,000.00

Sender:
       Name          MERCH & FRMRS MS
       ABA #         084201621
       Reference #   ████1038
       Received from
       By Order Of   CHUREE BULES

Receiver:
       Name          COMPASS
       ABA #         062001186
       Confirmation # 20101005F2QCZ60C00287010051652FT01

Intermediary Bank       :

Beneficiary Bank        :

Reference for Beneficiary :

Originator to Beneficiary :

Bank to Bank Information  :  {6500}ROBERTSON BANKING CO█████1342+

Instructing Bank        :

~ ~ ~ ~ ~ ~ ~ ~    END Wire Transfer Information    ~ ~ ~ ~ ~

ROB_00000011

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.  14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
State Farm Investment Management Corporation
One State Farm Plaza
Bloomington, IL 61710

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   03/23/2017

*CLERK OF COURT*, Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
State Farm Investment Management Corporation
One State Farm Plaza
Bloomington, IL  61710

For the account(s), possibly #████3127 and #████3125, which sent the three attached electronic deposits on October 6, 2010 for $1,238.68, $4,914.28, and $8,858.83, provide for the time period 8/1/2010 – 10/31/2010:

1. All signature cards and opening account documents which identifies the owner of the account, their contact information (mailing address, phone numbers, email addresses, etc.), and their identifying information (date of birth and social security number)
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire / electronic transfer reports (Fedwire, CHIPS, ACH etc.)
5. all outgoing wire / electronic transfer reports (Fedwire, CHIPS, ACH etc.) to include documentation showing customer authorization for the wire transfer(s)

u5


**ROBERTSON**
**BANKING COMPANY**

Date  10/29/10        Page     1
Primary Account            3684
Customer Number        R000088

CYNTHIA S RICE
OR KENNY RICE
OR BRIAN BULES

GALLION AL  36742-

**DEPOSITS AND OTHER CREDITS**
Date......Description.................................................Amount.......Reference

| 10/06 | INVESTMENT SFIMC | | |
|---|---|---|---|
| | 0579     10/06/10 | 1,238.68 | |
| | ID #-          3127 | | |
| | TRACE #-021000026933016 | | |
| 10/06 | INVESTMENT SFIMC | | |
| | 3757     10/06/10 | 4,914.28 | |
| | ID #-          3127 | | |
| | TRACE #-021000026933052 | | |
| 10/06 | INVESTMENT SFIMC | | |
| | 0852     10/06/10 | 8,858.83 | |
| | ID #-          3125 | | |
| | TRACE #-021000026933078 | | |

ROB_00000004

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.   14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
      TD Bank, NA
      2461 Main Street, Suite 1
      Glastonbury, CT

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, CO  80294 | Courtroom No.: | A1001, Judge Robert E. Blackburn |
|---|---|---|---|
| | | Date and Time: | |

      You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   03/23/2017



*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ United States of America _____ , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____ _____

was received by me on *(date)* _____ .

❑  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑  I returned the subpoena unexecuted because: _____

_____ _ __ _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                  _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
TD Bank NA
2461 Main St Ste 1
Glastonbury, CT

For account #██████7116 in the name of US International Consulting Network Corp (see attached), provide:

1. All signature cards and opening account documents identifying the owners of this account

2. For the two "Treasury Direct Credit" deposits of $60,000 each on October 27, 2010 and October 28, 2010, provide all records identifying the source of the deposits (bank, bank account, sender/owner of funds etc.) to include but not limited to

   a. incoming wire transfer records
   b. deposit slips and deposited items
   c. bank account transfer debit and credit tickets
   d. cash in tickets
   e. any other documents identifying the source of the deposit

54



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

US INTERNATIONAL CONSULTING NETWORK CORP

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Oct 01 2010-Oct 31 2010 |
| Cust Ref #: | ▮▮▮▮▮720-1-*** |
| Primary Account #: | ▮▮▮▮716 |

**ACCOUNT ACTIVITY**

Transactions by Date (continued)



| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 10/27 | TREASURY DIRECT CREDIT | | 60,000.00 | 65,778.38 |
| 10/27 | WIRE TRANSFER OUTGOING WGC GROUP, INC. | 60,000.00 | | 5,778.38 |
| 10/27 | ELECTRONIC PMT-WEB PAYPAL    TRANSFER  5BY224HVUVZGY | 100.00 | | 5,678.38 |
| 10/28 | TREASURY DIRECT CREDIT | | 60,000.00 | 65,678.38 |

TDB_00000038

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1. GEOFFREY H. LUNN | ) | Case No.   14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-9876

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT<br>901 19th Street<br>Denver, CO  80294 | Courtroom No.:   A1001, Judge Robert E. Blackburn |
|---|---|---|
| | | Date and Time: |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   03/23/2017



*CLERK OF COURT* , Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
   United States of America    , who requests this subpoena, are:

                                      Kenneth M. Harmon
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      1801 California Street, Suite 1600
                                      Denver, Colorado 80202
                                      Telephone: 303-454-0100
                                      Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-9876

For the account in the name of Jonathan M Edradan which sent the attached wire transfer on October 6, 2010 for $30,000, provide for the time period 8/1/2010 – 10/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

BBVA Compass          To: 855,494643,9,13342896770   Tuesday, October 05, 16:43:47 2010

### INCOMING FUNDS TRANSFER
#### FACSIMILE TRANSACTION RECEIPT

10/7/10
/w

Dear ROBERTSON BANKING COMPANY

Fax Number: 13342896770

This facsimile receipt serves as immediate notification of the following Funds Transfer
Transaction
that will be CREDITED to your account #█████████1066

~ ~ ~ ~ ~ ~ ~ ~   Incoming Funds Transfer Information   ~ ~ ~ ~ ~ ~ ~ ~ ~

Beneficiary:          BRIAN BULES ✓
Beneficiary Addr:     ████████████████
                      HOOVER AL 35216

Beneficiary ID:       ██████8684 ✓
Ref For Beneficiary:

Amount: $30,000.00 ✓

Sender:
        Name          USAA FEDERAL SAVIN ✓
        ABA #         314074269 ✓
        Reference #   ██████████0010
        Received from USAA FEDERAL SAVIN
        By Order Of   JONATHAN M EDRADAN ✓

Receiver:
        Name          COMPASS BANK
        ABA #         062001186
        Confirmation # 20101005F2QCZ60C00245210051530FT01

Intermediary Bank    :

Beneficiary Bank     :   ROBERTSON BANKING CO

Reference for Beneficiary :

Originator to Beneficiary :

Bank to Bank Information  :

Instructing Bank     :

~ ~ ~ ~ ~ ~ ~ ~   END Wire Transfer Information   ~ ~ ~ ~ ~

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| 1. GEOFFREY H. LUNN | )   Case No.   14-CR-00161-REB |
| 2. JAMIE J. BEEBE | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records
        Wells Fargo Bank, NA
        2700 S. Price Road
        Chandler, AZ 85248

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance:   UNITED STATES DISTRICT COURT 901 19th Street Denver, CO  80294 | Courtroom No.:   A1001, Judge Robert E. Blackburn |
|---|---|
| | Date and Time: |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment.

Date:   03/23/2017



*CLERK OF COURT*, Jeffrey P. Colwell

s/Nicholas Richards

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
        United States of America
_____ , who requests this subpoena, are:

Kenneth M. Harmon
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: kenneth.harmon@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-CR-00161-REB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

□ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Custodian of Records
Wells Fargo Bank NA
2700 S. Price Road
Chandler, AZ  85248

For the account in the name of Boyet Partners LLC, possibly account #▮▮▮▮386, which sent the attached wire transfers for $45,800 on July 13, 2010 and $12,050 on July 15, 2010, provide for the time period 5/1/2010 – 7/31/2010:

1. All signature cards and opening account documents
2. monthly account statements
3. all deposit slips and deposited items greater than $4,999.99
4. all incoming wire transfer reports (Fedwire, CHIPS, etc.)
5. all outgoing wire transfer reports (Fedwire, CHIPS, etc.) to include documentation showing customer authorization for the wire transfer(s)

Statement Period: July 1 through July 30, 2010
Account Number: ████3930

☐ **Account Activity**

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 07/13 | Wire Type:Wire In Date: 100713 Time:1218 Et Trn:2010071300152568 Seq:20100713000346190/008151 Orig:Boyet Partners Llc ID:00000█████1386 Snd Bk:Wells Fargo Bank, Na ID:███0248 Pmt Det:Fw630081 94736323 Phn/858 472-4392 | | | $ 45,800.00 | |
| 07/13 | Processing Fee For Money Tfr-CA Trn: 100713-152568 | | $ 12.00 | | |
| 07/15 | Wire Type:Wire In Date: 100715 Time:1152 Et Trn:2010071500173264 Seq:20100715000371700/012960 Orig:Boyet Partners Llc ID:00000█████386 Snd Bk:Wells Fargo Bank, Na ID:███0248 Pmt Det:Fw630081 95315833bank Address - 16849 Bernardo Center Drive | | | $ 12,050.00 | |
| 07/15 | Processing Fee For Money Tfr-CA Trn: 100715-173264 | | $ 12.00 | | |

California

BOA_00000169