IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

           Plaintiff,

v.

1.    GEOFFREY H. LUNN, and
2.    JAIME J. BEEBE,

           Defendants.

---

### GOVERNMENT'S AMENDED[1] MOTION FOR ISSUANCE OF SUBPOENAS DUCES TECUM AND EARLY PRODUCTION OF RECORDS PURSUANT TO FED.R.CRIM.P. 17(c)

---

The United State of America, by and through its undersigned counsel, moves this Court, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, for an order authorizing the issuance of subpoenas *duces tecum* requiring the records specified therein to be produced by a date certain in advance of the May 23, 2017 consolidated hearing for final determination of restitution and forfeiture.

In support of the motion, the government states as follows:

1.    On February 10, 2017, the government submitted a status report concerning its efforts, as of that date, to ascertain victims entitled to restitution and their restitution amounts, together with a request, pursuant to 18 U.S.C. § 3664(d)(5), to defer final determination as restitution and forfeiture to a consolidated sentencing hearing to take place following individualized sentencing proceedings with respect to each of the defendants in this case (DE

---

[1]    This amended motion corrects the attached proposed subpoenas.

219).[2]

2.     The Court, in connection with conducting further sentencing proceedings with respect to both defendants, considered the government's status report and granted its request to defer final determination of forfeiture and restitution until a consolidated hearing set for May 23, 2017.  The Court directed the government and/or the United States Probation Office to submit to the Court a further report detailing the ascertainable losses of victims and afforded the defendants the opportunity to file written response to that report within ten days thereafter (DE 224-25, 238).

3.     In its February 10, 2017 status report, the government indicated that its efforts to identify victims and their losses were ongoing and involved further investigation which would entail acquiring and analyzing additional records.  The government indicated that, in order to acquire these records, it anticipated moving the Court, pursuant to Fed.R.Crim.P. Rule 17(c), for the permission to issue subpoenas *duces tecum* requiring records production in advance of a final restitution and forfeiture hearing.  (DE 219).

4.     The government, based on investigation conducted to date, has identified ten financial institutions that it believes possess records relevant to the identification of potential victim-investor and the losses attributable to them.  Proposed subpoenas *duces tecum* directed to these financial institutions have been prepared describing with particularity the records sought for pre-hearing production.  The records sought through these proposed subpoenas are essentially designed to trace back to the ultimate sources the investor funds that were deposited into defendant Lunn's WGC Group business account and to obtain contact information for the account holders for the source of these funds.  The government seeks to use information elicited

---

[2]     "DE __" refers to docket entries in this case.

from these records to conduct further interviews and to conduct other investigation and analysis as part of its ongoing victim identification and loss determination efforts. The proposed subpoenas *duces tecum*, redacted to eliminate references to personally identifiable information related to the accounts involved, are annexed as Exhibit A. The return dates for the proposed subpoenas have been left blank.

5. Rule 17(c) authorizes a court to direct a witness to whom a subpoena *duces tecum* has been issued to produce the designated items in court before they are to be offered into evidence. Requiring production of records in advance of the May 23rd hearing here, in addition to assisting the government in the completion of its investigation and analysis, will facilitate the orderly presentation of any evidence to be introduced in connection with the restitution and forfeiture issues to be determined at the hearing. The rule also authorizes a court to permit the parties and their counsel to inspect the items that are the subject of the subpoenas upon their production.

6. The government proposes that the Court here permit advance production be made directly to counsel for the government and counsel for defendant Lunn and that defendant Beebe, who appears *pro se*, be permitted, at his election, to inspect the records at the United States District Courthouse at a date and time corresponding to the return date for production designated by the Court. The government proposes that the return date for the records sought through these subpoenas be no later than Friday, April 21, 2017.

7. Undersigned government counsel has consulted with counsel for defendant Lunn about this motion, who advises he does not oppose the motion. Government counsel has not made contact with defendant Beebe about the motion.

WHEREFORE, the United States respectfully requests that the Court grant this motion and enter an order directing that the records sought through the proposed subpoenas *duces tecum*

be produced to counsel for the government and counsel for defendant Lunn by Friday, April 21, 2017 and that such records further be made available for inspection by defendant Beebe, at his election, at the United States Courthouse on that date.

                              Respectfully submitted,

                              ROBERT C. TROYER
                              Acting United States Attorney

                              s/Kenneth M. Harmon
                              By:   Kenneth M. Harmon
                              Assistant U.S. Attorney
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              Tel. No. (303) 454-0100
                              Fax No. (303) 454-0402
                              E-mail: kenneth.harmon@usdoj.gov

                              s/Elizabeth M. Froehlke
                              By:   Elizabeth M. Froehlke
                              Assistant U.S. Attorney
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              Tel. No. (303) 454-0100
                              Fax No. (303) 454-0404
                              E-mail: elizabeth.froehlke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward R. Harris
Assistant Federal Public Defender
Edward_harris@fd.org
Attorney for Defendant Lunn

And I hereby further certify that on the same date as above, I caused to be mailed or served the foregoing to the following non-CM/ECF participant:

Jaime Beebe
Defendant, *Pro Se*
Fed. Register # 79601-051
FCI Englewood
Inmate Mail/Parcels
9595 West Quincy Avenue
Littleton, CO 80123

                                                s/ Andrea K. Hough
                                                Office of the United States Attorney