IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    GEOFFREY H. LUNN, and
2.    JAIME J. BEEBE,

        Defendants.

---

## ORDER
---

THIS MATTER comes before the Court on the Government's Amended Motion for Issuance of Subpoenas Duces Tecum and Early Production of Records, pursuant to Fed. R. Crim. P. 17(c).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted, and the Court will enter an order directing that the records sought through the proposed subpoenas *duces tecum* be produced to counsel for the government and counsel for defendant Lunn by Friday, April 21, 2017 and that such records further be made available for inspection by defendant Beebe, at his election, at the United States Courthouse on that date.

DATED this \_\_\_\_ day of April, 2017

                          BY THE COURT:

                          _____
                          HON. ROBERT E. BLACKBURN
                          SR. UNITED STATES DISTRICT JUDGE