IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEOFFREY H. LUNN,

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AND DIRECT ASSETS**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment and Direct Assets pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on May 14, 2015, the United States and defendant GEOFFREY H. LUNN entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment in the amount of $5,124,795.00 and for the forfeiture of direct assets pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 82).

THAT $5,124,795.00 is subject to forfeiture as proceeds obtained by defendant GEOFFREY H. LUNN through the commission of the scheme to commit the offenses in Counts 8 and 41 for which he has pleaded guilty.

1

THAT the requisite nexus exists between the asset listed below and the wire fraud charges to which defendant GEOFFREY H. LUNN pleaded guilty.

THAT the direct asset, identified below, belonging to defendant is to be forfeited and applied to defendant's forfeiture money judgment totaling $5,124,795.00.

The direct asset is more fully described below:

    a.    Funds seized from Branch Banking and Trust Company (BB&T) account #1440, in the name of an individual identified herein as T.A.B.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant GEOFFREY H. LUNN in the amount of $5,124,795.00, for which the defendant is joint and severally liable for with co-defendant Jaime J. Beebe, shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant GEOFFREY H. LUNN's interest in the direct assets identified above is hereby forfeited to the United States for disposition according to law.  Such forfeiture shall apply to the defendant's forfeiture money judgment in the amount of $5,124,795.00.

3

The Court retains jurisdiction pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure to enter any further orders necessary for the forfeiture.

SO ORDERED this _____ day of May, 2017.

BY THE COURT:

_____
Robert E. Blackburn
United States District Court Judge