IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:              May 23, 2017
Deputy Clerk:      Robert R. Keech           Probation: Kyla Hamilton
Court Reporter:    Julie Thomas

**Criminal Action No.   14-cr-00161-REB**

*Parties:*                              *Counsel:*

UNITED STATES OF AMERICA,               Kenneth M. Harmon
                                        Elizabeth M. Froehlke
    Plaintiff,
v.

1.  GEOFFREY H. LUNN; and               Edward R. Harris
2.  JAIMIE J. BEEBE,                    *Pro Se*
    a/k/a Jaime J. Greene,
    a/k/a Robert Perello,
    a/k/a Bobby Perello,

    Defendants.

## COURTROOM MINUTES

**CONTINUATION OF SENTENCING HEARING (continued from March 22, 2017 as to issue of restitution)**

**1:18 p.m.**      **Court in session.**

    Appearances of counsel.

    Defendants present.  Jaimie J. Beebe, in custody, and Geoffrey H. Lunn, on bond.

1:20 p.m.      Statement by Defendant Jaimie J. Beebe about eyeglasses (Mr. Beebe).

    Restitution issue raised for argument.

1:21 p.m.	Argument by Government (Ms. Froehlke).

1:27 p.m.	Argument by Defendant Geoffrey H. Lunn (Mr. Harris).

1:28 p.m.	Argument by Defendant Jaimie J. Beebe (Mr. Beebe).

**Government's Exhibit 1 RECEIVED.**

1:28 p.m.	Argument by Government (Ms. Froehlke).

1:31 p.m.	Argument by Defendant Geoffrey H. Lunn (Mr. Harris).

1:31 p.m.	Argument by Defendant Jaimie J. Beebe (Mr. Beebe).

1:32 p.m.	Argument by Government (Ms. Froehlke).

1:35 p.m.	Argument by Defendant Jaimie J. Beebe (Mr. Beebe).

Court indicates that a written order on the restitution issue shall follow.

**ORDERED:**  Bond is **CONTINUED** as to Defendant Geoffrey H. Lunn.

**ORDERED:**  Defendant Jaimie J. Beebe is **REMANDED** into the custody of the U.S. Marshal.

**1:37 p.m.	Court in recess.**

**Total time in court:   :19**
**Hearing concluded.**