IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      GEOFFREY H. LUNN,

        Defendant.

_____

### UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
_____

COMES NOW the United States of America, by and through Acting United States Attorney Robert C. Troyer and Assistant United States Attorney Elizabeth Froehlke, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). In support thereof, the United States submits the following:

1. In the Second Superseding Indictment in this case, the United States sought forfeiture pursuant to 18 U.S.C. § 982(a)(1), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) of funds seized from Branch Banking and Trust Company (BB&T) account #1440, in the name of an individual identified herein as T.A.B. (Doc. 67).

2. On May 14, 2015, defendant Geoffrey H. Lunn entered into a plea agreement with the United States in which defendant agreed to forfeit to the United States the above described property. (Doc. 82).

1

3. Pursuant to the Plea Agreement, the Court entered a Preliminary Order of Forfeiture on May 23, 2017, forfeiting to the United States any and all of Defendant Lunn's right, title and interest in the funds in account #1440 in Branch Banking and Trust Company.[1]  (Doc. 251).

4. The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture.

5. Federal Rule of Criminal Procedure 32.2(b)(6)(A) requires that the government send notice to "any person who reasonably appear to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding."

6. Accordingly, the United States properly published notice of the forfeiture via an official government internet website for thirty consecutive days, from June 3, 2017 to July 2, 2017, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).

7. No Verified Statement of Interest or Petition of United States of America for Ancillary Hearing has been filed by any third parties within the time period set forth in the Notice of Forfeiture.  Therefore, any third-parties are barred by their failure to timely file a petition asserting an interest in the property to be forfeited.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

DATED this 15th day of August 2017.

---

[1] Although the Second Superseding Indictment included a forfeiture allegation regarding a Land Rover that had been seized, that forfeiture was processed administratively. The vehicle was sold in 2015 and the proceeds credited to the judgment against defendant Lunn.

By:

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney

_____
Elizabeth M. Froehlke
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone (303) 454-0100
E-mail: elizabeth.froehlke@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

Edward Harris
Edward_Harris@fd.org

s/ *Jody Gladura*
FSA Data Analyst
Office of the U.S. Attorney

3