IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      GEOFFREY H. LUNN,

        Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this forfeiture action pursuant to 18 U.S.C. § 982(a)(1), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), as set forth in the Indictment returned on April 22, 2014;

THAT the Second Superseding Indictment was filed on March 25, 2015, and also included those forfeiture provisions;

THAT a Preliminary Order of Forfeiture was entered on May 23, 2017;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT, as of August 11, 2017, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the funds in account #1440 in Branch Banking and Trust Company shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited funds in account #1440 in Branch Banking and Trust Company and may dispose of them in accordance with law.

SO ORDERED this \_\_\_\_ day of August, 2017.

BY THE COURT:

_____
ROBERT E. BLACKBURN
United States District Judge