**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEOFFREY H. LUNN,

    Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

**Blackburn, J.**

The matter is before me on the **United States' Motion for Final Order of Forfeiture** [#264],[1] filed August 15, 2017, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The court having read the motion, reviewd the record, consulted the applicable law, and being fully advised in the premises finds:

That the United States commenced this forfeiture action pursuant to 18 U.S.C. § 982(a)(1), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), as set forth in the Indictment returned on April 22, 2014;

That the Second Superseding Indictment was filed on March 25, 2015, and also included those forfeiture provisions;

That a Preliminary Order of Forfeiture [#251] was entered on May 23, 2017;

That all known interested parties were provided an opportunity to respond and

---

[1] [#264] is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

that publication has been effected as required by 21 U.S.C. § 853(n);

That, as of August 11, 2017, no Petition for Ancillary Hearing has been filed by any petitioner; and

That it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **United States' Motion for Final Order of Forfeiture** [#264] is granted;

2. That judgment of forfeiture of the funds in account #1440 in Branch Banking and Trust Company shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), free from the claims of any other party; and

3. That the United States shall have full and legal title to the forfeited funds in account #1440 in Branch Banking and Trust Company and may dispose of them in accordance with law.

Dated August 16, 2017, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge