LUNN-GEOFFREY  40376-013
C1 Big Spring - Airport Unit
3700 Wright Ave, Big Spring TX
79720

US Dist. Courthouse
Denver Co. 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB -1 2021
JEFFREY P. COLWELL
CLERK

Ref: 14-CR-000161-REB1                                     Jan 14th 2021

Dear Sir

In March 2014, I surrendered my British passport to the Courthouse, as requested by the Court (ref case 14CR-000161-REB1).
I am currently incarcerated in Texas and scheduled for release 3/31/2021. At that time, I will be transferred to an Immigration facility. Since I assume I will require my passport after my release, is it possible the passport can be sent here, care of my case manager (Ms. GARCIA), so that it will be available at the time of my transfer?
Please confirm, thank you.

Yours faithfully

[signature]

G. H. LUNN

