IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00161-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEOFFREY H. LUNN,

    Defendant.

---

**UNITED STATES' RESPONSE TO DEFENDANT'S
REQUEST FOR RETURN OF PASSPORT (ECF 278)**

---

The defendant filed a letter with the Court stating that his expected release date is March 31, 2021, and that he anticipates being sent to an Immigration Facility at that time. The defendant requests that his British passport be forward to his place of incarceration, the Correctional Center in Big Springs, Texas, in care of his case manager. ECF 278.

Undersigned counsel has learned the following: Normally, when a foreign passport is surrendered, it is forwarded to United States Immigration and Customs Enforcement (ICE) along with the Judgment after sentencing. The defendant would then receive his passport from that agency upon his release/deportation. There is no ECF entry indicating that this process occurred in this case. Instead, the Clerk's Office has confirmed it is still in possession of the defendant's passport.

The government therefore respectfully requests that the defendant's motion be granted in part. It requests that the Court order the Clerk of Court for the United States

1

District Court for the District of Colorado to send the defendant's passport to ICE along with a copy of the defendant's Judgment so that release of that passport may follow the normal course of events.

The passport should be mailed to the following address:

Immigration and Customs Enforcement
Attn: DO Rocky Ortega
1901 W 16th St
Big Spring, Texas 79720

Respectfully submitted,

JASON R. DUNN
United States Attorney

s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0200
E-mail: martha.paluchj@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, that will send notification of such filing to all counsel of record, and that I placed in the United States mail, postage prepaid, a copy of the foregoing addressed to:

Geoffrey H. Lunn
#40376-013
BIG SPRING - CC
AIRPARK UNITED CORRECTIONAL CENTER
Inmate Mail/Parcels
3700 Wright Avenue
Big Spring, TX 79720

By: *s/Stephanie Price*
    Stephanie Price
    Legal Assistant
    U.S. Attorney's Office