IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00161-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEOFFREY H. LUNN,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Geoffrey H. Lunn's **Motion Requesting Passport** [#278] (the "Motion").  The Government filed a Response [#281] to the Motion [#278].  Defendant Lunn states that he surrendered his British passport here in March 2014, that he is currently incarcerated in Texas, that he is scheduled for release on March 31, 2021, and that he expects to be transferred to an immigration facility at that time. He asks for the return of his passport to his case manager in Texas so that it is available for when he is released.

    IT IS HEREBY **ORDERED** that the Motion [#278] is **GRANTED in part**.  The Clerk of Court shall send Defendant Lunn's passport to the United States Immigration and Customs Enforcement along with a copy of Defendant Lunn's Judgment after sentencing, so that Defendant Lunn can receive his passport after his release/deportation.  The passport shall be mailed to: Immigration and Customs Enforcement, Attn: DO Rocky Ortega, 1901 W. 16th St., Big Spring, Texas 79720.

    Dated:  February 16, 2021